| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____    Chapter   **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Holdiay Ham Holdings, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-5621295** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**9245 Poplar Ave., Ste. 5-146**<br>**Germantown, TN 38139-7903**<br>Number, Street, City, State & ZIP Code<br><br>**Shelby**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Various Store locations in Shelby County**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Holdiay Ham Holdings, LLC**_____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor  **Holdiay Ham Holdings, LLC** _____  Case number (*if known*) _____
　　　　Name

List all cases. If more than 1, attach a separate list

　　Debtor _____   Relationship _____
　　District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Holdiay Ham Holdings, LLC** Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 7, 2023**
MM / DD / YYYY

**X /s/ Lucius D. Jordan, III**   **Lucius D. Jordan, III**
Signature of authorized representative of debtor   Printed name

Title  **President and Managing Member**

**18. Signature of attorney**

**X /s/ Toni Campbell Parker**   Date **July 7, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**Toni Campbell Parker**
Printed name

**Law Firm of Toni Campbell Parker**
Firm name

**45 N. Third Ave., Ste. 201**
**Memphis, TN 38103**
Number, Street, City, State & ZIP Code

Contact phone **901-683-0099**   Email address **tparker002@att.net**

**006984 TN**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Holdiay Ham Holdings, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anne Jordan | | Loan to HHH | | | | $250,000.00 |
| APRIO LLP P.O. BOX 117310 Account Rec. Dept. Atlanta, GA 30368-7310 | | | | | | $150,000.00 |
| B & L Food Sales, LP 2014 Brookhaven Abilene, TX 79605 | | | | | | $25,470.29 |
| Crown Centre, LLC c/o Lurie & Assoc. 2650 Thousand Oaks Blvd., Ste. 2350 Memphis, TN 38118 | | | | | | $46,491.31 |
| First Bank 1661 International Dr. Ste.. 350 Memphis, TN 38120 | | All Assets | | $21,520.33 | $0.00 | $21,520.33 |
| First Bank 1661 International Dr. Ste. 350 Memphis, TN 38120 | | All Assets of Holiday Crown Centre, LLC | | $79,793.00 | $0.00 | $79,793.00 |
| Gordon Food Service P.O. Box 41534 Memphis, TN 38174 | | | | | | $50,476.57 |
| Hendon Germantown Village LLC P.O. Box 749529 Atlanta, GA 30374-9529 | | | | | | $29,232.18 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Holdiay Ham Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Houston Levee Market LLC**<br>1669 Kirby Parkway, Ste. 200<br>Memphis, TN 38120 | | **Lawsuit in Circuit Court of Shelby County, TN** | **Contingent Unliquidated Disputed** | | | $261,754.90 |
| **Kroger Limited Partnership I**<br>c/o Matthew B. Haskell<br>150 N. Third Ave. South Ste. 1700<br>Nashville, TN 37201 | | **Lawsuit appealled to Circuit Court** | **Unliquidated Disputed** | | | $139,693.81 |
| **PEBB Enterprises**<br>7900 Glades Rd., #600<br>Boca Raton, FL 33434 | | **Back Rnts from Holiday Germantown, LLC** | | | | $108,000.00 |
| **Pinnacle Bank**<br>P.O. Box 292487<br>Nashville, TN 37229-2487 | | **All Assets and SBA Loan** | | $618,324.35 | $0.00 | $618,324.35 |
| **Regions Bank**<br>Regions Center<br>1900 5th Ave. N<br>Birmingham, AL 35203 | | **Overdraft in Checking Account 5793** | | | | $63,052.76 |
| **SBA EIDL Loan**<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | | | | $492,590.00 | $0.00 | $492,590.00 |
| **SBA EIDL Loan**<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | | | | $144,052.00 | $0.00 | $144,052.00 |
| **SBA EIDL Loan**<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | | | | $144,052.00 | $0.00 | $144,052.00 |
| **Simmons Bank**<br>P.O. Box 8012<br>c/o Centtsl Loan Admin.<br>Little Rock, AR 72203 | | | | $113,691.00 | $0.00 | $113,691.00 |

