**Fill in this information to identify the case:**

Debtor name    **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TENNESSEE

Case number (if known)    **23-23313**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2023**     X **/s/ Lucius D. Jordan, III**
Signature of individual signing on behalf of debtor

**Lucius D. Jordan, III**
Printed name

**President and Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TENNESSEE

Case number (if known)    **23-23313**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $       **2,897,540.67**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $       **2,897,540.67**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $       **1,756,265.93**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $       **254,684.43**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$       **1,351,902.51**

4.   Total liabilities .................................................................................................................
Lines 2 + 3a + 3b      $       **3,362,852.87**

**Fill in this information to identify the case:**

Debtor name **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **23-23313**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$500.00** |
| 2.    **Cash on hand** | **$500.00** |
| 2.    **Cash on hand** | **$500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **First Horizon** | **Checking** | | **$49,502.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$51,002.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **Lease Holiday Erin, LLC** | **$6,075.38** |
| --- | --- |

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(If known)* **23-23313** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2. | **Lease Holiday Crown Centre LLC** | $16,529.83 |
| 7.3. | **Lease Holiday Collierville, LLC** | $9,911.46 |
| 7.4. | **Accounts Receivable** | $55,919.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$88,435.67

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:  % of ownership | | |
| 15.1. | **Holiday Erin, LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC** % | | **Unknown** |
| 15.2. | **Holiday Germantown, LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC** % | | **Unknown** |
| 15.3. | **Holiday Commisary, LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC operating the grocery diviion selling to Kroger** % | | **Unknown** |

Debtor    **Holdiay Ham Holdings, LLC**                          Case number *(If known)* **23-23313**
          Name

| | | | |
|---|---|---|---|
| 15.4. | **Holiday Crown Centre LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC** | % | **Unknown** |
| 15.5. | **Holiday Midtown, LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC** | % | **Unknown** |
| 15.6. | **Pimentos Franchisor LLC. but restaurant closed 12.31.21** | % | **$0.00** |
| 15.7. | **Pimentos Florence Holdings, LLC which never operated** | % | **$0.00** |
| 15.8. | **Pimentos UY Medical LLC which closed 5.27.22** | % | **$0.00** |
| 15.9. | **Pimentos Perkisn, LLC which sold** | % | **$0.00** |
| 15.10. | **Holiday Collierville LLC which never opened** | % | **$0.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                              **$0.00**

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory Holiday Erin, LLC** | | **$0.00** | | **$3,221.00** |

| Debtor | **Holdiay Ham Holdings, LLC** | | Case number *(If known)* **23-23313** |
|---|---|---|---|
| | Name | | |

| | Net book value | Current Value |
|---|---|---|
| **Inventory Germantown, LLC** | $0.00 | $14,637.00 |
| **Inventory Holiday Crown Centre, LLC** | $0.00 | $26,245.00 |

| 23. | **Total of Part 5.** | $44,103.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks- Three (3)** | $0.00 | | $1,500.00 |
| | **Tables-Nine (9)** | $0.00 | | $2,000.00 |
| | **Office Chairs Three (3)** | $0.00 | | $500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $4,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

Debtor   **Holdiay Ham Holdings, LLC**                                     Case number *(If known)*  **23-23313**
         Name

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Holiday Midtown Equipment** | $0.00 | | $30,000.00 |
| **Holiday Erin Equipment and Going Concern** | $0.00 | | $1,200,000.00 |
| **Holiday Germantown Equipment Going<br>Concern** | $0.00 | | $1,200,000.00 |
| **Pimentos Crown Centre** | $0.00 | | $30,000.00 |

51.   **Total of Part 8.**                                                               | $2,460,000.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(If known)* **23-23313** |
|---|---|---|
| | Name | |

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Trademark for Pimentos Burgers, Bar and Grill** | **$0.00** | **Comparable sale** | **$50,000.00** |
| **Holiday Deli & Ham Co.** | **$0.00** | | **$50,000.00** |
| **Grocery Division IP** | **$0.00** | | **$150,000.00** |

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

| | |
|---|---|
| | **$250,000.00** |

Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(If known)* **23-23313** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $51,002.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $88,435.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $44,103.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,460,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,897,540.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,897,540.67 |

