**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Holdiay Ham Holdings, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **23-23313** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|
   | 2. **Cash on hand** | $500.00 |
   | 2. **Cash on hand** | $500.00 |
   | 2. **Cash on hand** | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **First Horizon** | **Checking** | | $49,502.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $51,002.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor  **Holdiay Ham Holdings, LLC**  Case number *(If known)* 23-23313
Name

| | | |
|---|---|---:|
| 7.1. | **Lease Holiday Erin, LLC** | $6,075.38 |
| 7.2. | **Lease Holiday Crown Centre LLC** | $16,529.83 |
| 7.3. | **Lease Holiday Collierville, LLC** | $9,911.46 |
| 7.4. | **Accounts Receivable** | $55,919.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $88,435.67
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---:|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | **Holiday Erin, LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC** | % | | **Unknown** |
| 15.2. | **Holiday Germantown, LLC which was a separate subsidiary but treated as just a profit center under Holiday Ham Holdings, LLLC** | % | | **Unknown** |

Debtor  **Holdiay Ham Holdings, LLC**  Case number *(If known)* **23-23313**
Name

| | | | | | |
|---|---|---|---|---|---|
| 15.3. | **Holiday Commisary, LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC operating the grocery diviion selling to Kroger** | % | | | **Unknown** |
| 15.4. | **Holiday Crown Centre LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC** | % | | | **Unknown** |
| 15.5. | **Holiday Midtown, LLC which was a separate subsidary but treated as just a profit center under Holiday Ham Holdings, LLLC** | % | | | **Unknown** |
| 15.6. | **Pimentos Franchisor LLC. but restaurant closed 12.31.21** | % | | | **$0.00** |
| 15.7. | **Pimentos Florence Holdings, LLC which never operated** | % | | | **$0.00** |
| 15.8. | **Pimentos UY Medical LLC which closed 5.27.22** | % | | | **$0.00** |
| 15.9. | **Pimentos Perkisn, LLC which sold** | % | | | **$0.00** |
| 15.10. | **Holiday Collierville LLC which never opened** | % | | | **$0.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**    **$0.00**

    Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Debtor    **Holdiay Ham Holdings, LLC**                                    Case number *(If known)* **23-23313**
       Name

| | | | | |
|---|---|---|---|---|
| 22. | **Other inventory or supplies** | | | |
| | **Inventory Holiday Erin, LLC** | | $0.00 | $3,221.00 |
| | **Inventory Germantown, LLC** | | $0.00 | $14,637.00 |
| | **Inventory Holiday Crown Centre, LLC** | | $0.00 | $26,245.00 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $44,103.00 |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Desks- Three (3)** | $0.00 | | $1,500.00 |
| | **Tables-Nine (9)** | $0.00 | | $2,000.00 |
| | **Office Chairs Three (3)** | $0.00 | | $500.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | Holdiay Ham Holdings, LLC | Case number *(If known)* 23-23313 |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $4,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Holiday Midtown Equipment | $0.00 | | $30,000.00 |
| Holiday Erin Equipment and Going Concern | $0.00 | | $600,000.00 |
| Holiday Germantown Equipment Going Concern | $0.00 | | $600,000.00 |
| Pimentos Crown Centre | $0.00 | | $30,000.00 |

51. **Total of Part 8.** $1,260,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

Debtor **Holdiay Ham Holdings, LLC**     Case number *(If known)* **23-23313**
    Name

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | **Trademark for Pimentos Burgers, Bar and Grill** | **$0.00** | **Comparable sale** | **$50,000.00** |
| | **Holiday Deli & Ham Co.** | **$0.00** | | **$50,000.00** |
| | **Grocery Division IP** | **$0.00** | | **$150,000.00** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**      **$250,000.00**

  Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  ■ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

Debtor **Holdiay Ham Holdings, LLC**  Case number *(If known)* **23-23313**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $51,002.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $88,435.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $44,103.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,260,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9............>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,697,540.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,697,540.67 |