# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                              Case No.   23−23313   mrh
                                                   Chapter   11

                                              Adversary No.

Holiday Ham Holdings, LLC

Debtor(s).

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

73 − Motion to Consolidate Lead Case 23−23313 with 23−23685 Filed by Toni Campbell Parker on behalf of Holiday Ham Holdings, LLC (Parker, Toni) on August 9, 2023 .

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **August 30, 2023 at 11:00 AM , 200 Jefferson Ave, Room 680, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by August 23, 2023**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

                                              Lisa H. Haney
                                              CLERK OF COURT

                                              BY:  Jenifer Joiner
                                              _____
                                                Deputy Clerk
                                              DATE:  August 9, 2023
                                              [combrelcco30]Order/Notice combined Rel 11−03