**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE:   **HOLIDAY HAM HOLDINGS, LLC** | **CHAPTER 11** |
| Debtor | **CASE NO. 23-23313** |

**NOTICE OF JOINDER IN OBJECTION TO MOTION FOR RELIEF FROM THE STAY, OR ALTERNATIVELY, FOR ADEQUATE PROTECTION PAYMENTS**

COMES NOW Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee"), and files this his Notice of Joinder in the Objection (the "Objection") **[DK #70]** filed herein by Holiday Ham Holdings, LLC (the "Debtor") to the Motion for Relief from the Stay and Abandonment, or Alternatively, for Adequate Protection Payments (the "Motion") **[DK #30]**, filed herein by Pinnacle Bank (the "Bank"), and would respectfully show until this Honorable Court as follows, to-wit:

1. The Trustee joins in the Objection the same as if copied verbatim herein.

2. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof, this Honorable Court will enter its order denying the Motion. The Trustee prays for general relief.

THIS, the 9th day of August, 2023.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC


By: */s/ Craig M. Geno*
      Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Holiday Ham Holdings, LLC\Pleadings\Joinder to Debtor's Obj to Pinnacle's Mot for Relief 8-9-23.wpd

## **CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or electronic filing transmission, a true and correct copy of the above and foregoing pleading to the following:

Jamaal Walker, Esq.  
Office of the United States Trustee  
jamaal.walker@usdoj.gov

Matthew R. Murphy, Esq.  
mmurphy@smythehuff.com

Toni Campbell Parker, Esq.  
tparker002@att.net

THIS, the 9th day of August, 2023.

*/s/ Craig M. Geno*
Craig M. Geno