# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

IN RE:  **HOLIDAY HAM HOLDINGS, LLC**  **CHAPTER 11**
Debtor  **CASE NO. 23-23313**

## MOTION TO APPEAR BY TELEPHONE AND/OR BY VIDEOCONFERENCE

COMES NOW Craig M. Geno, the Subchapter V Trustee in this Chapter 11 case (the "Trustee"), and files this his *Motion to Appear by Telephone and/or by Video Conference* (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. The Court has scheduled hearings on the following matters for Wednesday, August 16, 2023, at 11:00 a.m.:

    a. *Motion for Relief from the Stay and Abandonment, or Alternatively, for Adequate Protection Payments* **[DK #30]** filed herein by Pinnacle Bank; and

    b. *Motion to Prohibit Use of Cash Collateral or Alternatively, for Adequate Protection Payments* **[DK #31]** filed herein by Pinnacle Bank.

2. The Trustee requests that he be allowed to attend the hearings by telephone and/or by videoconference, in that he does not anticipate any need for testimony.

3. In further support of his request to appear virtually, the Trustee would respectfully show that he is unable to appear in person at the hearings because of a prior scheduling conflict. If the Trustee is allowed appear virtually, he does not intend to examine witnesses, present arguments or otherwise participate except to answer any questions the Court may have.

4. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof this Honorable Court will enter its order granting the Motion. The Trustee prays for general relief.

THIS, the 25th day of July, 2023.

          Respectfully submitted,

          CRAIG M. GENO, SUBCHAPTER V TRUSTEE

          By His Attorneys,

          LAW OFFICES OF CRAIG M. GENO, PLLC

          By: */s/ Craig M. Geno*
               Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Holiday Ham Holdings, LLC\Pleadings\Mot to Appear Telephonically for 8-16-23 Hrgs 8-11-23.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Jamaal Walker, Esq.
Office of the United States Trustee
jamaal.walker@usdoj.gov

THIS, the 25th day of July, 2023.

          */s/ Craig M. Geno*
          Craig M. Geno