FORM NO. 8 (LF008)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

---

**In re:  HOLIDAY HAM HOLDINGS, LLC**                                                                  **Case No. 23-23313**
**Debtor**                                                                                                                                  **Chapter 11**

---

## CERTIFICATE OF COMPLIANCE WITH L.B.R. 9013-1

---

I, the undersigned, hereby certify compliance with L.B.R. 9013-1 of the United States Bankruptcy Court for the Western District of Tennessee. Further to the best of my information and belief upon search and/or inquiry with the Bankruptcy Clerk's Office, no party in interest has filed an objection to the pleading or order styled *Motion to Require Escrowed Subchapter V Trustee Payments* **[DK #59]** that was filed on August 2, 2023.

THIS, the 15th day of August, 2023.

>Respectfully submitted,
>
>CRAIG M. GENO, SUBCHAPTER V TRUSTEE
>
>By His Attorneys
>
>LAW OFFICES OF CRAIG M. GENO, PLLC
>
>
>By: */s/ Craig M. Geno*
>          Craig M. Geno

OF COUNSEL:

Craig M. Geno; MS Bar No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com