**Dated: August 15, 2023**
**The following is ORDERED:**

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | **HOLIDAY HAM HOLDINGS, LLC** | **CHAPTER 11** |
| | Debtor | **CASE NO. 23-23313** |

## ORDER

THIS CAUSE having come on for consideration of the *Motion to Appear by Telephone and/or by Videoconference* (the "Motion") **[DK #78]** filed herein by Craig M. Geno, the Subchapter V Trustee in this Chapter 11 (the "Trustee"), the Court having considered the Motion, is of the opinion that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Motion should be, and hereby is, granted and Craig M. Geno is authorized to attend the hearings on Wednesday, August 16, 2023, by telephone and/or by videoconference.

# # END OF ORDER # #

SUBMITTED BY:

*/s/ Craig M. Geno*
Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Holiday Ham Holdings, LLC\Pleadings\Order - Mot to Appear Telephonically for 8-16-23 Hrgs 8-11-23.wpd