**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

IN RE: HOLIDAY HAM HOLDINGS, LLC			Case No.: 23-23313

Debtors.						Chapter 11 Case
							Subchapter V

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

Please take notice that R. Lee Webber, Martin, Tate, Morrow & Marston, P.C., enters his appearance on behalf of Simmons Bank and pursuant to Bankruptcy Rules 9010(b), 2002(a) & (b), and 3017(a), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address and telephone number listed below.

Respectfully submitted,

/s/ R. Lee Webber
R. Lee Webber (18266)
MARTIN, TATE, MORROW &
MARSTON, P.C.
Attorneys for Creditor
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119
Phone: (901) 522-9000
Fax (901) 527-3746
File No.:  S20022.48

CERTIFICATE OF SERVICE/PLEASE SERVICE THE FOLLOWING

On this the __ day of August 2023, the foregoing pleading was mailed to the following parties and should be served by the Court upon its entry.

Debtor

Debtor's Attorney

Sub V Trustee

Chapter 11 Trustee

/s/R. Lee Webber
R. Lee Webber