**Dated: August 17, 2023
The following is ORDERED:**

_____
**M. Ruthie Hagan
UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:    **HOLIDAY HAM HOLDINGS, LLC,**        Case No. 23-23313-MRH
          **Debtor.**                           Chapter 11

### ORDER

THIS CAUSE having come on for consideration of the *Motion to Require Escrowed Subchapter V Trustee Payments* (the "Motion") **[DK #59]** filed herein by Craig M. Geno, Subchapter V Trustee (the "Trustee"), and the Court having considered the Motion, and being fully advised in the premises, does hereby find as follows, to-wit:

1. Notice and a hearing were adequate and appropriate under the circumstances.

2. The Trustee has been appointed as the Subchapter V Trustee in this Chapter 11 case.

3. There is no statutory requirement for the Debtor-in-Possession in a Subchapter V case to pay, or even escrow, fees and expenses of the Trustee (or any Trustee for that matter) while the case is pending and before confirmation of a Plan.

4. In many instances, Subchapter V cases end up being dismissed, or converted to a case under Chapter 7, with no funds being paid to the Subchapter V Trustee.

5. In addition, a number of Subchapter V cases are filed that simply are not going to be able to submit a feasible Chapter 11 Plan, and the earlier the parties in the case know that, the better off everyone will be.

6. Bearing all of these considerations in mind, the Court orders the Debtor to begin, on August 1, 2023, depositing the sum of $1,000.00 per month with the Trustee, to be held in escrow, pending an application for compensation and notice and a hearing in connection with such application. The escrowed funds will be used to defray the Trustee's compensation, if any.

7. In the event the Debtor cannot afford to escrow $1,000.00 per month, or in the event the Debtor (or its equity security holders) are unwilling or unable to come up with $1,000.00 per month to fund an escrow, then the parties should know that sooner rather than later and take such action as necessary.

8. Other courts around the country have granted similar motions in Subchapter V cases (although at least one court has declined to do so) and some courts either have pending local rules or standing orders requiring such retainers to be paid, subject to the fee application, notice and a hearing process.

9. Accordingly, the Court hereby grants the Motion.

## END OF ORDER ##

SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Holiday Ham Holdings, LLC\Pleadings\Order - Mot to Require Escrowed SubV Trustee Payments 8-3-23.wpd

