# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**In re: HOLIDAY HAM HOLDINGS, LLC**

**Case No. 23-23313-mrh**

**Debtor.**

**Chapter 11**

---

## DECLARATION UNDER 11 U.S.C. SECTION 1116 OF LUCIUS D. JORDAN, III

---

1. I am Lucius D. Jordan, III and I am the Managing Member of the Debtor.

2. Holiday Ham Holdings, LLC("Debtor") operates as a holding company for various subsidiaries operating Holiday Ham and Pimento restaurants in Mid South area and grocery division before the filing of the case herein. The Debtor filed a consolidated tax return for Debtor and all subsidiaries. All bills of Debtor and subsidiaries were paid by Debtor.

3. I have personal knowledge of the financial affairs of the Debtor.

4. Debtor prior to the filing of the Chapter 11 case filed the attached 2022 Tax Return. Debtor.

5. The Balance Sheet and Cash Flow through July 7, 2023 of Debtor is attached.

5. Per 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 th day of August, 2023

/s/ Lucius D. Jordan, III
Lucius D. Jordan, III