HOL1295 06/21/2023 3:29 PM

**SCHEDULE K-2**
(Form 1065)
Department of the Treasury
Internal Revenue Service

# Partners' Distributive Share Items—International

Attach to Form 1065.
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2022**

Name of partnership

Holiday Ham Holdings, LLC

Employer identification number (EIN)

**A** Is the partnership a withholding foreign partnership?

☐ Yes  ☒ No   If "Yes," enter your WP-EIN: _____

**B** Is the partnership (including the home office or any branch) a qualified derivatives dealer?

☐ Yes  ☒ No   If "Yes," enter your QI-EIN: _____

**C** Check to indicate the parts of Schedule K-2 that apply.

| | | Yes | No |
|---|---|---|---|
| 1 | Does Part I apply? If "Yes," complete and attach Part I | | X |
| 2 | Does Part II apply? If "Yes," complete and attach Part II | X | |
| 3 | Does Part III apply? If "Yes," complete and attach Part III | X | |
| 4 | Does Part IV apply? If "Yes," complete and attach Part IV | | X |
| 5 | Does Part V apply? If "Yes," complete and attach Part V | | X |
| 6 | Does Part VI apply? If "Yes," complete and attach Part VI | | X |

| | | Yes | No |
|---|---|---|---|
| 7 | Does Part VII apply? If "Yes," complete and attach Part VII | | X |
| 8 | Does Part VIII apply? If "Yes," complete and attach Part VIII | | X |
| 9 | Does Part IX apply? If "Yes," complete and attach Part IX | | X |
| 10 | Does Part X apply? If "Yes," complete and attach Part X | | X |
| 11 | Does Part XI apply? If "Yes," complete and attach Part XI | | X |
| 12 | Reserved for future use | | |

## Part I   Partnership's Other Current Year International Information

Check box(es) for additional specified attachments. See instructions.

1. Gain on personal property sale
2. Foreign oil and gas taxes
3. Splitter arrangements
4. Foreign tax translation
5. High-taxed income
6. Section 267A disallowed deduction
7. Form 8858 information
8. Form 5471 information
9. Other forms
10. Partner loan transactions
11. Dual consolidated loss
12. Reserved for future use
13. Other international items (attach description and statement)

## Part II   Foreign Tax Credit Limitation

### Section 1—Gross Income

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code) | | |
| **1** Sales | | | | | | | |
| A   US | 7,063,181 | | | | | | 7,063,181 |
| B | | | | | | | |
| C | | | | | | | |
| **2** Gross income from performance of services | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **3** Gross rental real estate income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **4** Other gross rental income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule K-2 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

Schedule K-2 (Form 1065) 2022

Name of partnership
**Holiday Ham Holdings, LLC**

EIN ▓▓▓▓▓

Page **2**

**Part II**   **Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code) | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **5** Guaranteed payments | | | | | | | |
| **6** Interest income | | | | | | | |
| **A**  US | 52,466 | | | | | | 52,466 |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **7** Ordinary dividends (exclude amount on line 8) | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **8** Qualified dividends | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **9** Reserved for future use | | | | | | | |
| **10** Royalties and license fees | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **11** Net short-term capital gain | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **12** Net long-term capital gain | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **13** Collectibles (28%) gain | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **14** Unrecaptured section 1250 gain | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |

Schedule K-2 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

Schedule K-2 (Form 1065) 2022

Page **3**

Name of partnership: **Holiday Ham Holdings, LLC**   EIN

**Part II   Foreign Tax Credit Limitation** (continued)

**Section 1—Gross Income** (continued)

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code) | | |
| **15** Net section 1231 gain | | | | | | | 443,190 |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **16** Section 986(c) gain | | | | | | | |
| **17** Section 987 gain | | | | | | | |
| **18** Section 988 gain | | | | | | | |
| **19** Section 951(a) inclusions | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **20** Other income (see instructions) Stmt 17 | | | | | | | |
| **A** US | 443,190 | | | | | | 443,190 |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **21** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **22** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **23** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **24** Total gross income (combine lines 1 through 23) | | | | | | | |
| **A** US | 7,558,837 | | | | | | 7,558,837 |
| | 7,558,837 | | | | | | 7,558,837 |
| **B** | | | | | | | |
| **C** | | | | | | | |

