**Partner# 9**

☐ Final K-3    ☐ Amended K-3

**Schedule K-3
(Form 1065)**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.—International**

For calendar year 2022, or tax year beginning __12/27/2021__, ending __12/25/2022__

See separate instructions.

OMB No. 1545-0123

**2022**

| Information About the Partnership | Information About the Partner |
|---|---|
| **A** Partnership's employer identification number (EIN) | **C** Partner's SSN or Taxpayer Identification Number (TIN) (Do not use TIN of a disregarded entity. See instructions.) |
| **B** Partnership's name, address, city, state, and ZIP code <br><br> Holiday Ham Holdings, LLC <br> 7700 Poplar Ave, Suite 200 <br> Germantown      TN  38138 | **D** Name, address, city, state, and ZIP code for partner entered in C. See instructions. <br> Paul Stephens <br> 717 Riverside Dr <br> Unit 1005 <br> Memphis         TN  38103 |

**E** Check to indicate the parts of Schedule K-3 that apply.

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Does Part I apply? If "Yes," complete and attach Part I | 1 | | X |
| 2 | Does Part II apply? If "Yes," complete and attach Part II | 2 | X | |
| 3 | Does Part III apply? If "Yes," complete and attach Part III | 3 | X | |
| 4 | Does Part IV apply? If "Yes," complete and attach Part IV | 4 | | X |
| 5 | Does Part V apply? If "Yes," complete and attach Part V | 5 | | X |
| 6 | Does Part VI apply? If "Yes," complete and attach Part VI | 6 | | X |
| 7 | Does Part VII apply? If "Yes," complete and attach Part VII | 7 | | X |
| 8 | Does Part VIII apply? If "Yes," complete and attach Part VIII | 8 | | X |
| 9 | Does Part IX apply? If "Yes," complete and attach Part IX | 9 | | X |
| 10 | Does Part X apply? If "Yes," complete and attach Part X | 10 | | X |
| 11 | Does Part XI apply? If "Yes," complete and attach Part XI | 11 | | X |
| 12 | Reserved for future use | 12 | | |
| 13 | Does Part XIII apply? If "Yes," complete and attach Part XIII | 13 | | X |

For IRS Use Only

Client Copy

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 9**

Schedule K-3 (Form 1065) 2022 | | | Page **2**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | [redacted] | Paul Stephens | [redacted] |

**Part I    Partner's Share of Partnership's Other Current Year International Information**

Check box(es) for additional specified attachments. See instructions.

- 1. Gain on personal property sale
- 2. Foreign oil and gas taxes
- 3. Splitter arrangements
- 4. Foreign tax translation
- 5. High-taxed income
- 6. Section 267A disallowed deduction
- 7. Form 8858 information
- 8. Form 5471 information
- 9. Other forms
- 10. Partner loan transactions
- 11. Dual consolidated loss
- 12. Form 8865 information
- 13. Other international items (attach description and statement)

**Part II    Foreign Tax Credit Limitation**

**Section 1—Gross Income**

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| **1** Sales | | | | | | | |
| A US | 187,626 | | | | | | 187,626 |
| B | | | | | | | |
| C | | | | | | | |
| **2** Gross income from performance of services | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **3** Gross rental real estate income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **4** Other gross rental income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **5** Guaranteed payments | | | | | | | |
| **6** Interest income | | | | | | | |
| A US | 1,394 | | | | | | 1,394 |
| B | | | | | | | |
| C | | | | | | | |
| **7** Ordinary dividends (exclude amount on line 8) | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 9**

Schedule K-3 (Form 1065) 2022

Page **3**

| Name of partnership | | EIN | Name of partner | | | | | SSN or TIN |
|---|---|---|---|---|---|---|---|---|
| Holiday Ham Holdings, LLC | | | Paul Stephens | | | | | |

**Part II** | **Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___ ) | (f) Sourced by partner | |
| **8** Qualified dividends | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **9** Reserved for future use ............ | | | | | | | |
| **10** Royalties and license fees | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **11** Net short-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **12** Net long-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **13** Collectibles (28%) gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **14** Unrecaptured section 1250 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **15** Net section 1231 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 9**

Schedule K-3 (Form 1065) 2022

Page **4**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Paul Stephens | |

**Part II　Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code____) | (f) Sourced by partner | |
| **16** Section 986(c) gain | | | | | | | |
| **17** Section 987 gain | | | | | | | |
| **18** Section 988 gain | | | | | | | |
| **19** Section 951(a) inclusions | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **20** Other income (see instructions)　Stmt | | | | | | | |
| **A** US | 11,773 | | | | | | 11,773 |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **21** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **22** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **23** Reserved for future use | | | | | | | |
| **A** | | | | | | | |
| **B** | | | | | | | |
| **C** | | | | | | | |
| **24** Total gross income (combine lines 1 through 23) | 200,793 | | | | | | 200,793 |
| **A** US | 200,793 | | | | | | 200,793 |
| **B** | | | | | | | |
| **C** | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 9**

Schedule K-3 (Form 1065) 2022 — Page **5**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Paul Stephens | |

