HOL1295  Holiday Ham Holdings, LLC    2022 Part 10    Page 1 of 28                6/21/2023  3:29 PM

## Federal Statements

FYE: 12/25/2022

**Mike Wharton**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| B | ERC Income previously reported | $  58,372 |
| B | PPP Forgiveness Income | 30,707 |
| C | Fines and Penalties | 4,201 |
| C | Tax Credit Adjustment | 1,986 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|-------:|
| N | Schedule K-1, Line 1 Business Interest Expense | $  11,731 |
| AG | Gross Receipts for 2022 | 438,383 |

Client Copy

**Federal Statements**
**Mike Wharton**

FYE: 12/25/2022

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 25,724 |
| Total | $ 25,724 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 348 |
| Total | $ 348 |

Client Copy

HOL1295  Holiday Ham Holdings, LLC

## Federal Statements

FYE: 12/25/2022

**Robert J Hussey III**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| B | ERC Income previously reported | $      26,715 |
| B | PPP Forgiveness Income | 14,053 |
| C | Fines and Penalties | 1,923 |
| C | Tax Credit Adjustment | 909 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|-------:|
| N | Schedule K-1, Line 1 Business Interest Expense | $       5,369 |
| AG | Gross Receipts for 2022 | 200,633 |

Client Copy

HOL1295  Holiday Ham Holdings, LLC

6/21/2023  3:29 PM

### Federal Statements

FYE: 12/25/2022

### Robert J Hussey III

#### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 11,773 |
| Total | $ 11,773 |

#### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 159 |
| Total | $ 159 |

Client Copy

HOL1295 Holiday Ham Holdings, LLC

6/21/2023 3:29 PM

## Federal Statements

FYE: 12/25/2022

**Paul Stephens**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|--------|
| B | ERC Income previously reported | $ 26,715 |
| B | PPP Forgiveness Income | 14,053 |
| C | Fines and Penalties | 1,922 |
| C | Tax Credit Adjustment | 909 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 5,369 |
| AG | Gross Receipts for 2022 | 200,633 |

Client Copy

**Federal Statements**

**Paul Stephens**

FYE: 12/25/2022

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 11,773 |
| Total | $ 11,773 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 159 |
| Total | $ 159 |

Client Copy

**Federal Statements**

**AMK Investments LP**

FYE: 12/25/2022

## Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | | Amount |
|------|-------------|---|--------|
| B | ERC Income previously reported | $ | 19,502 |
| B | PPP Forgiveness Income | | 10,259 |
| C | Fines and Penalties | | 1,403 |
| C | Tax Credit Adjustment | | 664 |

## Schedule K-1, Line 20 - Other Information

| Code | Description | | Amount |
|------|-------------|---|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $ | 3,919 |
| AG | Gross Receipts for 2022 | | 146,462 |

Client Copy

**Federal Statements**

FYE: 12/25/2022                                         **AMK Investments LP**

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $      8,594 |
| Total | $      8,594 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $      116 |
| Total | $      116 |

Client Copy



## Federal Statements

FYE: 12/25/2022

**Phillip W Cook**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|--------|
| B | ERC Income previously reported | $ 13,358 |
| B | PPP Forgiveness Income | 7,027 |
| C | Fines and Penalties | 961 |
| C | Tax Credit Adjustment | 455 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 2,685 |
| AG | Gross Receipts for 2022 | 100,317 |

Client Copy

**Federal Statements**

**Phillip W Cook**

FYE: 12/25/2022

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 5,887 |
| Total | $ 5,887 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 80 |
| Total | $ 80 |

Client Copy

HOL1295 Holiday Ham Holdings, LLC

## Federal Statements

**William P Halliday**

FYE: 12/25/2022

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| B | ERC Income previously reported | $ 13,358 |
| B | PPP Forgiveness Income | 7,027 |
| C | Fines and Penalties | 961 |
| C | Tax Credit Adjustment | 454 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|-------:|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 2,685 |
| AG | Gross Receipts for 2022 | 100,317 |

Client Copy

HOL1295 Holiday Ham Holdings, LLC

# Federal Statements

### William P Halliday

FYE: 12/25/2022

6/21/2023 3:29 PM

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 5,886 |
| Total | $ 5,886 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 80 |
| Total | $ 80 |

Client Copy

HOL1295  Holiday Ham Holdings, LLC  2022 Part 10   Page 13 of 28       6/21/2023  3:29 PM

## Federal Statements

FYE: 12/25/2022

## David A McDonnell

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| B | ERC Income previously reported | $ 13,357 |
| B | PPP Forgiveness Income | 7,027 |
| C | Fines and Penalties | 961 |
| C | Tax Credit Adjustment | 454 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|---|---|---|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 2,685 |
| AG | Gross Receipts for 2022 | 100,317 |

Client Copy

**Federal Statements**

**David A McDonnell**

FYE: 12/25/2022

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $        5,886 |
| Total | $        5,886 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $          80 |
| Total | $          80 |

