HOL1295 08/21/2023 3:30 PM

**Partner# 1**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | [redacted] |
| Partner's Name | Taxpayer Identification Number |
| **Lucius D Jordan III** | [redacted] |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A ......... | **Restaurant** | | | | |
| Column B ......... | | | | | |
| Column C ......... | | | | | |
| Column D ......... | | | | | |
| Column E ......... | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −761,578 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 910,938 | | | | |
| **Qualified property** | 896,762 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

Page 1 of 1

HOL1295 06/21/2023 3:50 PM

**Partner# 2**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Cynthia Jordan**

Taxpayer Identification Number

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | –15,866 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 18,978 | | | | |
| **Qualified property** | 18,683 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

HOL1295 08/21/2023 9:38 PM

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

**Partner# 3**

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number
~~███████~~

Partner's Name
**Jennifer J Smith**

Taxpayer Identification Number
~~███████~~

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | –15,866 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 18,978 | | | | |
| **Qualified property** | 18,683 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

| Partner# 4 | Partner's Section 199A Information Worksheet | **2022** |
|---|---|---|
| Schedule **K-1** | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| Holiday Ham Holdings, LLC | |
| Partner's Name | Taxpayer Identification Number |
| Pittco Capital Partners V, LP | |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | Restaurant | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -295,747 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 353,748 | | | | |
| **Qualified property** | 348,243 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Page 1 of 1

**Partner# 5**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Enterprise Investment Partners LP**

Taxpayer Identification Number

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | Restaurant | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −295,747 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 353,748 | | | | |
| **Qualified property** | 348,242 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

HOL1295 06/21/2023 3:50 PM

**Partner# 6**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | ▮▮▮▮▮▮▮▮▮ |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Edwin M Jones Oil Co** | ▮▮▮▮▮▮▮ |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A .......... | **Restaurant** | | | | |
| Column B .......... | | | | | |
| Column C .......... | | | | | |
| Column D .......... | | | | | |
| Column E .......... | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -295,747 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 353,748 | | | | |
| **Qualified property** | 348,242 | | | | |

**Other Information:**
QBI alloc to co-op pmts received
W-2 wages alloc to qualified pmts
Section 199A(g) deduction

**Section 199A REIT dividends**

Client Copy

HOL1295 06/21/2023 3:50 PM

**Partner# 7**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |

| Partnership Name | Employer Identification Number |
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **Mike Wharton** | |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A ......... | **Restaurant** | | | | |
| Column B ......... | | | | | |
| Column C ......... | | | | | |
| Column D ......... | | | | | |
| Column E ......... | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −138,671 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 165,867 | | | | |
| **Qualified property** | 163,285 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

Page 1 of 1

HOL1295 06/21/2023 9:59 PM

**Partner# 8**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Robert J Hussey III**

Taxpayer Identification Number

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | Restaurant | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −63,464 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 75,911 | | | | |
| **Qualified property** | 74,730 | | | | |

**Other Information:**
QBI alloc to co-op pmts received
W-2 wages alloc to qualified pmts
Section 199A(g) deduction

**Section 199A REIT dividends**

Client Copy

Page 1 of 1

**Partner# 9**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br><br>For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Paul Stephens**

Taxpayer Identification Number

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −63,464 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 75,911 | | | | |
| **Qualified property** | 74,730 | | | | |

**Other Information:**
- QBI alloc to co-op pmts received
- W-2 wages alloc to qualified pmts
- Section 199A(g) deduction

**Section 199A REIT dividends**

Page 1 of 1

HOL1295 06/21/2023 3:59 PM

**Partner# 10**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name

**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name

**AMK Investments LP**

Taxpayer Identification Number

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | Restaurant | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -46,329 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 55,415 | | | | |
| **Qualified property** | 54,553 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Page 1 of 1

HOL1295 06/21/2023 9:35 AM

**Partner# 11**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** <br> For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Phillip W Cook**

Taxpayer Identification Number

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −31,733 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 37,956 | | | | |
| **Qualified property** | 37,365 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

Page 1 of 1

HOL1295 06/21/2023 3:59 PM

**Partner# 12**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**William P Halliday**

Taxpayer Identification Number

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −31,733 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 37,956 | | | | |
| **Qualified property** | 37,365 | | | | |

