HOL1295 06/21/2023 3:50 PM

**Partner# 1**

## Partner's Self-Employment Worksheet

Schedule **K-1**

For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22

**2022**

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Lucius D Jordan III**

Taxpayer Identification Number

| Activity Description | Activity Disposed | EIN | Schedule K-1 Passthrough Entity Type | PTP |
|---|---|---|---|---|
| A **Restaurant** | | | | |
| B | | | | |
| C | | | | |

| | | A | B | C |
|---|---|---|---|---|
| 1a. | Ordinary business income (loss) (Schedule K, line 1) | −761,578 | | |
| b. | Net income (loss) from certain rental real estate activities (see instructions) | | | |
| c. | Other net rental income (loss) (Schedule K, line 3c) | | | |
| d. | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount. | 1,912 | | |
| e. | Combine lines 1a through 1d | −759,666 | | |
| 2. | Net gain from Form 4797, Part II, line 17, included on line 1a above | | | |
| 3a. | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2. | −759,666 | | |
| 4a. | Guaranteed payments to partners (Schedule K, line 4c) derived from a trade or business as defined in section 1402(c) (see instructions) | | | |
| 5. | Net earnings (loss) from self-employment. Combine lines 3a and 4a. Enter here and on Schedule K-1, Box 14, code A. | −759,666 | | |

Client Copy

HOL1295 06/21/2023 3:50 PM

**Partner# 1**

| | Partner's Basis Worksheet, Page 1 | |
|---|---|---|
| Schedule **K-1** | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | ▓▓▓▓▓▓▓ |
| Partner's Name | Taxpayer Identification Number |
| **Lucius D Jordan III** | ▓▓▓▓▓▓▓ |

| | | | |
|---|---|---|---|
| Beginning of year | | | 2,906,133 |
| Capital contributions: Cash | | 1,600 | |
| Property (adjusted basis) | | _____ | 1,600 |
| Income items: Ordinary business income | | | |
| Net rental real estate income | | | |
| Other net rental income | | | |
| Interest | | 16,724 | |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain | | | |
| Net long-term capital gain | | | |
| Net section 1231 gain | | | |
| Other portfolio income | | | |
| Other income | | | |
| Tax-exempt interest and other tax-exempt income | | 489,219 | 505,943 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: Cash | | 10,262 | |
| Property (adjusted basis) | | _____ | ( 10,262 ) |
| Change in liabilities: Current year | | 2,672,312 | |
| Prior year | | ( 3,145,246 ) | −472,934 |
| **Subtotal** | | | **2,930,480** |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: Nondeductible expenses | | | 33,974 |
| Deductible losses: Ordinary business loss | | 761,578 | |
| Net rental real estate loss | | | |
| Other net rental loss | | | |
| Royalties | | | |
| Net short-term capital loss | | | |
| Net long-term capital loss | | | |
| Net section 1231 loss | | | |
| Other portfolio loss | | | |
| Other losses | | | |
| Section 179 deduction | | | |
| Charitable contributions | | 1,368 | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Portfolio income deductions | | | |
| Other deductions | | | |
| Foreign taxes | | | |
| Loss on disposition of section 179 assets | | | |
| Depletion | | _____ | 762,946 |
| Other decreases | | | |
| **End of year** | | | **2,133,560** |

Client Copy

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:50 PM

**Partner# 2**

| | | | |
|---|---|---|---|
| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | | **2022** |
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | | |

| | |
|---|---|
| Partnership Name | Employer Identification Number |
| **Holiday Ham Holdings, LLC** | ~~████████~~ |
| Partner's Name | Taxpayer Identification Number |
| **Cynthia Jordan** | ~~████████~~ |

| | | | |
|---|---|---|---|
| **Beginning of year** | | | 49,284 |
| Capital contributions: | Cash | | |
| | Property (adjusted basis) | _____ | |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 348 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 10,192 | 10,540 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | | ( ) |
| Change in liabilities: | Current year | 13,784 | |
| | Prior year | ( 12,834 ) | 950 |
| **Subtotal** | | | 60,774 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | 708 |
| Deductible losses: | Ordinary business loss | 15,866 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | 29 | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | _____ | 15,895 |
| Other decreases | | | _____ |
| **End of year** | | | 44,171 |

