# Holiday Erin, LLC

## Profit and Loss Thru P7 YTD

December 26, 2022 - July 9, 2023

| | TOTAL |
|---|---|
| Sales | |
| 4010 Food Sales | 276,258.79 |
| 4014 Catering Sales | 103,891.28 |
| 4015 Beverage Sales | 23,818.15 |
| 4016 Delivery Fee Income | 10,997.32 |
| 4070 Retail Sales | 74,773.85 |
| 4100 Discounts | -17,355.77 |
| **Total Sales** | **$472,383.62** |
| Cost of Goods Sold | |
| 5010 Food Purchases | 164,795.14 |
| 5015 Beverage Purchases | 9,675.92 |
| 5016 Delivery Fee | 480.58 |
| 5020 Liquor Purchases | 0.00 |
| 5025 Beer Purchases | 0.00 |
| 5030 Wine Purchases | 0.00 |
| 5031 Labor Cost | |
| 5065 Salaries and Wages - Crew | 116,049.50 |
| 5066 Salaries and Wages - Managers | 59,075.46 |
| 5067 Salaries and Wages - Operations | 2,692.30 |
| 5068 Payroll Taxes - Direct | 15,466.82 |
| **Total 5031 Labor Cost** | **193,284.08** |
| 5035 Contract Labor | 896.13 |
| 5050 Cash Over/Short | 3,459.01 |
| 5060 Restaurant Supplies | 370.14 |
| 5061 Smallwares | 266.72 |
| 5077 Paper Supplies | 12,720.71 |
| 5078 Cleaning Supplies | 7,514.23 |
| 5340 Merchant Fees | 32,299.62 |
| 6150 Employee Medical Expense | 4,522.98 |
| **Total Cost of Goods Sold** | **$430,285.26** |
| GROSS PROFIT | **$42,098.36** |
| Expenses | |
| 6100 Office Supplies | 741.26 |
| 6120 Postage and Supplies | 1,762.76 |
| 6130 Bank Service Charges | 1,423.78 |
| 6190 In Store Entertainment | 464.32 |
| 6200 Rent | 97,614.44 |
| 6201 CAM Expense | 1,009.00 |
| 6210 Equipment Rental | 1,208.46 |
| 6215 Salaries and Wages - Marketing | 4,038.48 |
| 6260 Utilities | 19,564.53 |
| 6265 Pest Control | 1,671.00 |
| 6270 Security | 336.39 |
| 6281 Computer and Internet Expense | 5,224.19 |

# Holiday Erin, LLC

## Profit and Loss Thru P7 YTD

### December 26, 2022 - July 9, 2023

| | TOTAL |
|---|---:|
| 6299 Telephone | 5,326.14 |
| 6300 Repairs and Maintenance | 1,333.23 |
| 6340 Advertising and Marketing | 2,336.31 |
| 6350 Insurance | 6,374.40 |
| 6362 Worker's Comp | 2,205.25 |
| 6400 Property Taxes | 768.12 |
| 6480 Licenses & Permits | 3,137.19 |
| 6520 Auto Expense | 982.22 |
| 6640 Legal and Accounting | 15,705.09 |
| 6650 Professional Fees | 198.89 |
| 6660 Office Expense | 50.00 |
| 6800 Dues & Subscriptions | 2,514.91 |
| 6980 Management Fees | 28,343.03 |
| **Total Expenses** | **$204,333.39** |
| NET OPERATING INCOME | **$ -162,235.03** |
| Other Income | |
| 7030 Other Income | 10,125.66 |
| **Total Other Income** | **$10,125.66** |
| Other Expenses | |
| 8500 Interest Expense | 29,638.32 |
| 8510 Fines & Penalties | 2,397.04 |
| 8685 TN F&E | 288.17 |
| **Total Other Expenses** | **$32,323.53** |
| NET OTHER INCOME | **$ -22,197.87** |
| NET INCOME | **$ -184,432.90** |