Debtor **Holdiay Ham Holdings, LLC**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **State of Tennessee Dept. of Revenue 500 Deaderick St., 8th Floor Nashville, TN 37242** | | **Taxes owed for Stores of Holiday Houston Levee; Holiday Crown Center, LLC,; Holdiay Midtown,LLC; Holiday Germantown, LLCand Holiday Erin, LLC** | | | | **$254,684.43** |
| **Toast 401 Park Drive, Ste. 801 Boston, MA 02215** | | **Point of Sale Equipment** | | **$142,243.25** | **$0.00** | **$142,243.25** |
| **Vend Lease P.O. Box 5066 Hartford, CT 06102-5066** | | | | | | **$101,835.00** |

AAA Safe & Lock Co., Inc.
722 South Highland St.
Memphis, TN 38111

Alarm Alert Center, Inc.
P.O. Box 341754
Memphis, TN 38174-1754

Anne Jordan


Apperson Crump
6000 Poplar Ave., Ste. 150
Memphis, TN 38119

APRIO LLP
P.O. BOX 117310
Account Rec. Dept.
Atlanta, GA 30368-7310

Aramark
aka Ameripride Services Inc.
P.O. Box 1280
Acct. Rec. Dept.
Bemidji, MN 56619-1280

Audacy Operations Inc
P.O. Box 74093
Cleveland, OH 44194

B & L Food Sales, LP
2014 Brookhaven
Abilene, TX 79605

Bluff City Refrigeration, Inc.
P.O. Box 11332
Memphis, TN 38111

Brian Yoakum
Evans Petree
1715 Aaron Brenner Dr. Ste.800
Memphis, TN 38120

Burch, Porter & Johnson PLLC
130 North Court Ave.
Memphis, TN 38103

Certified Alarm Co. of Alabama, Inc.
P.O. Box 237
Sheffield, AL 35660

CINTAS
P.O. Box 630921
Cincinnati, OH 45263-0921

Clinic Pass
1590 E. Joyce Blvd., #8518
yetteville, AR 42703

Coleman Group Inc.
1587 Darby Drive
Florence, AL 35630

Cozzini Bros., Inc.
350 Howard Ave.
Des Plaines, IL 60018

Crown Centre, LLC
c/o Lurie & Assoc.
2650 Thousand Oaks Blvd., Ste. 2350
Memphis, TN 38118