**Fill in this information to identify the case:**

Debtor name   **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known)   **23-23313**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **First Bank**<br>Creditor's Name<br>**1661 International Dr. Ste. 350**<br>**Memphis, TN 38120**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Assets of Holiday Crown Centre, LLC** | **$79,793.00** | **$0.00** |
| | Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**June 2016**<br>**Last 4 digits of account number**<br>**1142** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **First Bank**<br>Creditor's Name<br>**1661 International Dr. Ste.. 350**<br>**Memphis, TN 38120**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Assets** | **$21,520.33** | **$0.00** |
| | Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**6513** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **First Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$30,000.00** |
|---|---|---|---|---|

Creditor's Name

**1661 International Dr. Ste.. 350**
**Memphis, TN 38120**

Creditor's mailing address

**Pimentos Crown Centre**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Pinnacle Bank**
**2. First Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | **$618,324.35** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**All Assets and SBA Loan**

**Describe the lien**
**UCC filed on 1/04/16 and Continuation to 1/04/26**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**271**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$49,502.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**First Horizon - Checking**

**Describe the lien**

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(if known)* | **23-23313** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $500.00 |
|---|---|---|---|---|

Creditor's Name

**Petty Cash Erin Store**

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $500.00 |
|---|---|---|---|---|

Creditor's Name

**Petty Cash Germantown**

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **Holdiay Ham Holdings, LLC** | | Case number (if known) | **23-23313** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $500.00 |

Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Petty Cash crown Centre**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $6,075.38 |

Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Lease Holiday Erin, LLC**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $16,529.83 |

Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Lease Holiday Crown Centre LLC**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Pinnacle Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**

**Lease Holiday Collierville, LLC**

$0.00      $9,911.46

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Pinnacle Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**

**Accounts Receivable**

$0.00      $55,919.00

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **Pinnacle Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**

**Inventory Holiday Erin, LLC**

$0.00      $3,221.00

**P.O. Box 292487**
**Nashville, TN 37229-2487**

Creditor's mailing address

**Describe the lien**

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $14,637.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**

**Inventory Germantown, LLC**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $26,245.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**

**Inventory Holiday Crown Centre, LLC**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 12

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

**2.16**

**Pinnacle Bank**
Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     **$0.00**     **$1,500.00**
**Desks- Three (3)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17**

**Pinnacle Bank**
Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     **$0.00**     **$2,000.00**
**Tables-Nine (9)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18**

**Pinnacle Bank**
Creditor's Name

**P.O. Box 292487**
**Nashville, TN 37229-2487**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **$0.00**     **$500.00**
**Office Chairs Three (3)**

Describe the lien

---

Debtor   **Holdiay Ham Holdings, LLC**                                          Case number (if known)   **23-23313**
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No
                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its      ☐ Disputed
relative priority.

---

| 2.19 | **Pinnacle Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Holiday Midtown Equipment** | $0.00 | $30,000.00 |
|---|---|---|---|---|

**P.O. Box 292487**
**Nashville, TN 37229-2487**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾       ■ No
Creditor's email address, if known   ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No
                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its      ☐ Disputed
relative priority.

---

| 2.20 | **Pinnacle Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Holiday Erin Equipment and Going Concern** | $0.00 | $1,200,000.00 |
|---|---|---|---|---|

**P.O. Box 292487**
**Nashville, TN 37229-2487**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾       ■ No
Creditor's email address, if known   ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No
                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

| Debtor | **Holdiay Ham Holdings, LLC** | | Case number (if known) | **23-23313** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 1** | **Pinnacle Bank**
Creditor's Name

**P.O. Box 292487
Nashville, TN 37229-2487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Holiday Germantown Equipment Going Concern**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$1,200,000.00**

---

**2.2 2** | **Pinnacle Bank**
Creditor's Name

**P.O. Box 292487
Nashville, TN 37229-2487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

Describe debtor's property that is subject to a lien
**Pimentos Crown Centre**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$30,000.00**

---

**2.2 3** | **SBA EIDL Loan**
Creditor's Name

**2 North Street, Suite 320
Birmingham, AL 35203**
Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien

**$492,590.00**    **$0.00**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 9 of 12

| Debtor | **Holdiay Ham Holdings, LLC** | | Case number (if known) | **23-23313** |
| | Name | | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 4 | **SBA EIDL Loan** | Describe debtor's property that is subject to a lien | $144,052.00 | $0.00 |

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 5 | **SBA EIDL Loan** | Describe debtor's property that is subject to a lien | $144,052.00 | $0.00 |