United States Bankruptcy Court

Western District of Tennessee

| | |
|---|---|
| In re: | Case No. 23-23313-mrh |
| Holiday Ham Holdings, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-2 | User: ao1492bnc | Page 1 of 4 |
| Date Rcvd: Aug 18, 2023 | Form ID: pdford02 | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holiday Ham Holdings, LLC, 9245 Poplar Ave., Ste. 5-146, Germantown, TN 38138-7931 |
| cr | + | FirstBank, c/o Scott McGuire, Special Assets Manager, 722 Columbia Avenue, Frranklin, TN 37064-2828 |
| cr | + | Houston Levee Market, LLC, c/o Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| cr | + | Kroger Limited Partnership I, Gullett Sanford Robinson & Martin PLLC, c/o Thomas H. Forrester, 150 Third Avenue Suite 1700, Nashville, TN 37201-2041 |
| 33986967 |   | 20-APRIO LLP, P.O. BOX 117310, Account Rec. Dept., Atlanta, GA 30368-7310 |
| 33986970 | + | 20-B & L Food Sales, LP, 2014 Brookhaven, Abilene, TX 79605-5502 |
| 33986979 | + | 20-Crown Centre, LLC, c/o Lurie & Assoc., 2650 Thousand Oaks Blvd., Ste. 2350, Memphis, TN 38118-2470 |
| 33986987 | + | 20-First Bank, 1661 International Dr. Ste. 350, Memphis, TN 38120-1433 |
| 33986992 | + | 20-Gordon Food Service, P.O. Box 41534, Memphis, TN 38174-1534 |
| 33986994 |   | 20-Hendon Germantown Village LLC, P.O. Box 749529, Atlanta, GA 30374-9529 |
| 33987004 | + | 20-Houston Levee Market LLC, 1669 Kirby Parkway, Ste. 200, Memphis, TN 38120-4338 |
| 33987010 | + | 20-Kroger Limited Partnership I, c/o Matthew B. Haskell, 150 N. Third Ave. South Ste. 1700, Nashville, TN 37201-2041 |
| 33987019 | + | 20-PEBB Enterprises, 7900 Glades Rd., #600, Boca Raton, FL 33434-4105 |
| 33987021 |   | 20-Pinnacle Bank, P.O. Box 292487, Nashville, TN 37229-2487 |
| 33987023 | + | 20-Regions Bank, Regions Center, 1900 5th Ave. N, Birmingham, AL 35203-2670 |
| 33987025 |   | 20-SBA EIDL Loan, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 33987026 | + | 20-Simmons Bank, P.O. Box 8012, c/o Centtsl Loan Admin., Little Rock, AR 72203-8012 |
| 33987027 | + | 20-State of Tennessee Dept. of Revenue, 500 Deaderick St., 8th Floor, Nashville, TN 37242-0001 |
| 33987034 | + | 20-Toast, 401 Park Drive, Ste. 801, Boston, MA 02215-3372 |
| 33987036 |   | 20-Vend Lease, P.O. Box 5066, Hartford, CT 06102-5066 |
| 33986963 | + | AAA Safe & Lock Co., Inc., 722 South Highland St., Memphis, TN 38111-4393 |
| 33986964 | + | Alarm Alert Center, Inc., P.O. Box 341754, Memphis, TN 38184-1754 |
| 33986969 | + | Audacy Operations Inc, P.O. Box 74093, Cleveland, OH 44194-0159 |
| 33986971 | + | Bluff City Refrigeration, Inc., P.O. Box 11332, Memphis, TN 38111-0332 |
| 33986972 | + | Brian Yoakum, Evans Petree, 1715 Aaron Brenner Dr. Ste.800, Memphis, TN 38120-1445 |
| 33986973 | + | Burch, Porter & Johnson PLLC, 130 North Court Ave., Memphis, TN 38103-2288 |
| 33986975 |   | CINTAS, P.O. Box 630921, Cincinnati, OH 45263-0921 |
| 33986974 | + | Certified Alarm Co. of Alabama, Inc., P.O. Box 237, Sheffield, AL 35660-0237 |
| 33986976 | + | Clinic Pass, 1590 E. Joyce Blvd., #8518, yetteville, AR 72703-7821 |
| 33986977 | + | Coleman Group Inc., 1587 Darby Drive, Florence, AL 35630-2746 |
| 33986978 | + | Cozzini Bros., Inc., 350 Howard Ave., Des Plaines, IL 60018-1908 |
| 33986980 | + | Delaney Services Inc., 2406 Samuels, Memphis, TN 38114-5942 |
| 33986981 | + | Doordash, Inc., 303 2nd Ave., San Francisco, CA 94118 |
| 33986982 | + | ECOLAB Food Specialities, 24196 Network Place, Chicago, IL 60673-1241 |
| 33986983 |   | ECOLAB Institutional, P.O. Boz 32027, New York, NY 10087-2027 |
| 33986984 |   | Erinway Partners LP, P.O. Box 171247, Memphis, TN 38187-1247 |
| 33986985 | + | Eurofins Central Analytical Laboratories, 1555 3rd Place, Memphis, TN 38106 |
| 33986986 | + | Fire Pro, 25187 Huntsville Brownsferry Rd., Madison, AL 35756-3601 |
| 33996308 | + | First Citizens Bank & Trust Company, c/o Bankruptcy Processing Solutions, Inc, PO Box 593007, San Antonio, TX 78259-0200 |
| 33986989 | + | Floied Fire Extinguisher & Steam Clean., 3060 Lamar Ave., Memphis, TN 38114-6405 |