Schedule K-2 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

Schedule K-2 (Form 1065) 2022

Name of partnership **Holiday Ham Holdings, LLC**    EIN    Page **4**

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions**

| | Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| 25 | Expenses allocable to sales inc. | 9,290,917 | | | | | | 9,290,917 |
| 26 | Expenses allocable to gross income from performance of services | | | | | | | |
| 27 | Net short-term capital loss | | | | | | | |
| 28 | Net long-term capital loss | | | | | | | |
| 29 | Collectibles loss | | | | | | | |
| 30 | Net section 1231 loss | | | | | | | |
| 31 | Other losses **Stmt.18** | 6,000 | | | | | | 6,000 |
| 32 | Research & experimental (R&E) expenses | | | | | | | |
| A | SIC code: | | | | | | | |
| B | SIC code: | | | | | | | |
| C | SIC code: | | | | | | | |
| 33 | Allocable rental expenses—depreciation, depletion, and amortization | | | | | | | |
| 34 | Allocable rental expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 35 | Allocable royalty and licensing expenses—depreciation, depletion, and amortization | | | | | | | |
| 36 | Allocable royalty and licensing expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 37 | Depreciation not included on line 33 or 35 | 396,473 | | | | | | 396,473 |
| 38 | Charitable contributions | 4,291 | | | | | | 4,291 |
| 39 | Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 | Other interest expense specifically allocable under Regulations section 1.861-10T | 202,117 | | | | | | 202,117 |
| 41 | Other interest expense—business | | | | | | | |
| 42 | Other interest expense—investment | | | | | | | |
| 43 | Other interest expense—passive activity | | | | | | | |
| 44 | Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 | Foreign taxes not creditable but deductible | | | | | | | |

Schedule K-2 (Form 1065) 2022

DAA

Schedule K-2 (Form 1065) 2022

Page 5

Name of partnership: **Holiday Ham Holdings, LLC**   EIN: ▓▓▓▓▓▓

## Part II  Foreign Tax Credit Limitation (continued)

### Section 2—Deductions (continued)

| Description | (a) U.S. source | Foreign Source (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| 46 Section 986(c) loss | | | | | | | |
| 47 Section 987 loss | | | | | | | |
| 48 Section 988 loss | | | | | | | |
| 49 Other allocable deductions (see instructions) | | | | | | | |
| 50 Other apportioned share of deductions (see instructions) | | | | | | | |
| 51 Reserved for future use | | | | | | | |
| 52 Reserved for future use | | | | | | | |
| 53 Reserved for future use | | | | | | | |
| 54 Total deductions (combine lines 25 through 53) | 9,899,798 | | | | | | 9,899,798 |
| 55 Net income (loss) (subtract line 54 from line 24) | -2,340,961 | | | | | | -2,340,961 |

## Part III  Other Information for Preparation of Form 1116 or 1118

### Section 1—R&E Expenses Apportionment Factors

| Description | (a) U.S. source | Foreign Source (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j)(country code) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| 1 Gross receipts by SIC code | | | | | | | |
| A  SIC code: | | | | | | | |
| B  SIC code: | | | | | | | |
| C  SIC code: | | | | | | | |
| D  SIC code: | | | | | | | |
| E  SIC code: | | | | | | | |
| F  SIC code: | | | | | | | |

2 Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. Enter the following.

A  R&E expense with respect to activity performed in the United States
  (i) SIC code: _____ 2A(i)
  (ii) SIC code: _____ 2A(ii)
  (iii) SIC code: _____ 2A(iii)

B  R&E expense with respect to activity performed outside the United States
  (i) SIC code: _____ 2B(i)
  (ii) SIC code: _____ 2B(ii)
  (iii) SIC code: _____ 2B(iii)

Schedule K-2 (Form 1065) 2022

DAA

Schedule K-2 (Form 1065) 2022

Name of partnership **Holiday Ham Holdings, LLC**   EIN   Page **6**

**Part III   Other Information for Preparation of Form 1116 or 1118** *(continued)*

**Section 2—Interest Expense Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | | (g) Total |
|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) (country code ___) | (f) Sourced by partner | |

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code) (country code) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| **1** Total average value of assets | 4,848,362 | | | | | | 4,848,362 |
| **2** Section 734(b) and 743(b) adjustment to assets—average value | | | | | | | |
| **3** Assets attracting directly allocable interest expense under Regulations section 1.861-10(e) | | | | | | | |
| **4** Other assets attracting directly allocable interest, except under Regulations section 1.861-10T | | | | | | | |
| **5** Assets excluded from apportionment formula | | | | | | | |
| **6a** Total assets used for apportionment (subtract the sum of lines 3, 4, and 5 from the sum of lines 1 and 2) | 4,848,362 | | | | | | 4,848,362 |
| **b** Assets attracting business interest expense | | | | | | | |
| **c** Assets attracting investment interest expense | | | | | | | |
| **d** Assets attracting passive activity interest expense | | | | | | | |
| **7** Basis in stock of 10%-owned noncontrolled foreign corporations (see attachment) | | | | | | | |
| **8** Basis in stock of CFCs (see attachment) | | | | | | | |