**Part II   Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code___) | (f) Sourced by partner | |
| 25 Expenses allocable to sales income | 246,803 | | | | | | 246,803 |
| 26 Expenses allocable to gross income from performances of services | | | | | | | |
| 27 Net short-term capital loss | | | | | | | |
| 28 Net long-term capital loss | | | | | | | |
| 29 Collectibles loss | | | | | | | |
| 30 Net section 1231 loss | | | | | | | |
| 31 Other losses ........Stmt. | 159 | | | | | | 159 |
| 32 Research & experimental (R&E) expenses | | | | | | | |
| A SIC code | | | | | | | |
| B SIC code | | | | | | | |
| C SIC code | | | | | | | |
| 33 Allocable rental expenses—depreciation, depletion, and amortization | | | | | | | |
| 34 Allocable rental expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 35 Allocable royalty and licensing expenses—depreciation, depletion, and amortization | | | | | | | |
| 36 Allocable royalty and licensing expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 37 Depreciation not included on line 33 or 35 | 10,532 | | | | | | 10,532 |
| 38 Charitable contributions | 114 | | | | | | 114 |
| 39 Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 Other interest expense specifically allocable under Regulations section 1.861-10T | 5,369 | | | | | | 5,369 |
| 41 Other interest expense—business | | | | | | | |
| 42 Other interest expense—investment | | | | | | | |
| 43 Other interest expense—passive activity | | | | | | | |
| 44 Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 Foreign taxes not creditable but deductible | | | | | | | |

DAA

Schedule K-3 (Form 1065) 2022

Client Copy

HOL1295 06/21/2023 3:29 PM

**Partner# 9**
Schedule K-3 (Form 1065) 2022 — Page 6

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | (redacted) | Paul Stephens | (redacted) |

**Part II   Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions** *(continued)*

| Description | (a) U.S. source | Foreign Source (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| 46 Section 986(c) loss | | | | | | | |
| 47 Section 987 loss | | | | | | | |
| 48 Section 988 loss | | | | | | | |
| 49 Other allocable deductions (see instructions) | | | | | | | |
| 50 Other apportioned share of deductions (see instructions) | | | | | | | |
| 51 Reserved for future use | | | | | | | |
| 52 Reserved for future use | | | | | | | |
| 53 Reserved for future use | | | | | | | |
| 54 Total deductions (combine lines 25 through 53) | 262,977 | | | | | | 262,977 |
| 55 Net income (loss) (subtract line 54 from line 24) | -62,184 | | | | | | -62,184 |

**Part III   Other Information for Preparation of Form 1116 or 1118**

**Section 1—R&E Expenses Apportionment Factors**

| Description | (a) U.S. source | Foreign Source (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) (country code) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| 1 Gross receipts by SIC code | | | | | | | |
| A SIC code | | | | | | | |
| B SIC code | | | | | | | |
| C SIC code | | | | | | | |
| D SIC code | | | | | | | |
| E SIC code | | | | | | | |
| F SIC code | | | | | | | |
| 2 Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. Enter the following. | | | | | | | |
| A R&E expense with respect to activity performed in the United States | | | | | | | |
| (i) SIC code ___ | | | | | 2A(i) | | |
| (ii) SIC code ___ | | | | | 2A(ii) | | |
| (iii) SIC code ___ | | | | | 2A(iii) | | |
| B R&E expense with respect to activity performed outside the United States | | | | | | | |
| (i) SIC code ___ | | | | | 2B(i) | | |
| (ii) SIC code ___ | | | | | 2B(ii) | | |
| (iii) SIC code ___ | | | | | 2B(iii) | | |

Schedule K-3 (Form 1065) 2022

DAA

Partner# 9

Page 7

Schedule K-3 (Form 1065) 2022

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Paul Stephens | |

**Part III    Other Information for Preparation of Form 1116 or 1118 (continued)**

**Section 2—Interest Expense Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___ (country code ___) | (f) Sourced by partner | |
| 1 Total average value of assets ......... | 128,791 | | | | | | 128,791 |
| 2 Sections 734(b) and 743(b) adjustment to assets—average value | | | | | | | |
| 3 Assets attracting directly allocable interest expense under Regulations section 1.861-10(e) .......... | | | | | | | |
| 4 Other assets attracting directly allocable interest expense under Regulations section 1.861-10T ...... | | | | | | | |
| 5 Assets excluded from apportionment formula ........... | | | | | | | |
| 6a Total assets used for apportionment (subtract the sum of lines 3, 4, and 5 from the sum of lines 1 and 2) ...... | 128,791 | | | | | | 128,791 |
| b Assets attracting business interest expense ............ | | | | | | | |
| c Assets attracting investment interest expense ........... | | | | | | | |
| d Assets attracting passive activity interest expense ......... | | | | | | | |
| 7 Basis in stock of 10%-owned noncontrolled foreign corporations (see attachment) ........ | | | | | | | |
| 8 Basis in stock of CFCs (see attachment) .... | | | | | | | |