Client Copy

**Federal Statements**

FYE: 12/25/2022                    **Larry Moss**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| B | ERC Income previously reported | $ 26,715 |
| B | PPP Forgiveness Income | 14,053 |
| C | Fines and Penalties | 1,922 |
| C | Tax Credit Adjustment | 909 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|-------:|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 5,369 |
| AG | Gross Receipts for 2022 | 200,633 |

Client Copy

## Federal Statements

6/21/2023  3:29 PM

FYE: 12/25/2022

### Larry Moss

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 11,773 |
| Total | $ 11,773 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 159 |
| Total | $ 159 |

Client Copy

**Federal Statements**

**Stephen D Moss**

FYE: 12/25/2022

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| B | ERC Income previously reported | $ 26,715 |
| B | PPP Forgiveness Income | 14,053 |
| C | Fines and Penalties | 1,922 |
| C | Tax Credit Adjustment | 909 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|-------:|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 5,369 |
| AG | Gross Receipts for 2022 | 200,633 |

Client Copy

# Federal Statements

## Stephen D Moss

FYE: 12/25/2022

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 11,773 |
| Total | $ 11,773 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 159 |
| Total | $ 159 |

Client Copy

HOL1295  Holiday Ham Holdings, LLC

**Federal Statements**

6/21/2023  3:29 PM

FYE: 12/25/2022

**Matthew B Moss**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| B | ERC Income previously reported | $  13,357 |
| B | PPP Forgiveness Income | 7,027 |
| C | Fines and Penalties | 961 |
| C | Tax Credit Adjustment | 454 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|-------:|
| N | Schedule K-1, Line 1 Business Interest Expense | $   2,685 |
| AG | Gross Receipts for 2022 | 100,317 |

Client Copy

HOL1295  Holiday Ham Holdings, LLC

**Federal Statements**

**Matthew B Moss**

FYE: 12/25/2022

6/21/2023  3:29 PM

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 5,886 |
| Total | $ 5,886 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 80 |
| Total | $ 80 |

Client Copy

**Federal Statements**

FYE: 12/25/2022

**Michael Hecht**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|--------|
| B | ERC Income previously reported | $ 13,357 |
| B | PPP Forgiveness Income | 7,027 |
| C | Fines and Penalties | 961 |
| C | Tax Credit Adjustment | 454 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 2,684 |
| AG | Gross Receipts for 2022 | 100,317 |

Client Copy

**Federal Statements**

FYE: 12/25/2022

Michael Hecht

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 5,886 |
| Total | $ 5,886 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 80 |
| Total | $ 80 |

Client Copy

**Federal Statements**

**William L Hecht**

FYE: 12/25/2022

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| B | ERC Income previously reported | $    13,357 |
| B | PPP Forgiveness Income | 7,027 |
| C | Fines and Penalties | 961 |
| C | Tax Credit Adjustment | 454 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|---|---|---|
| N | Schedule K-1, Line 1 Business Interest Expense | $     2,684 |
| AG | Gross Receipts for 2022 | 100,317 |

Client Copy

# Federal Statements

**William L Hecht**

FYE: 12/25/2022

---

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 5,886 |
| Total | $ 5,886 |

---

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 80 |
| Total | $ 80 |

Client Copy

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | | Amount |
|------|-------------|---|--------|
| B | ERC Income previously reported | $ | 13,357 |
| B | PPP Forgiveness Income | | 7,027 |
| C | Fines and Penalties | | 961 |
| C | Tax Credit Adjustment | | 454 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | | Amount |
|------|-------------|---|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $ | 2,684 |
| AG | Gross Receipts for 2022 | | 100,316 |

Client Copy

## Federal Statements
### Patrick A Siano

FYE: 12/25/2022

### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $ 5,886 |
| Total | $ 5,886 |

### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $ 80 |
| Total | $ 80 |

Client Copy

## Federal Statements

FYE: 12/25/2022

## 2020 Teixeira Family Trust

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|--------|
| B | ERC Income previously reported | $ 20,036 |
| B | PPP Forgiveness Income | 10,540 |
| C | Fines and Penalties | 1,442 |
| C | Tax Credit Adjustment | 682 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 4,027 |
| AG | Gross Receipts for 2022 | 150,475 |

Client Copy

HOL1295  Holiday Ham Holdings, LLC   2022 Part 10    Page 28 of 28                 6/21/2023  3:29 PM

### Federal Statements

FYE: 12/25/2022                          ### 2020 Teixeira Family Trust

---

#### Schedule K-3, Part II, Section 1, Line 20 - Other Income (U.S. Source)

| Description | Amount |
|---|---|
| Other income, Form 1065, ln 7 | $        8,830 |
| Total | $        8,830 |

#### Schedule K-3, Part II, Section 2, Line 31 - Other Losses (U.S. Source)

| Description | Amount |
|---|---|
| Net loss from Form 4797, ln 17 | $         119 |
| Total | $         119 |

Client Copy