**Other Information:**
QBI alloc to co-op pmts received
W-2 wages alloc to qualified pmts
Section 199A(g) deduction

**Section 199A REIT dividends**

Client Copy

**Partner# 13**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** <br><br> For calendar year 2022, or tax year beginning **12/27/21**, and ending **12/25/22** | **2022** |
|---|---|---|

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**David A McDonnell**

Taxpayer Identification Number

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −31,733 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 37,956 | | | | |
| **Qualified property** | 37,365 | | | | |

**Other Information:**
QBI alloc to co-op pmts received
W-2 wages alloc to qualified pmts
Section 199A(g) deduction

**Section 199A REIT dividends**

Page 1 of 1

**Partner# 14**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Larry Moss**

Taxpayer Identification Number

## Schedule K-1, Box 20, Code Z - Section 199A Information

|  | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | Restaurant | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

|  | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −63,464 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 75,911 | | | | |
| **Qualified property** | 74,730 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

HOL1295 06/21/2023 3:55 PM

**Partner# 15**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | ~~redacted~~ |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Stephen D Moss** | ~~redacted~~ |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr.<br>Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −63,464 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 75,911 | | | | |
| **Qualified property** | 74,730 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

Page 1 of 1

HOL1295 06/21/2023 3:55 PM

**Partner# 16**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Matthew B Moss**

Taxpayer Identification Number

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | Restaurant | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | –31,733 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 37,956 | | | | |
| **Qualified property** | 37,365 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Page 1 of 1

**Partner# 17**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |

Partnership Name
**Holiday Ham Holdings, LLC**

Partner's Name
**Michael Hecht**

Employer Identification Number

Taxpayer Identification Number

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr.<br>Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −31,733 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 37,956 | | | | |
| **Qualified property** | 37,365 | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

Page 1 of 1

HOL1295 06/21/2023 9:39 AM

**Partner# 18**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** <br> For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**William L Hecht**

Taxpayer Identification Number

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −31,733 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 37,956 | | | | |
| **Qualified property** | 37,365 | | | | |

**Other Information:**
QBI alloc to co-op pmts received
W-2 wages alloc to qualified pmts
Section 199A(g) deduction

**Section 199A REIT dividends**

Page 1 of 1

**Partner# 19**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Patrick A Siano**

Taxpayer Identification Number

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −31,733 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 37,956 | | | | |
| **Qualified property** | 37,365 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

**Page 1 of 1**

HOL1295 06/21/2023 3:59 PM

**Partner# 20**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning **12/27/21**, and ending **12/25/22** | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **2020 Teixeira Family Trust** | |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Restaurant** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −47,598 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 56,933 | | | | |
| **Qualified property** | 56,048 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

Client Copy

Page 1 of 1

| Schedule **K-2** | Schedule K-2 Worksheet | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |

### Schedule K-2, Part II, Section 1

| | | | Calculated Amount | Sch K-2 Amount |
|---|---|---|---|---|
| 1. | Sales | Form 1065, page 1, line 1c | 7,063,181 | 7,063,181 |
| 2. | Gross income from performance of services | Not determined | | |
| 3. | Gross rental real estate income | Form 8825, line 2 | | |
| 4. | Other gross rental income | Schedule K, line 3a | | |
| 5. | Guaranteed payments | Schedule K, line 4c | | |
| 6. | Interest income | Schedule K, line 5 | 52,466 | 52,466 |
| 7. | Ordinary dividends | Schedule K, line 6a net of line 6b, plus line 6c | | |
| 8. | Qualified dividends | Schedule K, line 6b | | |
| 10. | Royalties and license fees | Schedule K, line 7 | | |
| 11. | Net short-term capital gain | Schedule K, line 8 | | |
| 12. | Net long-term capital gain | Schedule K, line 9a net of line 9b | | |
| 13. | Collectibles (28%) gain | Schedule K, line 9b | | |
| 14. | Unrecaptured section 1250 gain | Schedule K, line 9c | | |
| 15. | Net section 1231 gain | Schedule K, line 10 net of line 9c | | |
| 16. | Section 986(c) gain | Not determined | | |
| 17. | Section 987 gain | Not determined | | |
| 18. | Section 988 gain | Not determined | | |
| 19. | Section 951(a) inclusions | Schedule K, line 11 | | |
| 20. | Other income | Form 1065, P1, lines 4-7 , Sch K, line 11    Stmt | 443,190 | 443,190 |
| 24. | Total gross income | | | 7,558,837 |