Client Copy

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:50 PM

**Partner# 3**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | ▓▓▓▓▓▓▓ |
| Partner's Name | Taxpayer Identification Number |
| **Jennifer J Smith** | ▓▓▓▓▓▓▓ |

| | | | |
|---|---|---|---|
| Beginning of year | | | 49,274 |
| | | | |
| Capital contributions: Cash | | | |
| Property (adjusted basis) | | _____ | |
| Income items: Ordinary business income | | | |
| Net rental real estate income | | | |
| Other net rental income | | | |
| Interest | | 348 | |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain | | | |
| Net long-term capital gain | | | |
| Net section 1231 gain | | | |
| Other portfolio income | | | |
| Other income | | | |
| Tax-exempt interest and other tax-exempt income | | 10,192 | 10,540 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: Cash | | | |
| Property (adjusted basis) | | ( | ) |
| Change in liabilities: Current year | | 13,784 | |
| Prior year | | ( 12,834 ) | 950 |
| | | | |
| **Subtotal** | | | 60,764 |
| | | | |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: Nondeductible expenses | | | 708 |
| Deductible losses: Ordinary business loss | | 15,866 | |
| Net rental real estate loss | | | |
| Other net rental loss | | | |
| Royalties | | | |
| Net short-term capital loss | | | |
| Net long-term capital loss | | | |
| Net section 1231 loss | | | |
| Other portfolio loss | | | |
| Other losses | | | |
| Section 179 deduction | | | |
| Charitable contributions | | 29 | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Portfolio income deductions | | | |
| Other deductions | | | |
| Foreign taxes | | | |
| Loss on disposition of section 179 assets | | | |
| Depletion | | _____ | 15,895 |
| Other decreases | | | |
| **End of year** | | | 44,161 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

Client Copy

HOL1295 06/21/2023 3:55 PM

**Partner# 4**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | ▓▓▓▓▓▓▓▓ |
| Partner's Name | Taxpayer Identification Number |
| **Pittco Capital Partners V, LP** | ▓▓▓▓▓▓▓ |

| | | | |
|---|---|---|---|
| Beginning of year | | | 374,766 |
| | | | |
| Capital contributions: Cash | | 92,578 | |
| Property (adjusted basis) | | | 92,578 |
| Income items: Ordinary business income | | | |
| Net rental real estate income | | | |
| Other net rental income | | | |
| Interest | | 6,495 | |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain | | | |
| Net long-term capital gain | | | |
| Net section 1231 gain | | | |
| Other portfolio income | | | |
| Other income | | | |
| Tax-exempt interest and other tax-exempt income | | 189,980 | 196,475 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: Cash | | | |
| Property (adjusted basis) | | | ( ) |
| Change in liabilities: Current year | | 256,936 | |
| Prior year | | ( 239,224 ) | 17,712 |
| Subtotal | | | 681,531 |
| | | | |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: Nondeductible expenses | | | 13,194 |
| Deductible losses: Ordinary business loss | | 295,747 | |
| Net rental real estate loss | | | |
| Other net rental loss | | | |
| Royalties | | | |
| Net short-term capital loss | | | |
| Net long-term capital loss | | | |
| Net section 1231 loss | | | |
| Other portfolio loss | | | |
| Other losses | | | |
| Section 179 deduction | | | |
| Charitable contributions | | 531 | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Portfolio income deductions | | | |
| Other deductions | | | |
| Foreign taxes | | | |
| Loss on disposition of section 179 assets | | | |
| Depletion | | | 296,278 |
| Other decreases | | | |
| End of year | | | 372,059 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:56 PM

**Partner# 5**

## Partner's Basis Worksheet, Page 1

Schedule **K-1**

For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22

**2022**

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Enterprise Investment Partners LP**