Delaney Services Inc.
2406 Samuels
Memphis, TN 38114

Doordash, Inc.
 303 2nd Ave.
San Francisco, CA 94107

ECOLAB Food Specialities
24196 Network Place
Chicago, IL 60673

ECOLAB Institutional
P.O. Boz 32027
New York, NY 10087-2027

Erinway Partners LP
P.O. Box 171247
Memphis, TN 38187-1247

Eurofins Central Analytical Laboratories
1555 3rd Place
Memphis, TN 38116-3507

Fire Pro
25187 Huntsville Brownsferry Rd.
Madison, AL 35756

First Bank
1661 International Dr. Ste. 350
Memphis, TN 38120

First Bank
1661 International Dr. Ste.. 350
Memphis, TN 38120

Floied Fire Extinguisher & Steam Clean.
3060 Lamar Ave.
Memphis, TN 38114

Fourth Enterprises, LLC
P.O. Box 8030
Carol Stream, IL 60197-8030

Germantown Area Chamber of Commerce
2195 S. Germantown Rd.
Germantown, TN 38138

Gordon Food Service
P.O. Box 41534
Memphis, TN 38174

Hastings AAA Pumping Service
2778 Shelby St.
Memphis, TN 38134

Hendon Germantown Village LLC
P.O. Box 749529
Atlanta, GA 30374-9529

Herald Quickprint & Technology
P.O. Box 1035
Florence, AL 35631

Herring Equipment Service, Inc.
1651 Dancy Blvd., Ste. 1
Horn Lake, MS 38637

Holiday Collierville LLC

Holiday Commissary LLC
3895 East Raines Rd.
Memphis, TN 38118

Holiday Crown Center LLC

Holiday Erin LLC

Holiday Germantown LLC

Holiday Houston Levee LLC

Holiday Midtown LLC

```
Houston Levee Market LLC
1669 Kirby Parkway, Ste. 200
Memphis, TN 38120

IT Connections LLC


J.C. Hamm & Sons, Inc.
2536 Florence Blvd.
Florence, AL 35630

Kevin Cerrito
2044 Felix Ave.
Memphis, TN 38104

KOK-KIN Properties
24479 N. 120th Place
Scottsdale, AZ 85255

KONICA MINOLTA
21146 Network Place
Chicago, IL 60673-1211

Kroger Limited Partnership I
c/o Matthew B. Haskell
150 N. Third Ave. South Ste. 1700
Nashville, TN 37201

Loeb Bros. Realty LLP
P.O. Box 171247
Memphis, TN 38187-1247

Lucius D. Jordan, III
9074 Baynard Loop North
Germantown, TN 38139

Maintenance Plus
201 Eugenia Street
Florence, AL 35630

MDSOUTH FILTERS
P..O. Box 27584
Memphis, TN 38167

Metro Alarm Office
P.O. Box 178
Memphis, TN 38101-0178

Mid South Septic Services
11284 Gulf Stream Rd.
Arlington, TN 38002

MPE Services LLC
7787 AL 75
Pinson, AL 35126
```

Case 23-23313    Doc 1    Filed 07/07/23    Entered 07/07/23 17:20:16    Desc Main
                    Document      Page 12 of 14

```
NUCO2-Midtown
P.O. Box 417902
Boston, MA 02241-7902

PEBB Enterprises
7900 Glades Rd., #600
Boca Raton, FL 33434

Pimentos Florence LLC


Pinnacle Bank
P.O. Box 292487
Nashville, TN 37229-2487

Presbyterian Day Schoool
4025 Poplar Ave.38111
Memphis, TN 38111

Regions Bank
Regions Center
1900 5th Ave. N
Birmingham, AL 35203

Roto Rooter
P.O. Box 2142
Florence, AL 35630

SBA EIDL Loan
2 North Street, Suite 320
Birmingham, AL 35203

Simmons Bank
P.O. Box 8012
c/o Centtsl Loan Admin.
Little Rock, AR 72203

State of Tennessee Dept. of Revenue
500 Deaderick St., 8th Floor
Nashville, TN 37242

State Systems, Inc.
P.O. Box 372, Dept. 90
Weights & Measures Division
Memphis, TN 38101

Terminix
P.O.. Box 802155
Chicago, IL 60680-2155

Terminix-Erin
P.O.. Box 802155
Chicago, IL 60680-2155
```

```
Terminix-Germantown
P.O.. Box 802155
Chicago, IL 60680-2155

Terminix-Midtown
P.O.. Box 802155
Chicago, IL 60680-2155

Timothy Heinz
272 Cedar Brook Dr.
Collierville, TN 38017

Toast
401 Park Drive, Ste. 801
Boston, MA 02215

U-Line


Vend Lease
P.O. Box 5066
Hartford, CT 06102-5066

Waste Connections
5901 Shelby Oarks Dr. Suite 180
Memphis, TN 38134
```

# United States Bankruptcy Court
## Western District of Tennessee

In re **Holdiay Ham Holdings, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Holdiay Ham Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Enterprise Investment Partners**
**Attn: oe Morrison**
**555 South Perkins Extd. Ste. 400**
**Memphis, TN 38117**

**Pittco Capital Partners V, LP**
**Attn: Bryce Hendry**
**17 West Pontotoc Ave., Suite 100**
**Memphis, TN 38103**

☐ None [*Check if applicable*]

**July 7, 2023**
Date

**/s/ Toni Campbell Parker**
**Toni Campbell Parker**
Signature of Attorney or Litigant
Counsel for **Holdiay Ham Holdings, LLC**
**Law Firm of Toni Campbell Parker**
**45 N. Third Ave., Ste. 201**
**Memphis, TN 38103**
**901-683-0099 Fax:866-489-7938**
**tparker002@att.net**