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Holdiay Ham Holdings, LLC** | | Case number (if known) | **23-23313** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 6 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $113,691.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 8012
c/o Centtsl Loan Admin.
Little Rock, AR 72203**

Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Toast** | Describe debtor's property that is subject to a lien | $142,243.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**Point of Sale Equipment**

**401 Park Drive, Ste. 801
Boston, MA 02215**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,756,265.93

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (*if known*) | **23-23313** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **23-23313**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**State of Tennessee Dept. of Revenue**<br>**500 Deaderick St., 8th Floor**<br>**Nashville, TN 37242** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $254,684.43 | $254,684.43 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes owed for Stores of Holiday Houston Levee; Holiday Crown Center, LLC,; Holiday Midtown,LLC;  Holiday Germantown, LLCand Holiday Erin, LLC** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**AAA Safe & Lock Co., Inc.**<br>**722 South Highland St.**<br>**Memphis, TN 38111**<br>**Date(s) debt was incurred**<br>**Last 4 digits of account number** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Is the claim subject to offset? ■ No ☐ Yes | $366.67 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Alarm Alert Center, Inc.**<br>**P.O. Box 341754**<br>**Memphis, TN 38174-1754**<br>**Date(s) debt was incurred**<br>**Last 4 digits of account number** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Is the claim subject to offset? ■ No ☐ Yes | $495.00 |

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Anne Jordan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Loan to HHH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Apperson Crump**
**6000 Poplar Ave., Ste. 150**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**APRIO LLP**
**P.O. BOX 117310**
**Account Rec. Dept.**
**Atlanta, GA 30368-7310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,233.99** |
|---|---|---|---|

**Aramark**
**aka Ameripride Services Inc.**
**P.O. Box 1280**
**Acct. Rec. Dept.**
**Bemidji, MN 56619-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,430.00** |
|---|---|---|---|

**Audacy Operations Inc**
**P.O. Box 74093**
**Cleveland, OH 44194**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,470.29** |
|---|---|---|---|

**B & L Food Sales, LP**
**2014 Brookhaven**
**Abilene, TX 79605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,080.94** |
|---|---|---|---|

**Bluff City Refrigeration, Inc.**
**P.O. Box 11332**
**Memphis, TN 38111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,195.00 |
|---|---|---|---|

**Burch, Porter & Johnson PLLC**
**130 North Court Ave.**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.40 |
|---|---|---|---|

**Certified Alarm Co. of Alabama, Inc.**
**P.O. Box 237**
**Sheffield, AL 35660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,314.08 |
|---|---|---|---|

**CINTAS**
**P.O. Box 630921**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.50 |
|---|---|---|---|

**Clinic Pass**
**1590 E. Joyce Blvd., #8518**
**yetteville, AR 42703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,491.10 |
|---|---|---|---|

**Coleman Group Inc.**
**1587 Darby Drive**
**Florence, AL 35630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.23 |
|---|---|---|---|

**Cozzini Bros., Inc.**
**350 Howard Ave.**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,491.31 |
|---|---|---|---|

**Crown Centre, LLC**
**c/o Lurie & Assoc.**
**2650 Thousand Oaks Blvd., Ste. 2350**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Holdiay Ham Holdings, LLC** | | Case number (if known) | **23-23313** |
|---|---|---|---|---|

_Name_

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Delaney Services Inc.**
**2406 Samuels**
**Memphis, TN 38114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.65**

**Doordash, Inc.**
 **303 2nd Ave.**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.01**

**ECOLAB Food Specialities**
**24196 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,331.30**

**ECOLAB Institutional**
**P.O. Boz 32027**
**New York, NY 10087-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,107.00**

**Erinway Partners LP**
**P.O. Box 171247**
**Memphis, TN 38187-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$362.00**

**Eurofins Central Analytical Laboratories**
**1555 3rd Place**
**Memphis, TN 38116-3507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$865.00**

**Fire Pro**
**25187 Huntsville Brownsferry Rd.**
**Madison, AL 35756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Floied Fire Extinguisher & Steam Clean.**
**3060 Lamar Ave.**
**Memphis, TN 38114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$408.54**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Fourth Enterprises, LLC**
**P.O. Box 8030**
**Carol Stream, IL 60197-8030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$578.95**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Germantown Area Chamber of Commerce**
**2195 S. Germantown Rd.**
**Germantown, TN 38138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$775.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Gordon Food Service**
**P.O. Box 41534**
**Memphis, TN 38174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,476.57**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Hastings AAA Pumping Service**
**2778 Shelby St.**
**Memphis, TN 38134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Hendon Germantown Village LLC**
**P.O. Box 749529**
**Atlanta, GA 30374-9529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$29,232.18**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Herald Quickprint & Technology**
**P.O. Box 1035**
**Florence, AL 35631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$67.50**