| Recip ID | | Recipient |
|---|---|---|
| 33986990 | | Fourth Enterprises, LLC, P.O. Box 8030, Carol Stream, IL 60197-8030 |
| 33986991 | + | Germantown Area Chamber of Commerce, 2195 S. Germantown Rd., Germantown, TN 38138-3819 |
| 33986993 | + | Hastings AAA Pumping Service, 2778 Shelby St., Memphis, TN 38134-4510 |
| 33986995 | + | Herald Quickprint & Technology, P.O. Box 1035, Florence, AL 35631-1035 |
| 33986996 | + | Herring Equipment Service, Inc., 1651 Dancy Blvd., Ste. 1, Horn Lake, MS 38637-1911 |
| 33986998 | #+ | Holiday Commissary LLC, 3895 East Raines Rd., Memphis, TN 38118-6937 |
| 33987006 | + | J.C. Hamm & Sons, Inc., 2536 Florence Blvd., Florence, AL 35630-2866 |
| 33987008 | + | KOK-KIN Properties, 24479 N. 120th Place, Scottsdale, AZ 85255-5960 |
| 33987009 | | KONICA MINOLTA, 21146 Network Place, Chicago, IL 60673-1211 |
| 33987007 | + | Kevin Cerrito, 2044 Felix Ave., Memphis, TN 38104-5637 |
| 33991417 | + | Kroger Limited Partnership I,, c/o Thomas H. Forrester, 150 Third Avenue South, Suite 1700, Nashville, TN 37201-2041 |
| 33987011 | | Loeb Bros. Realty LLP, P.O. Box 171247, Memphis, TN 38187-1247 |
| 33987012 | + | Lucius D. Jordan, III, 9074 Baynard Loop North, Germantown, TN 38139-4503 |
| 33987014 | + | MDSOUTH FILTERS, P..O. Box 27584, Memphis, TN 38167-0584 |
| 33987017 | | MPE Services LLC, 7787 AL 75, Pinson, AL 35126 |
| 33987013 | + | Maintenance Plus, 201 Eugenia Street, Florence, AL 35630-2341 |
| 33987015 | | Metro Alarm Office, P.O. Box 178, Memphis, TN 38101-0178 |
| 33987016 | + | Mid South Septic Services, 11284 Gulf Stream Rd., Arlington, TN 38002-9807 |
| 33987018 | | NUCO2-Midtown, P.O. Box 417902, Boston, MA 02241-7902 |
| 33987022 | + | Presbyterian Day Schoool, 4025 Poplar Ave.38111, Memphis, TN 38111-6022 |
| 33987024 | + | Roto Rooter, P.O. Box 2142, Florence, AL 35630-0014 |
| 33987029 | | Terminix, P.O.. Box 802155, Chicago, IL 60680-2155 |
| 33987030 | | Terminix-Erin, P.O.. Box 802155, Chicago, IL 60680-2155 |
| 33987031 | | Terminix-Germantown, P.O.. Box 802155, Chicago, IL 60680-2155 |
| 33987032 | | Terminix-Midtown, P.O.. Box 802155, Chicago, IL 60680-2155 |
| 33987033 | + | Timothy Heinz, 272 Cedar Brook Dr., Collierville, TN 38017-3522 |
| 33987037 | + | Waste Connections, 5901 Shelby Oaks Dr. Suite 180, Memphis, TN 38134-7306 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@pnfp.com | Aug 18 2023 21:27:00 | Pinnacle Bank, 150 3rd Ave South, Ste 900, Nashville, TN 37201-2034 |
| cr | | Email/Text: consumerbankruptcy@simmonsbank.com | Aug 18 2023 21:26:00 | Simmons Bank, 800 N. Arkansas Avenue I, Russellville, AR 72801 |
| 33986966 | + | Email/Text: tbutler@appersoncrump.com | Aug 18 2023 21:27:00 | Apperson Crump, 6000 Poplar Ave., Ste. 150, Memphis, TN 38119-3971 |
| 33987318 | ^ | MEBN | Aug 18 2023 21:24:02 | City Attorney's Office, 125 North Mid-America Mall, Room 314, Memphis, TN 38103-2079 |
| 33994222 | ^ | MEBN | Aug 18 2023 21:24:03 | City of Memphis, PO Box 185, Memphis, TN 38101-0185 |
| 33987314 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2023 21:26:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 33991509 | + | Email/Text: bankruptcy@pnfp.com | Aug 18 2023 21:27:00 | Pinnacle Bank, 150 S. 3rd Ave. S., Ste. 900, Nashville, TN 37201-2034 |
| 33994206 | + | Email/Text: npindell@shelbycountytrustee.com | Aug 18 2023 21:26:00 | Shelby County Trustee, PO Box 2751, Memphis, TN 38101-2751 |
| 33987028 | + | Email/Text: evelyn@statesystemsinc.com | Aug 18 2023 21:27:00 | State Systems, Inc., P.O. Box 372, Dept. 90, Weights & Measures Division, Memphis, TN 38101-0372 |
| 33987313 | + | Email/Text: AGBankRevenue@ag.tn.gov | Aug 18 2023 21:26:00 | State of TN Dept of Revenue, TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 33987315 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 18 2023 21:26:00 | U.S. Dept. of Justice/Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |

Case 23-23313   Doc 87   Filed 08/20/23   Entered 08/20/23 23:37:01   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0651-2 | User: ao1492bnc | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2023 | Form ID: pdford02 | Total Noticed: 80 |

| 33987316 | + Email/Text: usatnw.bkfilingnotices@usdoj.gov | | |
|---|---|---|---|
| | | Aug 18 2023 21:25:00 | U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103-1827 |
| 33987035 | + Email/Text: accounts.receivable@uline.com | | |
| | | Aug 18 2023 21:27:00 | Uline, 12575 Uline Drive, Pleasant Prairie WI 53158-3686 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | LPI Memphis, Inc. |
| 33986965 | | 20-Anne Jordan |
| 33986997 | | Holiday Collierville LLC |
| 33986999 | | Holiday Crown Center LLC |
| 33987000 | | Holiday Erin LLC |
| 33987001 | | Holiday Germantown LLC |
| 33987002 | | Holiday Houston Levee LLC |
| 33987003 | | Holiday Midtown LLC |
| 33987005 | | IT Connections LLC |
| 33987020 | | Pimentos Florence LLC |
| cr | *+ | City of Memphis, PO Box 185, Memphis, TN 38101-0185 |
| cr | *+ | Shelby County Trustee, PO BOX 2751, Memphis, TN 38101-2751 |
| 33986988 | *+ | 20-First Bank, 1661 International Dr. Ste.. 350, Memphis, TN 38120-1433 |
| 33986968 | ## | Aramark, aka Ameripride Services Inc., P.O. Box 1280, Acct. Rec. Dept., Bemidji, MN 56619-1280 |

TOTAL: 10 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Crider | on behalf of Creditor FirstBank acrider@raineykizer.com |
| Bertis Echols | on behalf of Creditor Houston Levee Market LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com |
| Craig M. Geno | cmgeno@cmgenolaw.com spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com |
| Elijah Noel, Jr. | |

| | |
|---|---|
| District/off: 0651-2 | User: ao1492bnc    Page 4 of 4 |
| Date Rcvd: Aug 18, 2023 | Form ID: pdford02    Total Noticed: 80 |

| | |
|---|---|
| | on behalf of Creditor City of Memphis en@harrisshelton.com lcushing@harrisshelton.com,en@harrisshelton.com,ehord@shelbycountytrustee.com,bblocker@shelbycountytrustee.com,krosko@shelbycountytrustee.com,npindell@shelbycountytrustee.com |
| Elijah Noel, Jr. | on behalf of Creditor Shelby County Trustee en@harrisshelton.com lcushing@harrisshelton.com,en@harrisshelton.com,ehord@shelbycountytrustee.com,bblocker@shelbycountytrustee.com,krosko@shelbycountytrustee.com,npindell@shelbycountytrustee.com |
| Jamaal M. Walker | on behalf of U.S. Trustee U.S. Trustee jamaal.walker@usdoj.gov |
| Locke Houston Waldrop | on behalf of Interested Party LPI Memphis  Inc. lwaldrop@bakerdonelson.com |
| Matthew R. Murphy | on behalf of Creditor Pinnacle Bank mmurphy@smythehuff.com |
| R. Lee Webber | on behalf of Creditor Simmons Bank lwebber@martintate.com  mowens@martintate.com |
| Regions Bank | wwinchester@wsfs-law.com |
| Thomas Forrester | on behalf of Creditor Kroger Limited Partnership I tforrester@gsrm.com  djames@gsrm.com;asowney@gsrm.com |
| Toni Campbell Parker | on behalf of Debtor Holiday Ham Holdings  LLC tparker002@att.net, tparker001@bellsouth.net |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |
| Walter Winchester | on behalf of Creditor Regions Bank wwinchester@wsfs-law.com |

TOTAL: 15