**Section 3—Foreign-Derived Intangible Income (FDII) Deduction Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | (d) Other (category code) (country code) | (e) Sourced by partner | (f) Total |
|---|---|---|---|---|---|---|
| | | (b) Passive category income | (c) General category income | | | |

| Description | (a) U.S. source | (b) Passive category income | (c) General category income | (d) Other (category code) (country code) | (e) Sourced by partner | (f) Total |
|---|---|---|---|---|---|---|
| **1** Foreign-derived gross receipts | | | | | | |
| **2** Cost of goods sold | | | | | | |
| **3** Partnership deductions allocable to foreign-derived gross receipts | | | | | | |
| **4** Other partnership deductions apportioned to foreign-derived gross receipts | | | | | | |

Schedule K-2 (Form 1065) 2022

DAA

Client Copy

**Partner# 1**

| | | | |
|---|---|---|---|
| **Schedule K-3**<br>**(Form 1065)** | | ☐ Final K-3    ☐ Amended K-3 | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | **Partner's Share of Income, Deductions,**<br>**Credits, etc.—International**<br>For calendar year 2022, or tax year beginning 12/27/2021 , ending 12/25/2022<br>**See separate instructions.** | | **2022** |

| Information About the Partnership | Information About the Partner |
|---|---|
| **A** Partnership's employer identification number (EIN)<br><br>[redacted] | **C** Partner's SSN or Taxpayer Identification Number (TIN) (Do not use TIN of a disregarded entity. See instructions.)<br>[redacted] |
| **B** Partnership's name, address, city, state, and ZIP code<br><br>Holiday Ham Holdings, LLC<br>7700 Poplar Ave, Suite 200<br>Germantown          TN   38138 | **D** Name, address, city, state, and ZIP code for partner entered in C. See instructions.<br>Lucius D Jordan III<br>7700 Poplar Ave<br>Suite 200<br>Germantown          TN   38138 |

**E**   Check to indicate the parts of Schedule K-3 that apply.

| | | Yes | No |
|---|---|---|---|
| **1** | Does Part I apply? If "Yes," complete and attach Part I ............................................. **1** | | X |
| **2** | Does Part II apply? If "Yes," complete and attach Part II ............................................ **2** | X | |
| **3** | Does Part III apply? If "Yes," complete and attach Part III ........................................... **3** | X | |
| **4** | Does Part IV apply? If "Yes," complete and attach Part IV ........................................... **4** | | X |
| **5** | Does Part V apply? If "Yes," complete and attach Part V ............................................ **5** | | X |
| **6** | Does Part VI apply? If "Yes," complete and attach Part VI ........................................... **6** | | X |
| **7** | Does Part VII apply? If "Yes," complete and attach Part VII .......................................... **7** | | X |
| **8** | Does Part VIII apply? If "Yes," complete and attach Part VIII ......................................... **8** | | X |
| **9** | Does Part IX apply? If "Yes," complete and attach Part IX ........................................... **9** | | X |
| **10** | Does Part X apply? If "Yes," complete and attach Part X ............................................ **10** | | X |
| **11** | Does Part XI apply? If "Yes," complete and attach Part XI ........................................... **11** | | X |
| **12** | Reserved for future use ......................................................................... **12** | | |
| **13** | Does Part XIII apply? If "Yes," complete and attach Part XIII ......................................... **13** | | X |

For IRS Use Only

Client Copy

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065                    **Schedule K-3 (Form 1065) 2022**

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 1**

Schedule K-3 (Form 1065) 2022

Page **2**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Lucius D Jordan III | |

**Part I    Partner's Share of Partnership's Other Current Year International Information**

Check box(es) for additional specified attachments. See instructions.

1. Gain on personal property sale
2. Foreign oil and gas taxes
3. Splitter arrangements
4. Foreign tax translation

5. High-taxed income
6. Section 267A disallowed deduction
7. Form 8858 information

8. Form 5471 information
9. Other forms
10. Partner loan transactions

11. Dual consolidated loss
12. Form 8865 information
13. Other international items
    (attach description and statement)

**Part II    Foreign Tax Credit Limitation**

**Section 1—Gross Income**

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___ ) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| **1** Sales | | | | | | | |
| A US | 2,251,512 | | | | | | 2,251,512 |
| B | | | | | | | |
| C | | | | | | | |
| **2** Gross income from performance of services | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **3** Gross rental real estate income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **4** Other gross rental income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **5** Guaranteed payments ............ | | | | | | | |
| **6** Interest income | | | | | | | |
| A US | 16,724 | | | | | | 16,724 |
| B | | | | | | | |
| C | | | | | | | |
| **7** Ordinary dividends (exclude amount on line 8) | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 1**

Schedule K-3 (Form 1065) 2022

Page **3**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▓▓▓▓ | Lucius D Jordan III | ▓▓▓▓ |