**Section 3—Foreign-Derived Intangible Income (FDII) Deduction Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | (f) Total |
|---|---|---|---|---|---|
| | | (b) Passive category income | (c) General category income | (d) Other (category code ___ (country code ___) | |
| 1 Foreign-derived gross receipts ......... | | | | | |
| 2 Cost of goods sold ................. | | | | | |
| 3 Partnership deductions allocable to foreign-derived gross receipts .......... | | | | | |
| 4 Other partnership deductions apportioned to foreign-derived gross receipts ...... | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

**Partner# 9**

Schedule K-3 (Form 1065) 2022

Page **8**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Paul Stephens | |

**Part III**   Other Information for Preparation of Form 1116 or 1118 *(continued)*

**Section 4—Foreign Taxes**

| Description | (a) Type of tax | (b) Section 951A category income | | (c) Foreign branch category income | |
|---|---|---|---|---|---|
| | | U.S. | Foreign | U.S. | Foreign |
| **1** Direct (section 901 or 903) foreign taxes: ☐ Paid ☐ Accrued | | | | | |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **E** | | | | | |
| **F** | | | | | |
| **2** Reduction of taxes (total) | | | | | |
| **A** Taxes on foreign mineral income | | | | | |
| **B** Reserved for future use | | | | | |
| **C** International boycott provisions | | | | | |
| **D** Failure-to-file penalties | | | | | |
| **E** Taxes with respect to splitter arrangements | | | | | |
| **F** Taxes on foreign corporate distributions | | | | | |
| **G** Other | | | | | |
| **3** Foreign tax redeterminations | | | | | |
| **A** | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| **B** | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| **C** | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| **4** Reserved for future use | | | | | |
| **5** Reserved for future use | | | | | |
| **6** Reserved for future use | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOLI296 06/21/2023 3:29 PM

HOL1295 06/21/2023 3:29 PM

**Partner# 9**
Schedule K-3 (Form 1065) 2022

Page 9

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Paul Stephens | |

**Part III    Other Information for Preparation of Form 1116 or 1118** (continued)

**Section 4—Foreign Taxes** (continued)

| | (d) Passive category income | | | (e) General category income | | | (f) Other (category code ____) | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | U.S. | Foreign | Partner | U.S. | Foreign | Partner | | |
| 1 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| 2 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| G | | | | | | | | |
| 3 | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

**Section 5—Other Tax Information**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Sourced by partner | (h) Total |
|---|---|---|---|---|---|---|---|---|
| | | (b) Section 951A category income | (c) Foreign branch category income | (d) Passive category income | (e) General category income | (f) Other (category code ____ country code ____) | | |
| 1 Section 743(b) positive income adjustment | | | | | | | | |
| 2 Section 743(b) negative income adjustment | | | | | | | | |
| 3 Reserved for future use | | | | | | | | |
| 4 Reserved for future use | | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

**Partner# 10**

☐ Final K-3    ☐ Amended K-3

**Schedule K-3
(Form 1065)**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.—International**

For calendar year 2022, or tax year beginning __12/27/2021__, ending __12/25/2022__
See separate instructions.

OMB No. 1545-0123

**2022**

| Information About the Partnership | Information About the Partner |
|---|---|
| **A** Partnership's employer identification number (EIN) | **C** Partner's SSN or Taxpayer Identification Number (TIN) (Do not use TIN of a disregarded entity. See instructions.) |
| **B** Partnership's name, address, city, state, and ZIP code<br><br>Holiday Ham Holdings, LLC<br>7700 Poplar Ave, Suite 200<br>Germantown          TN  38138 | **D** Name, address, city, state, and ZIP code for partner entered in C. See instructions.<br>AMK Investments LP<br>Attn: Joe Morrison<br>555 Perkins Ext STE 400<br>Memphis          TN  38117 |

**E** Check to indicate the parts of Schedule K-3 that apply.

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Does Part I apply? If "Yes," complete and attach Part I | | X |
| 2 | Does Part II apply? If "Yes," complete and attach Part II | X | |
| 3 | Does Part III apply? If "Yes," complete and attach Part III | X | |
| 4 | Does Part IV apply? If "Yes," complete and attach Part IV | | X |
| 5 | Does Part V apply? If "Yes," complete and attach Part V | | X |
| 6 | Does Part VI apply? If "Yes," complete and attach Part VI | | X |
| 7 | Does Part VII apply? If "Yes," complete and attach Part VII | | X |
| 8 | Does Part VIII apply? If "Yes," complete and attach Part VIII | | X |
| 9 | Does Part IX apply? If "Yes," complete and attach Part IX | | X |
| 10 | Does Part X apply? If "Yes," complete and attach Part X | | X |
| 11 | Does Part XI apply? If "Yes," complete and attach Part XI | | X |
| 12 | Reserved for future use | | |
| 13 | Does Part XIII apply? If "Yes," complete and attach Part XIII | | X |

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065

Schedule K-3 (Form 1065) 2022

DAA

Client Copy

HOL1295 06/21/2023 3:29 PM

**Partner# 10**

Schedule K-3 (Form 1065) 2022

Page **2**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | AMK Investments LP | |

**Part I**    Partner's Share of Partnership's Other Current Year International Information

Check box(es) for additional specified attachments. See instructions.