### Schedule K-2, Part II, Section 2

| | | | | |
|---|---|---|---|---|
| 25. | Expenses allocable to sales income | Form 1065, P1, Ln 2 and Ln 21 less Lns 15 and 16c | 9,290,917 | 9,290,917 |
| 26. | Exp allocable to gross inc from service | Not determined | | |
| 27. | Net short-term capital loss | Schedule K, line 8 | | |
| 28. | Net long-term capital loss | Schedule K, line 9a net of line 9b | | |
| 29. | Collectibles loss | Schedule K, line 9b | | |
| 30. | Net section 1231 loss | Schedule K, line 10 net of line 9c | | |
| 31. | Other losses | Form 1065, P1, 4-7, Sch K, 12, 13b and 13d  Stmt | 6,000 | 6,000 |
| 33. | Allocable rental exp - depr, depl, amort | Depr, depl, amort rental activities | | |
| 34. | Allocable rental exp - other | All other expenses rental activities | | |
| 35. | Allocable royalty exp - depr, depl, amort | Depr, depl, amort royalty activities | | |
| 36. | Allocable royalty exp - other | All other expenses royalty activities | | |
| 37. | Depreciation not included on line 33 or 35 | Form 1065, page 1, line 16c | 396,473 | 396,473 |
| 38. | Charitable contributions | Schedule K, line 13a | 4,291 | 4,291 |
| 39. | Other int exp allocable Reg 1.861-10e | Not determined | | |
| 40. | Other int exp allocable Reg 1.861-10T | Form 1065, page 1, line 15 | 202,117 | 202,117 |
| 44. | Section 59(e)(2) expenditures | Schedule K, line 13c(2) | | |
| 45. | Foreign taxes deductible | Not determined | | |
| 46. | Section 986(c) loss | Not determined | | |
| 47. | Section 987 loss | Not determined | | |
| 48. | Section 988 loss | Not determined | | |
| 49. | Other allocable deductions | Not determined | | |
| 50. | Other apportioned deductions | Not determined | | |
| 54. | Total deductions | | | 9,899,798 |
| 55. | Net income (loss) | | | -2,340,961 |
| | Form 1065, Analysis of net income (loss) | | | -2,340,961 |

### Schedule K-2, Part III, Section 2

| | | | | |
|---|---|---|---|---|
| 1. | Total average value of assets | Form 1065, Schedule L, average of assets | 4,848,362 | 4,848,362 |

**NOTE:** This worksheet is based on amounts in Form 1065 and is used to automatically populate Schedule K-2. Please review the worksheet and make any adjustments on Screen K2USOnly in the Schedule K-2 folder.

HOL1295 06/21/2023 3:59 PM

## Self-Employment Worksheet

| Schedule **K** | | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name

**Holiday Ham Holdings, LLC**

Employer Identification Number

| | Schedule K-1 Passthrough | |
|---|---|---|
| Activity Description | EIN | Entity Type |
| A **Restaurant** | | |
| B | | |
| C | | |

| | | A | B | C |
|---|---|---|---|---|
| 1a. | Ordinary business income (loss) (Schedule K, line 1) | -2,389,136 | | |
| b. | Net income (loss) from certain rental real estate activities (see instructions) | | | |
| c. | Other net rental income (loss) (Schedule K, line 3c) | | | |
| d. | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount. | 6,000 | | |
| e. | Combine lines 1a through 1d | -2,383,136 | | |
| 2. | Net gain from Form 4797, Part II, line 17, included on line 1a above | | | |
| 3a. | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2. | -2,383,136 | | |
| b. | Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | -1,623,470 | | |
| c. | Subtract line 3b from line 3a. If line 3a is a loss, reduce the loss on line 3a by the amount on line 3b. Include each individual general partner's share in box 14 of Schedule K-1, using code A. | -759,666 | | |
| 4a. | Guaranteed payments to partners (Schedule K, line 4c) derived from a trade or business as defined in section 1402(c) (see instructions) | | | |
| b. | Part of line 4a allocated to individual limited partners for other than services and to estates, trusts, corporations, exempt organizations, and IRAs | | | |
| c. | Subtract line 4b from line 4a. Include each individual general partner's share and each individual limited partner's share in box 14 of Schedule K-1, using code A. | | | |
| 5. | Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a. | -759,666 | | |