Taxpayer Identification Number

| | | |
|---|---|---|
| Beginning of year | | 374,766 |
| Capital contributions: Cash | | |
| Property (adjusted basis) | | |
| Income items: Ordinary business income | | |
| Net rental real estate income | | |
| Other net rental income | | |
| Interest | 6,495 | |
| Dividends | | |
| Royalties | | |
| Net short-term capital gain | | |
| Net long-term capital gain | | |
| Net section 1231 gain | | |
| Other portfolio income | | |
| Other income | | |
| Tax-exempt interest and other tax-exempt income | 189,980 | 196,475 |
| Excess depletion | | |
| Transfer of capital | | |
| Gain on disposition of section 179 assets | | |
| Other increases | | |
| Distributions: Cash | | |
| Property (adjusted basis) | | ( ) |
| Change in liabilities: Current year | 256,936 | |
| Prior year | (239,224) | 17,712 |
| **Subtotal** | | 588,953 |
| Distribution in excess of partner basis | | |
| Noncapital expenses: Nondeductible expenses | | 13,194 |
| Deductible losses: Ordinary business loss | 295,747 | |
| Net rental real estate loss | | |
| Other net rental loss | | |
| Royalties | | |
| Net short-term capital loss | | |
| Net long-term capital loss | | |
| Net section 1231 loss | | |
| Other portfolio loss | | |
| Other losses | | |
| Section 179 deduction | | |
| Charitable contributions | 531 | |
| Investment interest expense | | |
| Section 59(e)(2) expenditures | | |
| Portfolio income deductions | | |
| Other deductions | | |
| Foreign taxes | | |
| Loss on disposition of section 179 assets | | |
| Depletion | | 296,278 |
| Other decreases | | |
| **End of year** | | 279,481 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:30 PM

**Partner# 6**

## Partner's Basis Worksheet, Page 1

| Schedule **K-1** | | **2022** |
|---|---|---|

For calendar year 2022, or tax year beginning **12/27/21**, and ending **12/25/22**

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **Edwin M Jones Oil Co** | |

| | | | |
|---|---|---:|---:|
| Beginning of year | | | 374,761 |
| Capital contributions: | Cash | 92,578 | |
| | Property (adjusted basis) | | 92,578 |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 6,494 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 189,980 | 196,474 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | ( ) |
| | Property (adjusted basis) | | |
| Change in liabilities: | Current year | 256,936 | |
| | Prior year | ( 239,224 ) | 17,712 |
| Subtotal | | | 681,525 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | 13,194 |
| Deductible losses: | Ordinary business loss | 295,747 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | 531 | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | | 296,278 |
| Other decreases | | | |
| End of year | | | 372,053 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:30 PM

**Partner# 7**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
| --- | --- | --- |
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
| --- | --- |
| **Holiday Ham Holdings, LLC** | ████████ |

| Partner's Name | Taxpayer Identification Number |
| --- | --- |
| **Mike Wharton** | ████████ |

| | | | |
| --- | --- | --- | --- |
| **Beginning of year** | | | 166,519 |
| Capital contributions: Cash | | 43,384 | |
| Property (adjusted basis) | | | 43,384 |
| Income items: Ordinary business income | | | |
| Net rental real estate income | | | |
| Other net rental income | | | |
| Interest | | 3,045 | |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain | | | |
| Net long-term capital gain | | | |
| Net section 1231 gain | | | |
| Other portfolio income | | | |
| Other income | | | |
| Tax-exempt interest and other tax-exempt income | | 89,079 | 92,124 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: Cash | | | |
| Property (adjusted basis) | | | ( ) |
| Change in liabilities: Current year | | 120,473 | |
| Prior year | | ( 112,168 ) | 8,305 |
| **Subtotal** | | | 310,332 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: Nondeductible expenses | | | 6,187 |
| Deductible losses: Ordinary business loss | | 138,671 | |
| Net rental real estate loss | | | |
| Other net rental loss | | | |
| Royalties | | | |
| Net short-term capital loss | | | |
| Net long-term capital loss | | | |
| Net section 1231 loss | | | |
| Other portfolio loss | | | |
| Other losses | | | |
| Section 179 deduction | | | |
| Charitable contributions | | 249 | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Portfolio income deductions | | | |
| Other deductions | | | |
| Foreign taxes | | | |
| Loss on disposition of section 179 assets | | | |
| Depletion | | | 138,920 |
| Other decreases | | | |
| **End of year** | | | 165,225 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