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.17** |
|---|---|---|---|

**Herring Equipment Service, Inc.**
**1651 Dancy Blvd., Ste. 1**
**Horn Lake, MS 38637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$744.00** |
|---|---|---|---|

**Holiday Commissary LLC**
**3895 East Raines Rd.**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$261,754.90** |
|---|---|---|---|

**Houston Levee Market LLC**
**1669 Kirby Parkway, Ste. 200**
**Memphis, TN 38120**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lawsuit in Circuit Court of Shelby County, TN**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,035.27** |
|---|---|---|---|

**IT Connections LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$390.00** |
|---|---|---|---|

**J.C. Hamm & Sons, Inc.**
**2536 Florence Blvd.**
**Florence, AL 35630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Kevin Cerrito**
**2044 Felix Ave.**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,704.74** |
|---|---|---|---|

**KOK-KIN Properties**
**24479 N. 120th Place**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Holdiay Ham Holdings, LLC** | | Case number (if known) | **23-23313** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,371.62** |
| --- | --- | --- | --- |

**KONICA MINOLTA**
**21146 Network Place**
**Chicago, IL 60673-1211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139,693.81** |
| --- | --- | --- | --- |

**Kroger Limited Partnership I**
**c/o Matthew B. Haskell**
**150 N. Third Ave. South Ste. 1700**
**Nashville, TN 37201**

Date(s) debt was incurred _

Last 4 digits of account number  **1234**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit appealed to Circuit Court**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,565.54** |
| --- | --- | --- | --- |

**Loeb Bros. Realty LLP**
**P.O. Box 171247**
**Memphis, TN 38187-1247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,945.47** |
| --- | --- | --- | --- |

**Lucius D. Jordan, III**
**9074 Baynard Loop North**
**Germantown, TN 38139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,072.50** |
| --- | --- | --- | --- |

**Maintenance Plus**
**201 Eugenia Street**
**Florence, AL 35630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$285.36** |
| --- | --- | --- | --- |

**MDSOUTH FILTERS**
**P..O. Box 27584**
**Memphis, TN 38167**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$635.00** |
| --- | --- | --- | --- |

**Metro Alarm Office**
**P.O. Box 178**
**Memphis, TN 38101-0178**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255.00** |
|---|---|---|---|

**Mid South Septic Services**
**11284 Gulf Stream Rd.**
**Arlington, TN 38002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,150.00** |
|---|---|---|---|

**MPE Services LLC**
**7787 AL 75**
**Pinson, AL 35126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,093.84** |
|---|---|---|---|

**NUCO2-Midtown**
**P.O. Box 417902**
**Boston, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108,000.00** |
|---|---|---|---|

**PEBB Enterprises**
**7900 Glades Rd., #600**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Back Rnts from Holiday Germantown, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**Presbyterian Day Schoool**
**4025 Poplar Ave.38111**
**Memphis, TN 38111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,052.76** |
|---|---|---|---|

**Regions Bank**
**Regions Center**
**1900 5th Ave. N**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Overdraft in Checking Account 5793**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Roto Rooter**
**P.O. Box 2142**
**Florence, AL 35630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (*if known*) | **23-23313** |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,003.17**

**State Systems, Inc.**
**P.O. Box 372, Dept. 90**
**Weights & Measures Division**
**Memphis, TN 38101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$788.00**

**Terminix**
**P.O. Box 802155**
**Chicago, IL 60680-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$570.06**

**Terminix-Erin**
**P.O. Box 802155**
**Chicago, IL 60680-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$341.00**

**Terminix-Germantown**
**P.O.. Box 802155**
**Chicago, IL 60680-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,355.00**

**Terminix-Midtown**
**P.O.. Box 802155**
**Chicago, IL 60680-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,924.00**

**Timothy Heinz**
**272 Cedar Brook Dr.**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,481.17**

**U-Line**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Holdiay Ham Holdings, LLC** | Case number (if known) | **23-23313** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,835.00 |
|---|---|---|---|

**Vend Lease**
P.O. Box 5066
Hartford, CT 06102-5066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.92 |
|---|---|---|---|