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | (g) Total |
|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code____) | (f) Sourced by partner |
| **8** Qualified dividends | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **9** Reserved for future use . . . . . . . . . . . . | | | | | | | |
| **10** Royalties and license fees | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **11** Net short-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **12** Net long-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **13** Collectibles (28%) gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **14** Unrecaptured section 1250 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **15** Net section 1231 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Client Copy

Schedule K-3 (Form 1065) 2022

DAA

Partner# 1

Schedule K-3 (Form 1065) 2022

Page 4

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▰▰▰ | Lucius D Jordan III | ▰▰▰ |

**Part II** Foreign Tax Credit Limitation *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) | | |
| 16 Section 986(c) gain | | | | | | | |
| 17 Section 987 gain | | | | | | | |
| 18 Section 988 gain | | | | | | | |
| 19 Section 951(a) inclusions | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 20 Other income (see instructions)   Stmt | | | | | | | |
| A US | 141,275 | | | | | | 141,275 |
| B | | | | | | | |
| C | | | | | | | |
| 21 Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 22 Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 23 Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 24 Total gross income (combine lines 1 through 23) | | | | | | | |
| A US | 2,409,511 | | | | | | 2,409,511 |
| B | 2,409,511 | | | | | | 2,409,511 |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 1**

Schedule K-3 (Form 1065) 2022

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Lucius D Jordan III | |

**Part II    Foreign Tax Credit Limitation** (continued)

**Section 2—Deductions**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code___) | (f) Sourced by partner | |
| 25 Expenses allocable to sales income | 2,961,641 | | | | | | 2,961,641 |
| 26 Expenses allocable to gross income from performances of services | | | | | | | |
| 27 Net short-term capital loss | | | | | | | |
| 28 Net long-term capital loss | | | | | | | |
| 29 Collectibles loss | | | | | | | |
| 30 Net section 1231 loss | | | | | | | |
| 31 Other losses ........ Stmt | 1,912 | | | | | | 1,912 |
| 32 Research & experimental (R&E) expenses | | | | | | | |
| A SIC code .......... | | | | | | | |
| B SIC code .......... | | | | | | | |
| C SIC code .......... | | | | | | | |
| 33 Allocable rental expenses—depreciation, depletion, and amortization | | | | | | | |
| 34 Allocable rental expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 35 Allocable royalty and licensing expenses—depreciation, depletion, and amortization | | | | | | | |
| 36 Allocable royalty and licensing expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 37 Depreciation not included on line 33 or 35 | 126,383 | | | | | | 126,383 |
| 38 Charitable contributions | 1,368 | | | | | | 1,368 |
| 39 Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 Other interest expense specifically allocable under Regulations section 1.861-10T | 64,428 | | | | | | 64,428 |
| 41 Other interest expense—business | | | | | | | |
| 42 Other interest expense—investment | | | | | | | |
| 43 Other interest expense—passive activity | | | | | | | |
| 44 Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 Foreign taxes not creditable but deductible | | | | | | | |

DAA

Schedule K-3 (Form 1065) 2022

HOL1295 08/21/2023 3:29 PM

**Partner# 1**
Schedule K-3 (Form 1065) 2022

Page **6**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings LLC | | Lucius D Jordan III | |

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) (country code ___) | | |
| 46 Section 986(c) loss | | | | | | | |
| 47 Section 987 loss | | | | | | | |
| 48 Section 988 loss | | | | | | | |
| 49 Other allocable deductions (see instructions) | | | | | | | |
| 50 Other apportioned share of deductions (see instructions) | | | | | | | |
| 51 Reserved for future use | | | | | | | |
| 52 Reserved for future use | | | | | | | |
| 53 Reserved for future use | | | | | | | |
| 54 Total deductions (combine lines 25 through 53) | 3,155,732 | | | | | | 3,155,732 |
| 55 Net income (loss) (subtract line 54 from line 24) | -746,221 | | | | | | -746,221 |

**Part III    Other Information for Preparation of Form 1116 or 1118**

**Section 1—R&E Expenses Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) (country code ___) | | |
| 1 Gross receipts by SIC code | | | | | | | |
| A SIC code | | | | | | | |
| B SIC code | | | | | | | |
| C SIC code | | | | | | | |
| D SIC code | | | | | | | |
| E SIC code | | | | | | | |
| F SIC code | | | | | | | |
| 2 Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. Enter the following. | | | | | | | |
| A R&E expense with respect to activity performed in the United States | | | | | | | |
| (i) SIC code ___ | | | | | | | 2A(i) |
| (ii) SIC code ___ | | | | | | | 2A(ii) |
| (iii) SIC code ___ | | | | | | | 2A(iii) |
| B R&E expense with respect to activity performed outside the United States | | | | | | | |
| (i) SIC code ___ | | | | | | | 2B(i) |
| (ii) SIC code ___ | | | | | | | 2B(ii) |
| (iii) SIC code ___ | | | | | | | 2B(iii) |