| | | |
|---|---|---|
| 1. Gain on personal property sale | 5. High-taxed income | 8. Form 5471 information |
| 2. Foreign oil and gas taxes | 6. Section 267A disallowed deduction | 9. Other forms |
| 3. Splitter arrangements | 7. Form 8858 information | 10. Partner loan transactions |
| 4. Foreign tax translation | | |

| | |
|---|---|
| 11. Dual consolidated loss | |
| 12. Form 8865 information | |
| 13. Other international items | |
| (attach description and statement) | |

**Part II    Foreign Tax Credit Limitation**

**Section 1—Gross Income**

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) | | |
| **1** Sales | | | | | | | |
| A US | 136,967 | | | | | | 136,967 |
| B | | | | | | | |
| C | | | | | | | |
| **2** Gross income from performance of services | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **3** Gross rental real estate income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **4** Other gross rental income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **5** Guaranteed payments . . . . . . . . . . . . | | | | | | | |
| **6** Interest income | | | | | | | |
| A US | 1,017 | | | | | | 1,017 |
| B | | | | | | | |
| C | | | | | | | |
| **7** Ordinary dividends (exclude amount on line 8) | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 08/21/2023 3:29 PM

**Partner# 10**

Schedule K-3 (Form 1065) 2022

Page **3**

Name of partnership: **Holiday Ham Holdings, LLC**

EIN: [redacted]

Name of partner: **AMK Investments LP**

SSN or TIN: [redacted]

**Part II   Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | (g) Total |
|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code___) | (f) Sourced by partner | |
| **8** Qualified dividends | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **9** Reserved for future use | | | | | | | |
| **10** Royalties and license fees | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **11** Net short-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **12** Net long-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **13** Collectibles (28%) gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **14** Unrecaptured section 1250 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **15** Net section 1231 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

Page 4

**Partner# 10**

Schedule K-3 (Form 1065) 2022

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | AMK Investments LP | |

**Part II   Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code____) | (f) Sourced by partner | |
| 16  Section 986(c) gain | | | | | | | |
| 17  Section 987 gain | | | | | | | |
| 18  Section 988 gain | | | | | | | |
| 19  Section 951(a) inclusions | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 20  Other income (see instructions)  Stmt | | | | | | | |
| A  US | 8,594 | | | | | | 8,594 |
| B | | | | | | | |
| C | | | | | | | |
| 21  Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 22  Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 23  Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 24  Total gross income (combine lines 1 through 23) | | | | | | | |
| A  US | 146,578 | | | | | | 146,578 |
| B | 146,578 | | | | | | 146,578 |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

HOLI295 06/21/2023 3:29 PM

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 10**

Schedule K-3 (Form 1065) 2022

Page **5**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | AMK Investments LP | |

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions**

| | Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code____) | (f) Sourced by partner | |
| 25 | Expenses allocable to sales income | 180,167 | | | | | | 180,167 |
| 26 | Expenses allocable to gross income from performances of services | | | | | | | |
| 27 | Net short-term capital loss | | | | | | | |
| 28 | Net long-term capital loss | | | | | | | |
| 29 | Collectibles loss | | | | | | | |
| 30 | Net section 1231 loss | | | | | | | |
| 31 | Other losses ....Stmt.... | 116 | | | | | | 116 |
| 32 | Research & experimental (R&E) expenses | | | | | | | |
| A | SIC code | | | | | | | |
| B | SIC code | | | | | | | |
| C | SIC code | | | | | | | |
| 33 | Allocable rental expenses—depreciation, depletion, and amortization | | | | | | | |
| 34 | Allocable rental expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 35 | Allocable royalty and licensing expenses—depreciation, depletion, and amortization | | | | | | | |
| 36 | Allocable royalty and licensing expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 37 | Depreciation not included on line 33 or 35 | 7,688 | | | | | | 7,688 |
| 38 | Charitable contributions | 83 | | | | | | 83 |
| 39 | Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 | Other interest expense specifically allocable under Regulations section 1.861-10T | 3,919 | | | | | | 3,919 |
| 41 | Other interest expense—business | | | | | | | |
| 42 | Other interest expense—investment | | | | | | | |
| 43 | Other interest expense—passive activity | | | | | | | |
| 44 | Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 | Foreign taxes not creditable but deductible | | | | | | | |

DAA

Schedule K-3 (Form 1065) 2022

HOL1295 08/21/2023 3:29 PM

**Partner# 10**

Schedule K-3 (Form 1065) 2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **6**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings LLC | | AMK Investments LP | |

**Part II　Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions** *(continued)*

| | | | Foreign Source | | | | |
|---|---|---|---|---|---|---|---|
| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) | (f) Sourced by partner | (g) Total |
| 46　Section 986(c) loss | | | | | | | |
| 47　Section 987 loss | | | | | | | |
| 48　Section 988 loss | | | | | | | |
| 49　Other allocable deductions (see instructions) | | | | | | | |
| 50　Other apportioned share of deductions (see instructions) | | | | | | | |
| 51　Reserved for future use | | | | | | | |
| 52　Reserved for future use | | | | | | | |
| 53　Reserved for future use | | | | | | | |
| 54　Total deductions (combine lines 25 through 53) | 191,973 | | | | | | 191,973 |
| 55　Net income (loss) (subtract line 54 from line 24) | -45,395 | | | | | | -45,395 |