Client Copy

HOL1295 06/21/2023-3:35 PM

**Partner# 8**

## Partner's Basis Worksheet, Page 1

| Schedule **K-1** | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | **2022** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | ~~~~~~~~~~~ |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Robert J Hussey III** | ~~~~~~~~~~~ |

| | | | | |
|---|---|---|---:|---:|
| **Beginning of year** | | | | 38,657 |
| Capital contributions: | Cash | | 19,870 | |
| | Property (adjusted basis) | | | 19,870 |
| Income items: | Ordinary business income | | | |
| | Net rental real estate income | | | |
| | Other net rental income | | | |
| | Interest | | 1,394 | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain | | | |
| | Net long-term capital gain | | | |
| | Net section 1231 gain | | | |
| | Other portfolio income | | | |
| | Other income | | | |
| | Tax-exempt interest and other tax-exempt income | | 40,768 | 42,162 |
| Excess depletion | | | | |
| Transfer of capital | | | | |
| Gain on disposition of section 179 assets | | | | |
| Other increases | | | | |
| Distributions: | Cash | | | |
| | Property (adjusted basis) | | ( | ) |
| Change in liabilities: | Current year | | 55,137 | |
| | Prior year | | ( 51,336 ) | 3,801 |
| **Subtotal** | | | | 104,490 |
| Distribution in excess of partner basis | | | | |
| Noncapital expenses: | Nondeductible expenses | | | 2,832 |
| Deductible losses: | Ordinary business loss | | 63,464 | |
| | Net rental real estate loss | | | |
| | Other net rental loss | | | |
| | Royalties | | | |
| | Net short-term capital loss | | | |
| | Net long-term capital loss | | | |
| | Net section 1231 loss | | | |
| | Other portfolio loss | | | |
| | Other losses | | | |
| | Section 179 deduction | | | |
| | Charitable contributions | | 114 | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Portfolio income deductions | | | |
| | Other deductions | | | |
| | Foreign taxes | | | |
| | Loss on disposition of section 179 assets | | | |
| | Depletion | | | 63,578 |
| Other decreases | | | | |
| **End of year** | | | | 38,080 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

**Partner# 9**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | [redacted] |
| Partner's Name | Taxpayer Identification Number |
| **Paul Stephens** | [redacted] |

| | | | |
|---|---|---|---|
| Beginning of year | | | 38,658 |
| Capital contributions: Cash | | | |
| Property (adjusted basis) | | | |
| Income items: Ordinary business income | | | |
| Net rental real estate income | | | |
| Other net rental income | | | |
| Interest | | 1,394 | |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain | | | |
| Net long-term capital gain | | | |
| Net section 1231 gain | | | |
| Other portfolio income | | | |
| Other income | | | |
| Tax-exempt interest and other tax-exempt income | | 40,768 | 42,162 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: Cash | | | |
| Property (adjusted basis) | | | ( ) |
| Change in liabilities: Current year | | 55,137 | |
| Prior year | | ( 51,336 ) | 3,801 |
| **Subtotal** | | | 84,621 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: Nondeductible expenses | | | 2,831 |
| Deductible losses: Ordinary business loss | | 63,464 | |
| Net rental real estate loss | | | |
| Other net rental loss | | | |
| Royalties | | | |
| Net short-term capital loss | | | |
| Net long-term capital loss | | | |
| Net section 1231 loss | | | |
| Other portfolio loss | | | |
| Other losses | | | |
| Section 179 deduction | | | |
| Charitable contributions | | 114 | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Portfolio income deductions | | | |
| Other deductions | | | |
| Foreign taxes | | | |
| Loss on disposition of section 179 assets | | | |
| Depletion | | | 63,578 |
| Other decreases | | | |
| **End of year** | | | 18,212 |