**Waste Connections**
5901 Shelby Oarks Dr. Suite 180
Memphis, TN 38134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian Yoakum**<br>**Evans Petree**<br>**1715 Aaron Brenner Dr. Ste.800**<br>**Memphis, TN 38120** | Line  **3.33**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 254,684.43 |
| 5b. Total claims from Part 2 | | 5b. + $ | 1,351,902.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 1,606,586.94 |

**Fill in this information to identify the case:**

Debtor name    **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known)   **23-23313**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Annual Renewal of Workers Compensation Insurance** | |
|     State the term remaining | |
|     List the contract number of any government contract | **AF Group** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Month to Month Phones** | |
|     State the term remaining | **AT&T Mobility** |
|     List the contract number of any government contract | **P.O. Box 6463 Carol Stream, IL 60197-6463** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Month to Month Rental Equipment** | |
|     State the term remaining | **Bluff City Refrigeration, Inc.** |
|     List the contract number of any government contract | **P.O. Box 11332 Memphis, TN 38111** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Month to month water utilites** | |
|     State the term remaining | |
|     List the contract number of any government contract | **City of Germantown** |

| Debtor 1 | **Holdiay Ham Holdings, LLC** | | | Case number (*if known*) | **23-23313** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest  **month to month beverage machines** | |
| State the term remaining | |
| List the contract number of any government contract | **Coke-free syle Machines Beverages** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest  **Motnh to Month on IT** | |
| State the term remaining | |
| List the contract number of any government contract | **Comcast** **P.O. Box 530098** **Atlanta, GA 30353-0098** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest  **Month to Month exterminator** | |
| State the term remaining | |
| List the contract number of any government contract | **Cooks Pest Control** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest  **Month to Month rental for dish machines** | |
| State the term remaining | |
| List the contract number of any government contract | **ECOLAB Food Specialities** **24196 Network Place** **Chicago, IL 60673** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest  **Inventory Software** | |
| State the term remaining | |
| List the contract number of any government contract | **Extra Chef** |

| Debtor 1 | **Holdiay Ham Holdings, LLC** | | | Case number *(if known)* | **23-23313** |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Month to Month email services** |
| State the term remaining | |
| List the contract number of any government contract | **Google** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Month to Month** |
| State the term remaining | |
| List the contract number of any government contract | **Gordon Food Service P.O. Box 41534 Memphis, TN 38174** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **4325 sq ft. with rent of $9911.46** |
| State the term remaining | **December 2023** |
| List the contract number of any government contract | **Holiday Collierville LLC** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **6856 sq ft. with rent of $3200 per month** |
| State the term remaining | |
| List the contract number of any government contract | **Holiday Commissary LLC 3895 East Raines Rd. Memphis, TN 38118** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **4838 sq ft. with rent of $13,102** |
| State the term remaining | **23 Years** |
| List the contract number of any government contract | **Holiday Crown Center LLC** |

Debtor 1  **Holdiay Ham Holdings, LLC**
First Name    Middle Name    Last Name

Case number *(if known)*  **23-23313**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest — **4842 sq ft. with rent of $10,088 per month** <br><br> State the term remaining — **May 2024** <br><br> List the contract number of any government contract | **Holiday Erin LLC** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest — **4518 sq. Ft.** <br><br> State the term remaining — **April 2029** <br><br> List the contract number of any government contract | **Holiday Germantown LLC** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest — **400 sq. ft. with rent of $13,316** <br><br> State the term remaining — **Coctober 2031** <br><br> List the contract number of any government contract | **Holiday Houston Levee LLC** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest — **4686 sq ft. with rent of $8,602.69** <br><br> State the term remaining — **April 2022** <br><br> List the contract number of any government contract | **Holiday Midtown LLC** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest — **Month to Month printer and copier** <br><br> State the term remaining <br><br> List the contract number of any government contract | **KONICA MINOLTA** <br> **21146 Network Place** |