Schedule K-3 (Form 1065) 2022

DAA

**Partner# 1**

Schedule K-3 (Form 1065) 2022

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Lucius D Jordan III | |

**Part III** | **Other Information for Preparation of Form 1116 or 1118** *(continued)*

**Section 2—Interest Expense Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) (country code ___) | (f) Sourced by partner | |
| **1** Total average value of assets | 1,545,500 | | | | | | 1,545,500 |
| **2** Sections 734(b) and 743(b) adjustment to assets—average value | | | | | | | |
| **3** Assets attracting directly allocable interest expense under Regulations section 1.861-10(e) | | | | | | | |
| **4** Other assets attracting directly allocable interest expense under Regulations section 1.861-10T | | | | | | | |
| **5** Assets excluded from apportionment formula | | | | | | | |
| **6a** Total assets used for apportionment (subtract the sum of lines 3, 4, and 5 from the sum of lines 1 and 2) | 1,545,500 | | | | | | 1,545,500 |
| **b** Assets attracting business interest expense | | | | | | | |
| **c** Assets attracting investment interest expense | | | | | | | |
| **d** Assets attracting passive activity interest expense | | | | | | | |
| **7** Basis in stock of 10%-owned noncontrolled foreign corporations (see attachment) | | | | | | | |
| **8** Basis in stock of CFCs (see attachment) | | | | | | | |

**Section 3—Foreign-Derived Intangible Income (FDII) Deduction Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | (f) Total |
|---|---|---|---|---|---|
| | | (b) Passive category income | (c) General category income | (d) Other (category code ___) (country code ___) | (e) Sourced by partner |
| **1** Foreign-derived gross receipts | | | | | |
| **2** Cost of goods sold | | | | | |
| **3** Partnership deductions allocable to foreign-derived gross receipts | | | | | |
| **4** Other partnership deductions apportioned to foreign-derived gross receipts | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

HOL1295 06/21/2023 3:29 PM

**Partner# 1**

Schedule K-3 (Form 1065) 2022

Page **8**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▓▓ | Lucius D Jordan III | ▓▓ |

**Part III** | **Other Information for Preparation of Form 1116 or 1118** *(continued)*

**Section 4—Foreign Taxes**

| Description | (a) Type of tax | (b) Section 951A category income | | (c) Foreign branch category income | |
|---|---|---|---|---|---|
| | | U.S. | Foreign | U.S. | Foreign |
| **1** Direct (section 901 or 903) foreign taxes: ☐ Paid ☐ Accrued | | | | | |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **E** | | | | | |
| **F** | | | | | |
| **2** Reduction of taxes (total) | | | | | |
| **A** Taxes on foreign mineral income | | | | | |
| **B** Reserved for future use | | | | | |
| **C** International boycott provisions | | | | | |
| **D** Failure-to-file penalties | | | | | |
| **E** Taxes with respect to splitter arrangements | | | | | |
| **F** Taxes on foreign corporate distributions | | | | | |
| **G** Other | | | | | |
| **3** Foreign tax redeterminations | | | | | |
| **A** | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| **B** | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| **C** | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| **4** Reserved for future use | | | | | |
| **5** Reserved for future use | | | | | |
| **6** Reserved for future use | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 1**

Schedule K-3 (Form 1065) 2022   Page **9**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | [redacted] | Lucius D Jordan III | [redacted] |

**Part III   Other Information for Preparation of Form 1116 or 1118** *(continued)*

**Section 4—Foreign Taxes** *(continued)*

| | (d) Passive category income | | (e) General category income | | | (f) Other (category code ___) | (g) Total |
|---|---|---|---|---|---|---|---|
| | U.S. | Foreign | Partner | U.S. | Foreign | Partner | | |
| 1 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| 2 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| G | | | | | | | | |
| 3 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

**Section 5—Other Tax Information**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Sourced by partner | (h) Total |
|---|---|---|---|---|---|---|---|---|
| | | (b) Section 951A category income | (c) Foreign branch category income | (d) Passive category income | (e) General category income | (f) Other (category code ___)(country code) | | |
| 1 Section 743(b) positive income adjustment | | | | | | | | |
| 2 Section 743(b) negative income adjustment | | | | | | | | |
| 3 Reserved for future use | | | | | | | | |
| 4 Reserved for future use | | | | | | | | |

DAA

Schedule K-3 (Form 1065) 2022

Client Copy

**Partner# 2**

| Schedule K-3 (Form 1065) | | Partner's Share of Income, Deductions, Credits, etc.—International | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|

☐ Final K-3    ☐ Amended K-3

**Schedule K-3**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,**
**Credits, etc.—International**
For calendar year 2022, or tax year beginning __12/27/2021__, ending __12/25/2022__
See separate instructions.