**Part III　Other Information for Preparation of Form 1116 or 1118**

**Section 1—R&E Expenses Apportionment Factors**

| | | | Foreign Source | | | | |
|---|---|---|---|---|---|---|---|
| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code 901j) (country code ___) | (f) Sourced by partner | (g) Total |
| 1　Gross receipts by SIC code | | | | | | | |
| A　SIC code | | | | | | | |
| B　SIC code | | | | | | | |
| C　SIC code | | | | | | | |
| D　SIC code | | | | | | | |
| E　SIC code | | | | | | | |
| F　SIC code | | | | | | | |
| 2　Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. Enter the following. | | | | | | | |
| A　R&E expense with respect to activity performed in the United States | | | | | | | |
| 　　(i)　SIC code ____ | | | | | | 2A(i) | |
| 　　(ii)　SIC code ____ | | | | | | 2A(ii) | |
| 　　(iii)　SIC code ____ | | | | | | 2A(iii) | |
| B　R&E expense with respect to activity performed outside the United States | | | | | | | |
| 　　(i)　SIC code ____ | | | | | | 2B(i) | |
| 　　(ii)　SIC code ____ | | | | | | 2B(ii) | |
| 　　(iii)　SIC code ____ | | | | | | 2B(iii) | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 08/21/2023 3:29 PM

**Partner# 10**

Schedule K-3 (Form 1065) 2022

Page **7**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | AMK Investments LP | |

**Part III    Other Information for Preparation of Form 1116 or 1118** *(continued)*

**Section 2—Interest Expense Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | | (g) Total |
|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) (country code ___) | (f) Sourced by partner | |

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) (country code ___) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| **1** Total average value of assets | 94,018 | | | | | | 94,018 |
| **2** Sections 734(b) and 743(b) adjustment to assets—average value | | | | | | | |
| **3** Assets attracting directly allocable interest expense under Regulations section 1.861-10(e) | | | | | | | |
| **4** Other assets attracting directly allocable interest expense under Regulations section 1.861-10T | | | | | | | |
| **5** Assets excluded from apportionment formula | | | | | | | |
| **6a** Total assets used for apportionment (subtract the sum of lines 3, 4, and 5 from the sum of lines 1 and 2) | 94,018 | | | | | | 94,018 |
| **b** Assets attracting business interest expense | | | | | | | |
| **c** Assets attracting investment interest expense | | | | | | | |
| **d** Assets attracting passive activity interest expense | | | | | | | |
| **7** Basis in stock of 10%-owned noncontrolled foreign corporations (see attachment) | | | | | | | |
| **8** Basis in stock of CFCs (see attachment) | | | | | | | |

**Section 3—Foreign-Derived Intangible Income (FDII) Deduction Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | (f) Total |
|---|---|---|---|---|---|
| | | (b) Passive category income | (c) General category income | (d) Other (category code ___) (country code ___) | |

| Description | (a) U.S. source | (b) Passive category income | (c) General category income | (d) Other (category code ___) (country code ___) | (f) Total |
|---|---|---|---|---|---|
| **1** Foreign-derived gross receipts | | | | | |
| **2** Cost of goods sold | | | | | |
| **3** Partnership deductions allocable to foreign-derived gross receipts | | | | | |
| **4** Other partnership deductions apportioned to foreign-derived gross receipts | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOLI295 06/21/2023 3:29 PM

**Partner# 10**

Schedule K-3 (Form 1065) 2022

Page **8**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▓▓▓ | AMK Investments LP | ▓▓▓ |

**Part III** Other Information for Preparation of Form 1116 or 1118 *(continued)*

**Section 4—Foreign Taxes**

| Description | (a) Type of tax | (b) Section 951A category income | | (c) Foreign branch category income | |
|---|---|---|---|---|---|
| | | U.S. | Foreign | U.S. | Foreign |
| 1 Direct (section 901 or 903) foreign taxes: ☐ Paid ☐ Accrued | | | | | |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| 2 Reduction of taxes (total) | | | | | |
| A Taxes on foreign mineral income | | | | | |
| B Reserved for future use | | | | | |
| C International boycott provisions | | | | | |
| D Failure-to-file penalties | | | | | |
| E Taxes with respect to splitter arrangements | | | | | |
| F Taxes on foreign corporate distributions | | | | | |
| G Other | | | | | |
| 3 Foreign tax redeterminations | | | | | |
| A | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| B | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| C | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| 4 Reserved for future use | | | | | |
| 5 Reserved for future use | | | | | |
| 6 Reserved for future use | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 10**

Schedule K-3 (Form 1065) 2022

Page **9**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | AMK Investments LP | |

**Part III    Other Information for Preparation of Form 1116 or 1118** *(continued)*

**Section 4—Foreign Taxes** *(continued)*

| | (d) Passive category income | | | (e) General category income | | | (f) Other | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | U.S. | Foreign | Partner | U.S. | Foreign | Partner | (category code ___ ) | |
| **1** | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| **2** | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| G | | | | | | | | |
| **3** | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| **4** | | | | | | | | |
| **5** | | | | | | | | |
| **6** | | | | | | | | |