Client Copy

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:55 PM

**Partner# 10**

| | Partner's Basis Worksheet, Page 1 | **2022** |
|---|---|---|
| Schedule **K-1** | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **AMK Investments LP** | |

| | | | |
|---|---|---|---|
| Beginning of year | | | 55,535 |
| Capital contributions: Cash | | 14,465 | |
| Property (adjusted basis) | | | 14,465 |
| Income items: Ordinary business income | | | |
| Net rental real estate income | | | |
| Other net rental income | | | |
| Interest | | 1,017 | |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain | | | |
| Net long-term capital gain | | | |
| Net section 1231 gain | | | |
| Other portfolio income | | | |
| Other income | | | |
| Tax-exempt interest and other tax-exempt income | | 29,761 | 30,778 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: Cash | | | |
| Property (adjusted basis) | | ( | ) |
| Change in liabilities: Current year | | 40,250 | |
| Prior year | | ( 37,475 ) | 2,775 |
| Subtotal | | | 103,553 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: Nondeductible expenses | | | 2,067 |
| Deductible losses: Ordinary business loss | | 46,329 | |
| Net rental real estate loss | | | |
| Other net rental loss | | | |
| Royalties | | | |
| Net short-term capital loss | | | |
| Net long-term capital loss | | | |
| Net section 1231 loss | | | |
| Other portfolio loss | | | |
| Other losses | | | |
| Section 179 deduction | | | |
| Charitable contributions | | 83 | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Portfolio income deductions | | | |
| Other deductions | | | |
| Foreign taxes | | | |
| Loss on disposition of section 179 assets | | | |
| Depletion | | | 46,412 |
| Other decreases | | | |
| End of year | | | 55,074 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:30 PM

**Partner# 11**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Phillip W Cook**

Taxpayer Identification Number

| | | | |
|---|---|---|---:|
| Beginning of year | | | 19,329 |
| Capital contributions: | Cash | 9,935 | |
| | Property (adjusted basis) | _____ | 9,935 |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 697 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 20,385 | 21,082 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | | ( ) |
| Change in liabilities: | Current year | 27,568 | |
| | Prior year | ( 25,668 ) | 1,900 |
| Subtotal | | | 52,246 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | 1,416 |
| Deductible losses: | Ordinary business loss | 31,733 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | 57 | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | _____ | 31,790 |
| Other decreases | | | |
| End of year | | | 19,040 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

**Partner# 12**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **William P Halliday** | |

| | | | |
|---|---|---|---|
| **Beginning of year** | | | 19,330 |
| Capital contributions: | Cash | 9,935 | |
| | Property (adjusted basis) | | 9,935 |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 697 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 20,385 | 21,082 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | | ( ) |
| Change in liabilities: | Current year | 27,568 | |
| | Prior year | ( 25,668 ) | 1,900 |
| **Subtotal** | | | 52,247 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | 1,415 |
| Deductible losses: | Ordinary business loss | 31,733 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | 57 | |
| | Charitable contributions | | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | | 31,790 |
| Other decreases | | | |
| **End of year** | | | 19,042 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:05 PM

**Partner# 13**

| | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| Schedule **K-1** | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **David A McDonnell** | |