Debtor 1   **Holdiay Ham Holdings, LLC**                                    Case number (*if known*)   **23-23313**
_____  _____
           First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Month to MOnth Septic Services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mid South Septic Services**<br>**11284 Gulf Stream Rd.**<br>**Arlington, TN 38002** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month utilities** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MLGW** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month beverages** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NUCO2-Midtown**<br>**P.O. Box 417902**<br>**Boston, MA 02241-7902** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Accountin** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patrick Accounting** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **5000 sq ft. with rent of $5000 per month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pimentos Florence LLC** |

| Debtor 1 | **Holdiay Ham Holdings, LLC** | | | Case number *(if known)* | **23-23313** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Software month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quick Books** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Storage on Month to Month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rent-a-Box Storage** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month trash pickup** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Republic Services 3840 Homewood Ave. Memphis, TN 38118** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Annual renewal of general liabilit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **society Insurance** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month exterminator** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Terminix P.O.. Box 802155 Chicago, IL 60680-2155** |

| Debtor 1 | **Holdiay Ham Holdings, LLC** | | | Case number *(if known)* | **23-23313** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Month to Month on POS Software Fees**

State the term remaining

List the contract number of any government contract

**Toast
401 Park Drive, Ste. 801
Boston, MA 02215**

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Annual Renewal of D & O**

State the term remaining

List the contract number of any government contract

**Travlers
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317**

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease**

State the term remaining

List the contract number of any government contract

**Vend Lease
P.O. Box 5066
Hartford, CT 06102-5066**

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Waste management month to month on trash pickup**

State the term remaining

List the contract number of any government contract

**Waste Management Services**

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Month to Month**

State the term remaining

List the contract number of any government contract

**West End Fresh Salads, LLC
175 Poplar Springs Dr.
Tupelo, MS 38804**

**Fill in this information to identify the case:**

Debtor name  **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TENNESSEE

Case number (if known)  **23-23313**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Lucius D. Jordan, III** | **9074 Baynard Loop North Germantown, TN 38139** | **Holiday Crown Center LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Lucius D. Jordan, III** | **9074 Baynard Loop North Germantown, TN 38139** | **Pinnacle Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Lucius D. Jordan, III** | **9074 Baynard Loop North Germantown, TN 38139** | **SBA EIDL Loan** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Lucius D. Jordan, III** | **9074 Baynard Loop North Germantown, TN 38139** | **Simmons Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Lucius D. Jordan, III** | **9074 Baynard Loop North Germantown, TN 38139** | **Holiday Erin LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Holdiay Ham Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **23-23313**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Other Income** | **$17,787.56** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **ERC Income** | **$1,005,684.25** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **PPP Forgiveness Income** | **$529,037.11** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gain on Sale of Asset** | **$0.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other   **Holiday Ham Food Sales** | **$4,832,713.73** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other   **Holiday Ham Market Sales** | **$318,459.17** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Holiday Ham Catering Sales** | **$729,014.75** |

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(if known)* **23-23313** |

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **Holiday Ham Beverage Sales** | **$307,673.27** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **Holiday Ham Delivery Fee Income** | **$58,919.10** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **Holiday Ham Liquor Sales** | **$132,420.91** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **Holiday Ham Beer Sales** | **$81,191.44** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **Holiday Ham Wine Sales** | **$7,554.50** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Holiday Ham Intercompany Sales** | **$189,463.87** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Franchisor Royalties** | **$1,796.76** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **Holiday Ham retail sales** | **$626,435.81** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **Discounts against sales** | **$222,452.04** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Interest Income** | **$52,466.08** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Sales Tax Discount** | **$220.94** |

Debtor   **Holdiay Ham Holdings, LLC**                                    Case number *(if known)* **23-23313**

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Simmons Bank**<br>**P.O. Box 8012**<br>**c/o Centtsl Losn Admin.**<br>**Little Rock, AR 72203** | **April 16, 2023** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Current on loan but bank officer demanded payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(if known)* **23-23313** |
|---|---|---|

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jane Doe v Holiday Crown Centre LLC** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Houston Levee Market LLC v. Holiday Ham Holdings, LLC** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Kroger Limited Patrnership 1 v. Holiday Ham Holdings, LLC** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Briarcrest Christian School** | | | **$550.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Presbyterian Day Schoool**<br>**4025 Poplar Ave.38111**<br>**Memphis, TN 38111** | | | **$1,100.00** |
| | Recipients relationship to debtor | | | |

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Holdiay Ham Holdings, LLC**                                            Case number *(if known)*  **23-23313**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Toni Campbell Parker**<br>**45 North Third, Ste. 201**<br>**Memphis, TN 38103** | **Received $7,500 as retainer for legal fees and $1,738 for filing fee** | **June 16, 2023** | **$9,238.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Harris Shelton Law Firm,**<br>**Steve Douglass**<br>**6060 Primacy Parkway, Ste. 100**<br>**Memphis, TN 38119** | | | **$3,165.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**  **Previous Locations**