OMB No. 1545-0123

**2022**

| Information About the Partnership | Information About the Partner |
|---|---|
| **A** Partnership's employer identification number (EIN) <br><br> ▮▮▮▮▮▮▮▮ | **C** Partner's SSN or Taxpayer Identification Number (TIN) (Do not use TIN of a disregarded entity. See instructions.) <br><br> ▮▮▮▮▮▮▮▮ |
| **B** Partnership's name, address, city, state, and ZIP code <br><br> Holiday Ham Holdings, LLC <br> 7700 Poplar Ave, Suite 200 <br> Germantown         TN  38138 | **D** Name, address, city, state, and ZIP code for partner entered in C. See instructions. <br> Cynthia Jordan <br><br> 5287 Bears Paw Circle <br> Memphis          TN  38120 |

**E** Check to indicate the parts of Schedule K-3 that apply.

| | | | Yes | No |
|---|---|---|:---:|:---:|
| 1 | Does Part I apply? If "Yes," complete and attach Part I | 1 | | X |
| 2 | Does Part II apply? If "Yes," complete and attach Part II | 2 | X | |
| 3 | Does Part III apply? If "Yes," complete and attach Part III | 3 | X | |
| 4 | Does Part IV apply? If "Yes," complete and attach Part IV | 4 | | X |
| 5 | Does Part V apply? If "Yes," complete and attach Part V | 5 | | X |
| 6 | Does Part VI apply? If "Yes," complete and attach Part VI | 6 | | X |
| 7 | Does Part VII apply? If "Yes," complete and attach Part VII | 7 | | X |
| 8 | Does Part VIII apply? If "Yes," complete and attach Part VIII | 8 | | X |
| 9 | Does Part IX apply? If "Yes," complete and attach Part IX | 9 | | X |
| 10 | Does Part X apply? If "Yes," complete and attach Part X | 10 | | X |
| 11 | Does Part XI apply? If "Yes," complete and attach Part XI | 11 | | X |
| 12 | Reserved for future use | 12 | | |
| 13 | Does Part XIII apply? If "Yes," complete and attach Part XIII | 13 | | X |

For IRS Use Only

Client Copy

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 2**

Schedule K-3 (Form 1065) 2022           Page **2**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▓▓▓ | Cynthia Jordan | ▓▓▓ |

**Part I**    Partner's Share of Partnership's Other Current Year International Information

Check box(es) for additional specified attachments. See instructions.

1. ☐ Gain on personal property sale
2. ☐ Foreign oil and gas taxes
3. ☐ Splitter arrangements
4. ☐ Foreign tax translation

5. ☐ High-taxed income
6. ☐ Section 267A disallowed deduction
7. ☐ Form 8858 information

8. ☐ Form 5471 information
9. ☐ Other forms
10. ☐ Partner loan transactions

11. ☐ Dual consolidated loss
12. ☐ Form 8865 information
13. ☐ Other international items
    (attach description and statement)

**Part II**    Foreign Tax Credit Limitation

**Section 1—Gross Income**

| Description | (a) U.S. source | Foreign Source | | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code __) | | | |
| **1** Sales | | | | | | | | |
|   **A** US | 46,907 | | | | | | | 46,907 |
|   **B** | | | | | | | | |
|   **C** | | | | | | | | |
| **2** Gross income from performance of services | | | | | | | | |
|   **A** | | | | | | | | |
|   **B** | | | | | | | | |
|   **C** | | | | | | | | |
| **3** Gross rental real estate income | | | | | | | | |
|   **A** | | | | | | | | |
|   **B** | | | | | | | | |
|   **C** | | | | | | | | |
| **4** Other gross rental income | | | | | | | | |
|   **A** | | | | | | | | |
|   **B** | | | | | | | | |
|   **C** | | | | | | | | |
| **5** Guaranteed payments ............. | | | | | | | | |
| **6** Interest income | | | | | | | | |
|   **A** US | 348 | | | | | | | 348 |
|   **B** | | | | | | | | |
|   **C** | | | | | | | | |
| **7** Ordinary dividends (exclude amount on line 8) | | | | | | | | |
|   **A** | | | | | | | | |
|   **B** | | | | | | | | |
|   **C** | | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