**Section 5—Other Tax Information**

| Description | (a) U.S. source | Foreign Source | | | | (f) Other (category code ___ ) (country code ___ ) | (g) Sourced by partner | (h) Total |
|---|---|---|---|---|---|---|---|---|
| | | (b) Section 951A category income | (c) Foreign branch category income | (d) Passive category income | (e) General category income | | | |
| 1 Section 743(b) positive income adjustment ......... | | | | | | | | |
| 2 Section 743(b) negative income adjustment ......... | | | | | | | | |
| 3 Reserved for future use .......... | | | | | | | | |
| 4 Reserved for future use .......... | | | | | | | | |

DAA

Schedule K-3 (Form 1065) 2022

**Partner# 11**

| | |
|---|---|
| **Schedule K-3**<br>**(Form 1065)**<br><br>Department of the Treasury<br>Internal Revenue Service | ☐ Final K-3  ☐ Amended K-3 |

**Partner's Share of Income, Deductions, Credits, etc.—International**

For calendar year 2022, or tax year beginning 12/27/2021 , ending 12/25/2022

See separate instructions.

OMB No. 1545-0123

**2022**

### Information About the Partnership

**A** Partnership's employer identification number (EIN)

**B** Partnership's name, address, city, state, and ZIP code

Holiday Ham Holdings, LLC
7700 Poplar Ave, Suite 200
Germantown          TN  38138

### Information About the Partner

**C** Partner's SSN or Taxpayer Identification Number (TIN) (Do not use TIN of a disregarded entity. See instructions.)

**D** Name, address, city, state, and ZIP code for partner entered in C. See instructions.

Phillip W Cook
6070 Poplar Ave
Ste 300
Memphis          TN  38119

**E** Check to indicate the parts of Schedule K-3 that apply.

| | | Yes | No |
|---|---|---|---|
| 1 | Does Part I apply? If "Yes," complete and attach Part I | | X |
| 2 | Does Part II apply? If "Yes," complete and attach Part II | X | |
| 3 | Does Part III apply? If "Yes," complete and attach Part III | X | |
| 4 | Does Part IV apply? If "Yes," complete and attach Part IV | | X |
| 5 | Does Part V apply? If "Yes," complete and attach Part V | | X |
| 6 | Does Part VI apply? If "Yes," complete and attach Part VI | | X |
| 7 | Does Part VII apply? If "Yes," complete and attach Part VII | | X |
| 8 | Does Part VIII apply? If "Yes," complete and attach Part VIII | | X |
| 9 | Does Part IX apply? If "Yes," complete and attach Part IX | | X |
| 10 | Does Part X apply? If "Yes," complete and attach Part X | | X |
| 11 | Does Part XI apply? If "Yes," complete and attach Part XI | | X |
| 12 | Reserved for future use | | |
| 13 | Does Part XIII apply? If "Yes," complete and attach Part XIII | | X |

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 11**

Schedule K-3 (Form 1065) 2022 — Page **2**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▮▮▮ | Phillip W Cook | ▮▮▮ |

**Part I    Partner's Share of Partnership's Other Current Year International Information**

Check box(es) for additional specified attachments. See instructions.

| | | | |
|---|---|---|---|
| 1. Gain on personal property sale | ☐ 5. High-taxed income | ☐ 8. Form 5471 information | ☐ 11. Dual consolidated loss |
| 2. Foreign oil and gas taxes | ☐ 6. Section 267A disallowed deduction | ☐ 9. Other forms | ☐ 12. Form 8865 information |
| 3. Splitter arrangements | ☐ 7. Form 8858 information | ☐ 10. Partner loan transactions | ☐ 13. Other international items |
| 4. Foreign tax translation | | | (attach description and statement) |

**Part II    Foreign Tax Credit Limitation**

**Section 1—Gross Income**

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___ ) | | |
|---|---|---|---|---|---|---|---|
| **1** Sales | | | | | | | |
| A US | 93,813 | | | | | | 93,813 |
| B | | | | | | | |
| C | | | | | | | |
| **2** Gross income from performance of services | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **3** Gross rental real estate income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **4** Other gross rental income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **5** Guaranteed payments . . . . . . . . . . . . | | | | | | | |
| **6** Interest income | | | | | | | |
| A US | 697 | | | | | | 697 |
| B | | | | | | | |
| C | | | | | | | |
| **7** Ordinary dividends (exclude amount on line 8) | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 11**

Schedule K-3 (Form 1065) 2022

Page **3**

| Name of partnership | | EIN | | Name of partner | | | SSN or TIN | |
|---|---|---|---|---|---|---|---|---|
| Holiday Ham Holdings, LLC | | | | Phillip W Cook | | | | |

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 1—Gross Income** *(continued)*

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code____) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| **8** Qualified dividends | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **9** Reserved for future use ........ | | | | | | | |
| **10** Royalties and license fees | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **11** Net short-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **12** Net long-term capital gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **13** Collectibles (28%) gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **14** Unrecaptured section 1250 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **15** Net section 1231 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