| | | | | |
|---|---|---|---|---|
| **Beginning of year** | | | | 80,370 |
| Capital contributions: | Cash | | | |
| | Property (adjusted basis) | | | |
| Income items: | Ordinary business income | | | |
| | Net rental real estate income | | | |
| | Other net rental income | | | |
| | Interest | | 697 | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain | | | |
| | Net long-term capital gain | | | |
| | Net section 1231 gain | | | |
| | Other portfolio income | | | |
| | Other income | | | |
| | Tax-exempt interest and other tax-exempt income | 20,384 | | 21,081 |
| Excess depletion | | | | |
| Transfer of capital | | | | |
| Gain on disposition of section 179 assets | | | | |
| Other increases | | | | |
| Distributions: | Cash | | | |
| | Property (adjusted basis) | | ( | ) |
| Change in liabilities: | Current year | | 27,568 | |
| | Prior year | ( | 25,668 ) | 1,900 |
| **Subtotal** | | | | 103,351 |
| Distribution in excess of partner basis | | | | |
| Noncapital expenses: | Nondeductible expenses | | | 1,415 |
| Deductible losses: | Ordinary business loss | | 31,733 | |
| | Net rental real estate loss | | | |
| | Other net rental loss | | | |
| | Royalties | | | |
| | Net short-term capital loss | | | |
| | Net long-term capital loss | | | |
| | Net section 1231 loss | | | |
| | Other portfolio loss | | | |
| | Other losses | | | |
| | Section 179 deduction | | | |
| | Charitable contributions | | 57 | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Portfolio income deductions | | | |
| | Other deductions | | | |
| | Foreign taxes | | | |
| | Loss on disposition of section 179 assets | | | |
| | Depletion | | | 31,790 |
| Other decreases | | | | |
| **End of year** | | | | 70,146 |

Client Copy

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

**Partner# 14**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name
**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name
**Larry Moss**

Taxpayer Identification Number

| | | | |
|---|---|---|---|
| Beginning of year | | | 160,741 |
| Capital contributions: | Cash | 19,870 | |
| | Property (adjusted basis) | | 19,870 |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 1,394 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 40,768 | 42,162 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | | ( ) |
| Change in liabilities: | Current year | 55,137 | |
| | Prior year | ( 51,336 ) | 3,801 |
| Subtotal | | | 226,574 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | 2,831 |
| Deductible losses: | Ordinary business loss | 63,464 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | 114 | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | | 63,578 |
| Other decreases | | | |
| End of year | | | 160,165 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

Client Copy

HOL1295 06/21/2023 3:35 PM

**Partner# 15**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Stephen D Moss** | |

| | | | | |
|---|---|---|---|---|
| Beginning of year | | | | 160,737 |
| Capital contributions: | Cash | | 22,435 | |
| | Property (adjusted basis) | | | 22,435 |
| Income items: | Ordinary business income | | | |
| | Net rental real estate income | | | |
| | Other net rental income | | | |
| | Interest | | 1,394 | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain | | | |
| | Net long-term capital gain | | | |
| | Net section 1231 gain | | | |
| | Other portfolio income | | | |
| | Other income | | | |
| | Tax-exempt interest and other tax-exempt income | | 40,768 | 42,162 |
| Excess depletion | | | | |
| Transfer of capital | | | | |
| Gain on disposition of section 179 assets | | | | |
| Other increases | | | | |
| Distributions: | Cash | | | ( ) |
| | Property (adjusted basis) | | | |
| Change in liabilities: | Current year | | 55,137 | |
| | Prior year | ( | 51,336 ) | 3,801 |
| Subtotal | | | | 229,135 |
| Distribution in excess of partner basis | | | | |
| Noncapital expenses: | Nondeductible expenses | | | 2,831 |
| Deductible losses: | Ordinary business loss | | 63,464 | |
| | Net rental real estate loss | | | |
| | Other net rental loss | | | |
| | Royalties | | | |
| | Net short-term capital loss | | | |
| | Net long-term capital loss | | | |
| | Net section 1231 loss | | | |
| | Other portfolio loss | | | |
| | Other losses | | | |
| | Section 179 deduction | | | |
| | Charitable contributions | | 114 | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Portfolio income deductions | | | |
| | Other deductions | | | |
| | Foreign taxes | | | |
| | Loss on disposition of section 179 assets | | | |
| | Depletion | | | 63,578 |
| Other decreases | | | | |
| End of year | | | | 162,726 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:35 PM