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **5**

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(if known)* | **23-23313** |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5885 Ridgeway Center Parkway Ste. 110 Memphis, TN 38120** | |
| 14.2. | **3895 East Raines Rd. Memphis, TN 38118** | |
| 14.3. | **7700 Poplar Ave., Ste. 200 Germantown, TN 38138** | |
| 14.4. | **9245 Poplar Ave., Ste. 5-146 Germantown, TN 38138** | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor | Holdiay Ham Holdings, LLC | | | Case number *(if known)* | 23-23313 |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Regions Bank** **Regions Center** **1900 5th Ave.** **Birmingham, AL 35203** | **XXXX-5793** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Accounts for Hokiday Ham, Holiday Erin, Holiday Germantown, Holiday Midtown, Holiday Crown Centre, Holiday Holdings, Pimentos UT Medical, Pimentos Florence, Holiday Houston Levee, Pimenos Franchisor** | **$0.00** |
| 18.2. | **First Bank** **1661 International Dr. Ste.. 350** **Memphis, TN 38120** | **XXXX-1783** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage** **205 E. Winchester Blvd.** **Memphis, TN 38107** | **Lucius D. Jordan, III** **9074 Baynard Loop North** **Germantown, TN 38139** | **Oven and Restaurant Furniture** | ☐ No ■ Yes |
| **Rent-a-Box Storage** | **Lucius D. Jordan, III** **9074 Baynard Loop North** **Germantown, TN 38139** | **Paper Goods** | ☐ No ■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(if known)* **23-23313** |
| --- | --- | --- |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

  ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.   **Pimentos Perkins LLC** | | EIN:<br><br>From-To |
| 25.2.   **Pimentos Florence LLC** | | EIN:<br><br>From-To |
| 25.3.   **Pimentos UT Medical LLC** | | EIN:<br><br>From-To |

Debtor   **Holdiay Ham Holdings, LLC**                                    Case number *(if known)* **23-23313**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.4.  **Holiday Commissary LLC**<br>**3895 East Raines Rd.**<br>**Memphis, TN 38118** | | EIN:<br><br>From-To |
| 25.5.  **Pimentos Franchisor, LLC** | | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Lucius D. Jordan, III**<br>**9074 Baynard Loop North**<br>**Germantown, TN 38139** | **2015 till present** |
| 26a.2.  **John Strand** | **Present** |
| 26a.3.  **Patrick Accounting** | **2012 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Patrick Accounting** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Lucius D. Jordan, III**<br>**9074 Baynard Loop North**<br>**Germantown, TN 38139** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Pinnacle Bank**<br>**P.O. Box 292487**<br>**Nashville, TN 37229-2487** |
| 26d.2.  **First Bank**<br>**1661 International Dr. Ste.. 350**<br>**Memphis, TN 38120** |

Debtor   **Holdiay Ham Holdings, LLC**                    Case number *(if known)* **23-23313**

| Name and address | |
|---|---|
| 26d.3. | **Simmons Bank**<br>**P.O. Box 8012**<br>**c/o Centtsl Losn Admin.**<br>**Little Rock, AR 72203** |
| 26d.4. | **SBA**<br>**2 North St. Ste. 320**<br>**Birmingham, AL 35203** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lucius D. Jordan, III | 9074 Baynard Loop North<br>Germantown, TN 38139 | President and CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Strand | | COO/CAO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryce Hendry | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paulo Texiera | | Director | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

| Debtor | **Holdiay Ham Holdings, LLC** | Case number *(if known)* | **23-23313** |

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 23, 2023__

__/s/ Lucius D. Jordan, III__                               __Lucius D. Jordan, III__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __President and Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Tennessee

In re  **Holdiay Ham Holdings, LLC**

Debtor(s)

Case No. 