**Partner# 2**

Schedule K-3 (Form 1065) 2022

Page **3**

Name of partnership: **Holiday Ham Holdings, LLC**

EIN: ▓▓▓▓

Name of partner: **Cynthia Jordan**

SSN or TIN: ▓▓▓▓

**Part II | Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) | | |
| **8** Qualified dividends | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **9** Reserved for future use ............ | | | | | | | |
| **10** Royalties and license fees | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **11** Net short-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **12** Net long-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **13** Collectibles (28%) gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **14** Unrecaptured section 1250 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **15** Net section 1231 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

**Partner# 2**

Schedule K-3 (Form 1065) 2022

Page **4**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▓▓▓ | Cynthia Jordan | ▓▓▓ |

**Part II** | **Foreign Tax Credit Limitation** (continued)

**Section 1—Gross Income** (continued)

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ____) | (f) Sourced by partner | |
| **16** Section 986(c) gain | | | | | | | |
| **17** Section 987 gain | | | | | | | |
| **18** Section 988 gain | | | | | | | |
| **19** Section 951(a) inclusions | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **20** Other income (see instructions) | | | | | | | |
| **A** US                    Stmt | 2,943 | | | | | | 2,943 |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **21** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **22** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **23** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **24** Total gross income (combine lines 1 through 23) | 50,198 | | | | | | 50,198 |
| **A** US | 50,198 | | | | | | 50,198 |
| **B** | | | | | | | |
| **C** | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOLI295 06/21/2023 3:29 PM

**Partner# 2**

Schedule K-3 (Form 1065) 2022 — Page **5**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Cynthia Jordan | |

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) | (f) Sourced by partner | |
| 25 Expenses allocable to sales income | 61,701 | | | | | | 61,701 |
| 26 Expenses allocable to gross income from performances of services | | | | | | | |
| 27 Net short-term capital loss | | | | | | | |
| 28 Net long-term capital loss | | | | | | | |
| 29 Collectibles loss | | | | | | | |
| 30 Net section 1231 loss | | | | | | | |
| 31 Other losses ... Stmt | 40 | | | | | | 40 |
| 32 Research & experimental (R&E) expenses | | | | | | | |
| A SIC code | | | | | | | |
| B SIC code | | | | | | | |
| C SIC code | | | | | | | |
| 33 Allocable rental expenses—depreciation, depletion, and amortization | | | | | | | |
| 34 Allocable rental expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 35 Allocable royalty and licensing expenses—depreciation, depletion, and amortization | | | | | | | |
| 36 Allocable royalty and licensing expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 37 Depreciation not included on line 33 or 35 | 2,633 | | | | | | 2,633 |
| 38 Charitable contributions | 29 | | | | | | 29 |
| 39 Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 Other interest expense specifically allocable under Regulations section 1.861-10T | 1,342 | | | | | | 1,342 |
| 41 Other interest expense—business | | | | | | | |
| 42 Other interest expense—investment | | | | | | | |
| 43 Other interest expense—passive activity | | | | | | | |
| 44 Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 Foreign taxes not creditable but deductible | | | | | | | |

Client Copy

DAA    Schedule K-3 (Form 1065) 2022

HOL1295 08/21/2023 3:29 PM

**Partner# 2**

Schedule K-3 (Form 1065) 2022

Page **6**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▬▬ | Cynthia Jordan | ▬▬ |

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions** *(continued)*

| | | Foreign Source | | | | |
|---|---|---|---|---|---|---|
| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) | (f) Sourced by partner | (g) Total |
| 46 Section 986(c) loss | | | | | | | |
| 47 Section 987 loss | | | | | | | |
| 48 Section 988 loss | | | | | | | |
| 49 Other allocable deductions (see instructions) | | | | | | | |
| 50 Other apportioned share of deductions (see instructions) | | | | | | | |
| 51 Reserved for future use | | | | | | | |
| 52 Reserved for future use | | | | | | | |
| 53 Reserved for future use | | | | | | | |
| 54 Total deductions (combine lines 25 through 53) | 65,745 | | | | | | 65,745 |
| 55 Net income (loss) (subtract line 54 from line 24) | -15,547 | | | | | | -15,547 |

**Part III    Other Information for Preparation of Form 1116 or 1118**

**Section 1—R&E Expenses Apportionment Factors**

| | | Foreign Source | | | | |
|---|---|---|---|---|---|---|
| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) (country code) | (f) Sourced by partner | (g) Total |
| 1 Gross receipts by SIC code | | | | | | | |
| A SIC code | | | | | | | |
| B SIC code | | | | | | | |
| C SIC code | | | | | | | |
| D SIC code | | | | | | | |
| E SIC code | | | | | | | |
| F SIC code | | | | | | | |
| 2 Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. Enter the following. | | | | | | | |
| A R&E expense with respect to activity performed in the United States | | | | | | | |
| (i) SIC code | | | | | | 2A(i) | |
| (ii) SIC code | | | | | | 2A(ii) | |
| (iii) SIC code | | | | | | 2A(iii) | |
| B R&E expense with respect to activity performed outside the United States | | | | | | | |
| (i) SIC code | | | | | | 2B(i) | |
| (ii) SIC code | | | | | | 2B(ii) | |
| (iii) SIC code | | | | | | 2B(iii) | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 08/21/2023 3:29 PM