**Partner# 11**

Schedule K-3 (Form 1065) 2022

Page **4**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | ▉ | Phillip W Cook | ▉ |

**Part II    Foreign Tax Credit Limitation** (continued)

**Section 1—Gross Income** (continued)

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code___) | (f) Sourced by partner | |
| 16  Section 986(c) gain | | | | | | | |
| 17  Section 987 gain | | | | | | | |
| 18  Section 988 gain | | | | | | | |
| 19  Section 951(a) inclusions | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 20  Other income (see instructions) | | | | | | | |
| A  US                    stmt | 5,887 | | | | | | 5,887 |
| B | | | | | | | |
| C | | | | | | | |
| 21  Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 22  Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 23  Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 24  Total gross income (combine lines 1 through 23) | 100,397 | | | | | | 100,397 |
| A  US | 100,397 | | | | | | 100,397 |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-3 (Form 1065) 2022

HOL1295 06/21/2023 3:29 PM

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 11**

Schedule K-3 (Form 1065) 2022

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Phillip W Cook | |

**Part II    Foreign Tax Credit Limitation** *(continued)*

**Section 2—Deductions**

| | Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) | | |
| 25 | Expenses allocable to sales income | 123,402 | | | | | | 123,402 |
| 26 | Expenses allocable to gross income from performances of services | | | | | | | |
| 27 | Net short-term capital loss | | | | | | | |
| 28 | Net long-term capital loss | | | | | | | |
| 29 | Collectibles loss | | | | | | | |
| 30 | Net section 1231 loss | | | | | | | |
| 31 | Other losses ........ **Stmt** | 80 | | | | | | 80 |
| 32 | Research & experimental (R&E) expenses | | | | | | | |
| A | SIC code ............. | | | | | | | |
| B | SIC code ............. | | | | | | | |
| C | SIC code | | | | | | | |
| 33 | Allocable rental expenses—depreciation, depletion, and amortization | | | | | | | |
| 34 | Allocable rental expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 35 | Allocable royalty and licensing expenses—depreciation, depletion, and amortization | | | | | | | |
| 36 | Allocable royalty and licensing expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 37 | Depreciation not included on line 33 or 35 | 5,266 | | | | | | 5,266 |
| 38 | Charitable contributions | 57 | | | | | | 57 |
| 39 | Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 | Other interest expense specifically allocable under Regulations section 1.861-10T | 2,685 | | | | | | 2,685 |
| 41 | Other interest expense—business | | | | | | | |
| 42 | Other interest expense—investment | | | | | | | |
| 43 | Other interest expense—passive activity | | | | | | | |
| 44 | Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 | Foreign taxes not creditable but deductible | | | | | | | |

DAA                                                                                    Schedule K-3 (Form 1065) 2022

Partner# 11

HOL1295 06/21/2023 3:29 PM

Schedule K-3 (Form 1065) 2022

Name of partnership: **Holiday Ham Holdings, LLC**

EIN: ▮▮▮▮▮

Name of partner: **Phillip W Cook**

SSN or TIN: ▮▮▮▮▮

Page **6**

## Part II — Foreign Tax Credit Limitation *(continued)*

### Section 2—Deductions *(continued)*

| Description | (a) U.S. source | Foreign Source | | | | (g) Total |
|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code **901 j**) | (f) Sourced by partner |
| 46 Section 986(c) loss | | | | | | | |
| 47 Section 987 loss | | | | | | | |
| 48 Section 988 loss | | | | | | | |
| 49 Other allocable deductions (see instructions) | | | | | | | |
| 50 Other apportioned share of deductions (see instructions) | | | | | | | |
| 51 Reserved for future use | | | | | | | |
| 52 Reserved for future use | | | | | | | |
| 53 Reserved for future use | | | | | | | |
| 54 Total deductions (combine lines 25 through 53) | 131,490 | | | | | | 131,490 |
| 55 Net income (loss) (subtract line 54 from line 24) | −31,093 | | | | | | −31,093 |

## Part III    Other Information for Preparation of Form 1116 or 1118

### Section 1—R&E Expenses Apportionment Factors

| Description | (a) U.S. source | Foreign Source | | | | (g) Total |
|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code **901 j**) (country code ___) | (f) Sourced by partner |
| **1** Gross receipts by SIC code | | | | | | | |
| **A** SIC code | | | | | | | |
| **B** SIC code | | | | | | | |
| **C** SIC code | | | | | | | |
| **D** SIC code | | | | | | | |
| **E** SIC code | | | | | | | |
| **F** SIC code | | | | | | | |
| **2** Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. Enter the following. | | | | | | | |
| **A** R&E expense with respect to activity performed in the United States | | | | | | | |
| (i) SIC code ___ | | | | | | | 2A(i) |
| (ii) SIC code ___ | | | | | | | 2A(ii) |
| (iii) SIC code ___ | | | | | | | 2A(iii) |
| **B** R&E expense with respect to activity performed outside the United States | | | | | | | |
| (i) SIC code ___ | | | | | | | 2B(i) |
| (ii) SIC code ___ | | | | | | | 2B(ii) |
| (iii) SIC code ___ | | | | | | | 2B(iii) |