**Partner# 16**

| | | | |
|---|---|---|---|
| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | | **2022** |
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | | |

| | |
|---|---|
| Partnership Name | Employer Identification Number |
| **Holiday Ham Holdings, LLC** | [redacted] |
| Partner's Name | Taxpayer Identification Number |
| **Matthew B Moss** | [redacted] |

| | | | |
|---|---|---|---|
| **Beginning of year** | | | 80,375 |
| Capital contributions: | Cash | | |
| | Property (adjusted basis) | _____ | |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 697 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 20,384 | 21,081 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | | ( ) |
| Change in liabilities: | Current year | 27,568 | |
| | Prior year | ( 25,668 ) | 1,900 |
| **Subtotal** | | | 103,356 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | 1,415 |
| Deductible losses: | Ordinary business loss | 31,733 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | 57 | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | _____ | 31,790 |
| Other decreases | | | |
| **End of year** | | | 70,151 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:55 PM

**Partner# 17**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **Michael Hecht** | |

| | | | | |
|---|---|---|---|---|
| Beginning of year | | | | 80,368 |
| | | | | |
| Capital contributions: Cash | | | | |
| | Property (adjusted basis) | | | |
| Income items: | Ordinary business income | | | |
| | Net rental real estate income | | | |
| | Other net rental income | | | |
| | Interest | | 697 | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain | | | |
| | Net long-term capital gain | | | |
| | Net section 1231 gain | | | |
| | Other portfolio income | | | |
| | Other income | | | |
| | Tax-exempt interest and other tax-exempt income | | 20,384 | 21,081 |
| Excess depletion | | | | |
| Transfer of capital | | | | |
| Gain on disposition of section 179 assets | | | | |
| Other increases | | | | |
| Distributions: | Cash | | | |
| | Property (adjusted basis) | | | ( ) |
| Change in liabilities: | Current year | | 27,568 | |
| | Prior year | | (25,668) | 1,900 |
| **Subtotal** | | | | 103,349 |
| | | | | |
| Distribution in excess of partner basis | | | | |
| Noncapital expenses: Nondeductible expenses | | | | 1,415 |
| Deductible losses: | Ordinary business loss | | 31,733 | |
| | Net rental real estate loss | | | |
| | Other net rental loss | | | |
| | Royalties | | | |
| | Net short-term capital loss | | | |
| | Net long-term capital loss | | | |
| | Net section 1231 loss | | | |
| | Other portfolio loss | | | |
| | Other losses | | | |
| | Section 179 deduction | | | |
| | Charitable contributions | | 57 | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Portfolio income deductions | | | |
| | Other deductions | | | |
| | Foreign taxes | | | |
| | Loss on disposition of section 179 assets | | | |
| | Depletion | | | 31,790 |
| Other decreases | | | | |
| **End of year** | | | | 70,144 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:38 PM

**Partner# 18**

| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **William L Hecht** | |

| | | | | |
|---|---|---|---:|---:|
| Beginning of year | | | | 80,372 |
| Capital contributions: | Cash | | | |
| | Property (adjusted basis) | | _____ | |
| Income items: | Ordinary business income | | | |
| | Net rental real estate income | | | |
| | Other net rental income | | | |
| | Interest | | 697 | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain | | | |
| | Net long-term capital gain | | | |
| | Net section 1231 gain | | | |
| | Other portfolio income | | | |
| | Other income | | | |
| | Tax-exempt interest and other tax-exempt income | | 20,384 | 21,081 |
| Excess depletion | | | | |
| Transfer of capital | | | | |
| Gain on disposition of section 179 assets | | | | |
| Other increases | | | | |
| Distributions: | Cash | | | ( ) |
| | Property (adjusted basis) | | | |
| Change in liabilities: | Current year | | 27,568 | |
| | Prior year | | (25,668) | 1,900 |
| **Subtotal** | | | | 103,353 |
| Distribution in excess of partner basis | | | | |
| Noncapital expenses: | Nondeductible expenses | | | 1,415 |
| Deductible losses: | Ordinary business loss | | 31,733 | |
| | Net rental real estate loss | | | |
| | Other net rental loss | | | |
| | Royalties | | | |
| | Net short-term capital loss | | | |
| | Net long-term capital loss | | | |
| | Net section 1231 loss | | | |
| | Other portfolio loss | | | |
| | Other losses | | | |
| | Section 179 deduction | | 57 | |
| | Charitable contributions | | | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Portfolio income deductions | | | |
| | Other deductions | | | |
| | Foreign taxes | | | |
| | Loss on disposition of section 179 assets | | | |
| | Depletion | | _____ | 31,790 |
| Other decreases | | | | |
| **End of year** | | | | 70,148 |