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a retainer for legal fees | $ | **7,500.00** |
| Prior to the filing of this statement I have received as a retainer for legal fees and expenses | $ | **7,500.00** |
| Balance Due unknown until application and hearing for fees and expenses | $ | **unknown** |

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  6, 2023**

*Date*

**/s/ Toni Campbell Parker**

**Toni Campbell Parker**

*Signature of Attorney*

**Law Firm of Toni Campbell Parker**
**45 N. Third Ave., Ste. 201**
**Memphis, TN 38103**
**901-683-0099  Fax: 866-489-7938**
**tparker002@att.net**

*Name of law firm*

---

## United States Bankruptcy Court
### Western District of Tennessee

In re   **Holdiay Ham Holdings, LLC**         Case No.   __23-23313__

Debtor(s)       Chapter   __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **2020 Teixeira Family Trust**<br>**6065 Wild Maple Drive**<br>**Memphis, TN 38120** | **B** | | **Shareholder** |
| **AMK Investments LP**<br>**Attn: Joe Morrison**<br>**555 South Perkins Extd., Ste. 400**<br>**Memphis, TN 38117** | **B** | | **Shareholder** |
| **Cynthia Jordan**<br>**5287 Bears Paw Circle**<br>**Memphis, TN 38120** | **A** | | **Shareholder** |
| **David A. McDonnell**<br>**6431 River Tide Cove**<br>**Memphis, TN 38120** | **B** | | **Shareholder** |
| **Edwin M. Jones Oil Co.**<br>**Attn: Douglas Edwards**<br>**50 Front Street, Ste. 770**<br>**Memphis, TN 38103** | **B** | **9.32** | **Shareholder** |
| **Enterprise Investment Partners**<br>**Attn: oe Morrison**<br>**555 South Perkins Extd. Ste. 400**<br>**Memphis, TN 38117** | **B** | **10.61%** | **Shareholder** |
| **Jennifer J. Smith**<br>**1878 Laurel Lane**<br>**Germantown, TN 38139** | **A** | | **Shareholder** |
| **Larry Moss**<br>**1062 Tides Ridge Cove**<br>**Memphis, TN 38120** | **B** | | **Shareholder** |
| **Lucius D. Jordan, III**<br>**9074 Baynard Loop North**<br>**Germantown, TN 38139** | **A** | **24** | **Shareholder** |
| **Matthew Moss**<br>**6432 Massey Estates Cove**<br>**Memphis, TN 38120** | **B** | | **Shareholder** |
| **Michael Hecht**<br>**4641 Barfield Rd.**<br>**Memphis, TN 38117** | **B** | | **Shareholder** |

Sheet 1 of 3 in List of Equity Security Holders

In re:  **Holdiay Ham Holdings, LLC**                                    Case No.  **23-23313**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Wharton**<br>**850 Ridge Lake Blvd., Suite 1**<br>**Memphis, TN 38120** | **B** | | **Shareholder** |
| **Patrick A. Siano**<br>**170 Aston Hall Dr.**<br>**Eads, TN 38028** | **B** | | **Shareholder** |
| **Paul Stephens**<br>**717 Riverside Drive, Unit 1005**<br>**Memphis, TN 38103** | **B** | | **Shareholder** |
| **Phillip W. Cook**<br>**6070 Poplar Ave., Ste. 300**<br>**Memphis, TN 38119** | **B** | | **Shareholder** |
| **Pittco Capital Partners V, LP**<br>**Attn: Bryce Hendry**<br>**17 West Pontotoc Ave., Suite 100**<br>**Memphis, TN 38103** | **B** | **12.85%** | **Shareholder** |
| **Robert J. Hussey, III**<br>**227 West Chickasaw Pkwy.**<br>**Memphis, TN 38111** | **B** | | **Shareholder** |
| **Stephen D. Moss**<br>**5500 Shady Grove Road**<br>**Memphis, TN 38120** | **B** | | **Shareholder** |
| **William L. Hecht**<br>**8802 Callaway CT.**<br>**Cordova, TN 38016** | **B** | | **Shareholder** |
| **William P. Halliday**<br>**6070 Poplar Ave., Suite 300**<br>**Memphis, TN 38119** | **B** | | **Shareholder** |

List of equity security holders consists of 3 total page(s)

In re:  **Holdiay Ham Holdings, LLC** _____  Case No.  **23-23313** _____

_Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I, the **President and Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 23, 2023** _____  Signature  **/s/ Lucius D. Jordan, III** _____

                                                                             **Lucius D. Jordan, III**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

# United States Bankruptcy Court
## Western District of Tennessee

In re    **Holdiay Ham Holdings, LLC** _____    Case No.    **23-23313** _____

                                                    Debtor(s)       Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:   **July 23, 2023** _____        **/s/ Lucius D. Jordan, III** _____

                                                    **Lucius D. Jordan, III**/**President and Managing Member**
                                                    Signer/Title