**Partner# 2**

Schedule K-3 (Form 1065) 2022

| Name of partnership | EIN | Name of partner | SSN or TIN | Page **7** |
|---|---|---|---|---|
| Holiday Ham Holdings, LLC | | Cynthia Jordan | | |

**Part III** | **Other Information for Preparation of Form 1116 or 1118** *(continued)*

### Section 2—Interest Expense Apportionment Factors

| Description | (a) U.S. source | Foreign Source (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___ / country code ___) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| 1 Total average value of assets | 32,198 | | | | | | 32,198 |
| 2 Sections 734(b) and 743(b) adjustment to assets—average value | | | | | | | |
| 3 Assets attracting directly allocable interest expense under Regulations section 1.861-10(e) | | | | | | | |
| 4 Other assets attracting directly allocable interest expense under Regulations section 1.861-10T | | | | | | | |
| 5 Assets excluded from apportionment formula | | | | | | | |
| 6a Total assets used for apportionment (subtract the sum of lines 3, 4, and 5 from the sum of lines 1 and 2) | 32,198 | | | | | | 32,198 |
| b Assets attracting business interest expense | | | | | | | |
| c Assets attracting investment interest expense | | | | | | | |
| d Assets attracting passive activity interest expense | | | | | | | |
| 7 Basis in stock of 10%-owned noncontrolled foreign corporations (see attachment) | | | | | | | |
| 8 Basis in stock of CFCs (see attachment) | | | | | | | |

### Section 3—Foreign-Derived Intangible Income (FDII) Deduction Apportionment Factors

| Description | (a) U.S. source | Foreign Source (b) Passive category income | (c) General category income | (d) Other (category code ___ / country code ___) | (f) Total |
|---|---|---|---|---|---|
| 1 Foreign-derived gross receipts | | | | | |
| 2 Cost of goods sold | | | | | |
| 3 Partnership deductions allocable to foreign-derived gross receipts | | | | | |
| 4 Other partnership deductions apportioned to foreign-derived gross receipts | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 2**

Schedule K-3 (Form 1065) 2022 — Page 8

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▮▮▮ | Cynthia Jordan | ▮▮▮ |

**Part III   Other Information for Preparation of Form 1116 or 1118 (continued)**

**Section 4—Foreign Taxes**

| Description | (a) Type of tax | (b) Section 951A category income | | (c) Foreign branch category income | |
|---|---|---|---|---|---|
| | | U.S. | Foreign | U.S. | Foreign |
| **1** Direct (section 901 or 903) foreign taxes: ☐ Paid ☐ Accrued | | | | | |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| **2** Reduction of taxes (total) | | | | | |
| A Taxes on foreign mineral income | | | | | |
| B Reserved for future use | | | | | |
| C International boycott provisions | | | | | |
| D Failure-to-file penalties | | | | | |
| E Taxes with respect to splitter arrangements | | | | | |
| F Taxes on foreign corporate distributions | | | | | |
| G Other | | | | | |
| **3** Foreign tax redeterminations | | | | | |
| A | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| B | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| C | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| **4** Reserved for future use | | | | | |
| **5** Reserved for future use | | | | | |
| **6** Reserved for future use | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 2**

Schedule K-3 (Form 1065) 2022

Page **9**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Cynthia Jordan | |

**Part III    Other Information for Preparation of Form 1116 or 1118** *(continued)*

**Section 4—Foreign Taxes** *(continued)*

| | (d) Passive category income | | | (e) General category income | | | (f) Other (category code ___ ) | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | U.S. | Foreign | Partner | U.S. | Foreign | Partner | | |
| 1 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| 2 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| G | | | | | | | | |
| 3 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

**Section 5—Other Tax Information**

| Description | (a) U.S. source | (b) Section 951A category income | (c) Foreign branch category income | Foreign Source | | (f) Other (category code ___ ) (country code ___ ) | (g) Sourced by partner | (h) Total |
|---|---|---|---|---|---|---|---|---|
| | | | | (d) Passive category income | (e) General category income | | | |
| 1 Section 743(b) positive income adjustment ........ | | | | | | | | |
| 2 Section 743(b) negative income adjustment ........ | | | | | | | | |
| 3 Reserved for future use .......... | | | | | | | | |
| 4 Reserved for future use .......... | | | | | | | | |

DAA

Schedule K-3 (Form 1065) 2022