Schedule K-3 (Form 1065) 2022

DAA

Partner# 11

Page 7

Schedule K-3 (Form 1065) 2022

| Name of partnership | | EIN | | Name of partner | | | SSN or TIN |
|---|---|---|---|---|---|---|---|
| Holiday Ham Holdings, LLC | | ████ | | Phillip W Cook | | | ████ |

**Part III**   Other Information for Preparation of Form 1116 or 1118 (continued)

**Section 2—Interest Expense Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | | | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) (country code ___) | (f) Sourced by partner | |
| 1 Total average value of assets ......... | 64,396 | | | | | | 64,396 |
| 2 Sections 734(b) and 743(b) adjustment to assets—average value | | | | | | | |
| 3 Assets attracting directly allocable interest expense under Regulations section 1.861-10(e) ............ | | | | | | | |
| 4 Other assets attracting directly allocable interest expense under Regulations section 1.861-10T ...... | | | | | | | |
| 5 Assets excluded from apportionment formula ........................ | | | | | | | |
| 6a Total assets used for apportionment (subtract the sum of lines 3, 4, and 5 from the sum of lines 1 and 2) ...... | 64,396 | | | | | | 64,396 |
| b Assets attracting business interest expense .......................... | | | | | | | |
| c Assets attracting investment interest expense .......................... | | | | | | | |
| d Assets attracting passive activity interest expense .................... | | | | | | | |
| 7 Basis in stock of 10%-owned noncontrolled foreign corporations (see attachment) ............... | | | | | | | |
| 8 Basis in stock of CFCs (see attachment) .... | | | | | | | |

**Section 3—Foreign-Derived Intangible Income (FDII) Deduction Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | (f) Total |
|---|---|---|---|---|---|
| | | (b) Passive category income | (c) General category income | (d) Other (category code ___) (country code ___) | |
| | | | | (e) Sourced by partner | |
| 1 Foreign-derived gross receipts ............ | | | | | |
| 2 Cost of goods sold ................... | | | | | |
| 3 Partnership deductions allocable to foreign-derived gross receipts ............. | | | | | |
| 4 Other partnership deductions apportioned to foreign-derived gross receipts | | | | | |

Schedule K-3 (Form 1065) 2022

Client Copy

HOL1295 06/21/2023 3:29 PM

DAA

HOL1295 06/21/2023 3:29 PM

**Partner# 11**

Schedule K-3 (Form 1065) 2022

Page **8**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Phillip W Cook | |

**Part III    Other Information for Preparation of Form 1116 or 1118 (continued)**

**Section 4—Foreign Taxes**

| Description | (a) Type of tax | (b) Section 951A category income | | (c) Foreign branch category income | |
|---|---|---|---|---|---|
| | | U.S. | Foreign | U.S. | Foreign |
| 1   Direct (section 901 or 903) foreign taxes: ☐ Paid ☐ Accrued | | | | | |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| 2   Reduction of taxes (total) | | | | | |
| A Taxes on foreign mineral income | | | | | |
| B Reserved for future use | | | | | |
| C International boycott provisions | | | | | |
| D Failure-to-file penalties | | | | | |
| E Taxes with respect to splitter arrangements | | | | | |
| F Taxes on foreign corporate distributions | | | | | |
| G Other | | | | | |
| 3   Foreign tax redeterminations | | | | | |
| A | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| B | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| C | | | | | |
| Related tax year | | | | | |
| Date tax paid | | | | | |
| Contested tax ☐ | | | | | |
| 4   Reserved for future use | | | | | |
| 5   Reserved for future use | | | | | |
| 6   Reserved for future use | | | | | |

Schedule K-3 (Form 1065) 2022

DAA

HOL1295 08/21/2023 3:29 PM

**Partner# 11**

Schedule K-3 (Form 1065) 2022

Page **9**

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| Holiday Ham Holdings, LLC | | Phillip W Cook | |

**Part III** Other Information for Preparation of Form 1116 or 1118 *(continued)*

**Section 4—Foreign Taxes** *(continued)*

| | (d) Passive category income | | | (e) General category income | | | (f) Other (category code ___ ) | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | U.S. | Foreign | Partner | U.S. | Foreign | Partner | | |
| **1** | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| **2** | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |
| E | | | | | | | | |
| F | | | | | | | | |
| G | | | | | | | | |
| **3** | | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| **4** | | | | | | | | |
| **5** | | | | | | | | |
| **6** | | | | | | | | |

**Section 5—Other Tax Information**

| Description | (a) U.S. source | Foreign Source | | | | | (h) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Section 951A category income | (c) Foreign branch category income | (d) Passive category income | (e) General category income | (f) Other (category code ___ ) (country code ___ ) | (g) Sourced by partner | |
| **1** Section 743(b) positive income adjustment .......... | | | | | | | | |
| **2** Section 743(b) negative income adjustment .......... | | | | | | | | |
| **3** Reserved for future use .......... | | | | | | | | |
| **4** Reserved for future use .......... | | | | | | | | |

DAA

Schedule **K-3** (Form 1065) 2022