Client Copy

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

**Partner# 19**

| | | |
|---|---|---|
| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2022** |
| | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | |

Partnership Name

**Holiday Ham Holdings, LLC**

Employer Identification Number

Partner's Name

**Patrick A Siano**

Taxpayer Identification Number

| | | | |
|---|---|---|---|
| Beginning of year | | | 80,370 |
| Capital contributions: | Cash | | |
| | Property (adjusted basis) | _____ | |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 697 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 20,384 | 21,081 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | | ( ) |
| Change in liabilities: | Current year | 27,568 | |
| | Prior year | ( 25,668 ) | 1,900 |
| Subtotal | | | 103,351 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: | Nondeductible expenses | | 1,415 |
| Deductible losses: | Ordinary business loss | 31,733 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | 57 | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | _____ | 31,790 |
| Other decreases | | | _____ |
| End of year | | | 70,146 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

HOL1295 06/21/2023 3:56 PM

**Partner# 20**

| | **Partner's Basis Worksheet, Page 1** | | |
|---|---|---|---|
| Schedule **K-1** | For calendar year 2022, or tax year beginning 12/27/21, and ending 12/25/22 | | **2022** |

| Partnership Name | Employer Identification Number |
|---|---|
| **Holiday Ham Holdings, LLC** | |
| Partner's Name | Taxpayer Identification Number |
| **2020 Teixeira Family Trust** | |

| | | | | |
|---|---|---|---|---|
| **Beginning of year** | | | | 143,965 |
| | | | | |
| Capital contributions: | Cash | | | |
| | Property (adjusted basis) | | | |
| Income items: | Ordinary business income | | | |
| | Net rental real estate income | | | |
| | Other net rental income | | | |
| | Interest | | 1,045 | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain | | | |
| | Net long-term capital gain | | | |
| | Net section 1231 gain | | | |
| | Other portfolio income | | | |
| | Other income | | | |
| | Tax-exempt interest and other tax-exempt income | | 30,576 | 31,621 |
| Excess depletion | | | | |
| Transfer of capital | | | | |
| Gain on disposition of section 179 assets | | | | |
| Other increases | | | | |
| Distributions: | Cash | | | |
| | Property (adjusted basis) | | | ( ) |
| Change in liabilities: | Current year | | 41,353 | |
| | Prior year | | (38,502) | 2,851 |
| **Subtotal** | | | | 178,437 |
| | | | | |
| Distribution in excess of partner basis | | | | |
| Noncapital expenses: | Nondeductible expenses | | | 2,124 |
| Deductible losses: | Ordinary business loss | | 47,598 | |
| | Net rental real estate loss | | | |
| | Other net rental loss | | | |
| | Royalties | | | |
| | Net short-term capital loss | | | |
| | Net long-term capital loss | | | |
| | Net section 1231 loss | | | |
| | Other portfolio loss | | | |
| | Other losses | | | |
| | Section 179 deduction | | | |
| | Charitable contributions | | 85 | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Portfolio income deductions | | | |
| | Other deductions | | | |
| | Foreign taxes | | | |
| | Loss on disposition of section 179 assets | | | 47,683 |
| | Depletion | | | |
| Other decreases | | | | |
| **End of year** | | | | 128,630 |

Client Copy

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

Patrick Accounting and Tax Services PLLC
5570 Murray Avenue
Memphis , TN  38119


**Holiday Ham Holdings, LLC**
**7700 Poplar Ave, Suite 200**
**Germantown,  TN   38138**