# Holiday Ham Holdings, LLC

## Balance Sheet
As of July 7, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|  Current Assets | |
|  Bank Accounts | |
|   1002 Operating Accounts | 0.00 |
|    1004 Regions Operating Account 5793 - Checking | -63,052.76 |
|    1005 Cash in Bank - Erin | 0.00 |
|    1006 Cash in Bank - Midtown | 0.00 |
|    1007 Cash in Bank - Germantown | 0.00 |
|    1008 Cash in Bank - Crown | 0.00 |
|    1009 Cash in Bank - Houston Levee | 0.00 |
|    1010 Cash in Bank - UT Medical | 0.00 |
|    1011 Cash in Bank - Restaurant | 0.00 |
|    1012 Cash-Franchise (Fresh) | 0.00 |
|    1014 Cash in Bank - Florence | 0.00 |
|    1015 Regions MM (Fresh) | 107.75 |
|    1017 First Bank MMA | -9.08 |
|    1018 First Bank PPP (4226) | 0.00 |
| **  Total 1002 Operating Accounts** | **-62,954.09** |
|   1020 Deposit Clearing - CC | 252,067.65 |
|   1025 Deposit Clearing - Cash | 40,436.49 |
|   1030 Commissary Clearing | 0.00 |
|   1050 Petty Cash | 0.00 |
|    1055 Petty Cash - Erin | 500.00 |
|    1056 Petty Cash - Midtown | 500.00 |
|    1057 Petty Cash - Germantown | 500.00 |
|    1058 Petty Cash - Crown Centre | 1,500.00 |
|    1059 Petty Cash - Houston Levee | 500.00 |
|    1060 Petty Cash - UT Medical | 0.00 |
| **  Total 1050 Petty Cash** | **3,500.00** |
|   1072 Bill.com Money Out Clearing | 0.00 |
|   1165 Deposit Clearing - 3rd Party | |
|    1166 Uber Eats (Florence) | 0.00 |
|    1167 Uber Eats (Erin) | 2,380.72 |
|    1168 Uber Eats (Germantown) | 1,452.76 |
|    1169 Uber Eats (Midtown) | 5,092.13 |
|    1170 Uber Eats (Crown Centre) | 11,639.58 |
|    1171 Uber Eats ( Houston Levee) | 0.00 |
|    1173 EZ Cater | |
|     1174 EZ Cater (Erin) | 2,567.53 |
|     1175 EZ Cater (Germantown) | 2,984.02 |
|     1176 EZ Cater (Midtown) | 1,521.26 |
|     1177 EZ Cater (Crown Centre) | 6,600.12 |
|     1178 EZ Cater (Houston Levee) | 0.00 |
|     1180 EZ Cater (Florence) | 0.00 |

# Holiday Ham Holdings, LLC

Balance Sheet

As of July 7, 2023

|  | TOTAL |
|---|---:|
| **Total 1173 EZ Cater** | 13,672.93 |
| 1181 Door Dash (Erin) | 3,866.90 |
| 1182 Door Dash (Germantown) | 0.00 |
| 1183 Door Dash (Midtown) | 4,368.81 |
| 1184 Door Dash (Crown Centre) | 9,032.05 |
| 1185 Door Dash (Houston Levee) | 0.00 |
| 1190 GrubHub (Erin) | 2,443.49 |
| 1191 GrubHub (Germantown) | 0.00 |
| 1192 GrubHub (Midtown) | 1,179.41 |
| 1194 GrubHub (Crown Centre) | 3,682.62 |
| 1195 GrubHub (Houston Levee) | 0.00 |
| 1196 GrubHub (Florence) | 0.00 |
| **Total 1165 Deposit Clearing - 3rd Party** | 58,811.40 |
| **Total Bank Accounts** | **$291,861.45** |
| Accounts Receivable |  |
| 1100 Accounts Receivable | 49,054.30 |
| 1120 House Account QSR | 0.00 |
| **Total Accounts Receivable** | **$49,054.30** |
| Other Current Assets |  |
| 1101 ERC Receivable | 0.00 |
| 1126 Unclosed Tickets | 0.00 |
| 1130 Undeposited Funds | 4,674.45 |
| 1149 Intercompany | 0.00 |
| 1150 Due to/from Belle Meade | -113,369.72 |
| **Total 1149 Intercompany** | **-113,369.72** |
| 1158 AR Charge House Account (Florence) | 0.00 |
| 1159 AR Charge House Account (UT Medical) | 0.00 |
| 1160 AR Charge House Accounts (Erin) | 18,737.94 |
| 1161 AR Charge House Account - (Germantown) | 14,057.05 |
| 1162 AR Charge House Account (Midtown) | 13,977.72 |
| 1163 AR Charge House Account (Crown Center) | 6,996.75 |
| 1164 AR Charge House Account (Houston Levee) | 41,592.36 |
| 1250 Employee Advances | 17,111.23 |
| 1255 Prepaid Expenses | 0.00 |
| 1300 Inventory | 0.00 |
| 1310 Food Inventory | 64,387.43 |
| 1315 Beverage Inventory | 6,753.54 |
| 1320 Liquor Inventory | 385.42 |
| 1325 Beer Inventory | 1,111.09 |
| 1330 Wine Inventory | 562.50 |
| 1360 Supply Inventory | 23,443.24 |
| **Total 1300 Inventory** | **96,643.22** |
| Uncategorized Asset | 0.00 |

# Holiday Ham Holdings, LLC

Balance Sheet

As of July 7, 2023

|  | TOTAL |
|---|---:|
| **Total Other Current Assets** | $100,421.00 |
| **Total Current Assets** | $441,336.75 |
| Fixed Assets | |
| 1410 Land | 1,309.91 |
| 1420 Leasehold Improvements | 2,811,205.61 |
| 1425 Furniture and Fixtures | 290,421.57 |
| 1435 Computer Equipment | 120,382.89 |
| 1440 Restaurant Equipment | 612,193.96 |
| 1455 Work in Progress | 21,310.50 |
| 1480 Vehicles | 18,482.00 |
| 1500 Accumulated Depreciation | -2,804,387.42 |
| **Total Fixed Assets** | **$1,070,919.02** |
| Other Assets | |
| 1505 Investment in Stores | |
| 1510 Investments | 0.00 |
| 1515 Investment in Midtown | 0.00 |
| 1520 Investment in Erin | 0.00 |
| 1525 Investment in Hacks Holiday | 0.00 |
| 1530 Investment in Pimentos | 0.00 |
| 1535 Investment in Pimentos Franchisor | 0.00 |
| **Total 1505 Investment in Stores** | **0.00** |
| 1840 Start Up Costs | 118,399.64 |
| 1841 Organizational Costs | 5,312.50 |
| 1845 Syndication Costs | 25,000.00 |
| 1850 Goodwill | 4,725,232.00 |
| 1860 Security Deposits | 55,512.24 |
| 1870 Accumulated Amortization | -2,219,284.97 |
| **Total Other Assets** | **$2,710,171.41** |
| **TOTAL ASSETS** | **$4,222,427.18** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 585,998.00 |
| **Total Accounts Payable** | **$585,998.00** |
| Credit Cards | |
| 2116 American Express | 6,115.07 |
| 2315 Capital One | 7,895.48 |
| **Total Credit Cards** | **$14,010.55** |
| Other Current Liabilities | |
| 2025 Tips Payable | 21,886.12 |
| 2105 Payroll Tax Payable | 0.00 |

# Holiday Ham Holdings, LLC

Balance Sheet

As of July 7, 2023

|  | TOTAL |
|---|---:|
| 2200 Payroll Clearing | 56,978.67 |
| 2205 Garnishment Payable | 97.62 |
| 2215 Health Insurance Payable | 3,204.34 |
| 2233 State Income Tax Payable | 0.00 |
| 2250 Gift Card Liability | 1,566.59 |
| 2300 Deferred Revenue | 0.00 |
| 2330 Accrued Expenses | 0.00 |
| 2335 Accrued Rent | -79,901.78 |
| 2340 Accrued Payroll | 0.00 |
| 2355 Liquor Tax Payable | 914.94 |
| 2360 Sales Tax Payable | 62,135.90 |
| 2500 Notes Payable | |
|   2501 NP - Blue Vine | 0.00 |
|   2504 NP - First Bank PPP1 | 0.00 |
|   2505 NP - First Bank PPP2 | 0.00 |
|   2506 NP - Toast Capital -  Florence | 77,222.23 |
|   2507 NP - Toast Capital - Germantown | 135.95 |
|   2508 NP - Toast Capital - Erin | 86,419.31 |
| **Total 2500 Notes Payable** | **163,777.49** |
| tax | 0.00 |
| **Total Other Current Liabilities** | **$230,659.89** |
| **Total Current Liabilities** | **$830,668.44** |
| Long-Term Liabilities | |
|   2525 Capital Leases | |
|     2526 CL - Vend Lease HL 001 | 0.00 |
|     2527 CL - Vend Lease HL 002 | 0.00 |
|     2528 CL - Vend Lease Florence 001 | 54,494.08 |
|     2529 CL - Vend Lease Florence 002 | 10,336.48 |
|     2530 CL - Vend Lease Florence 003 | 4,964.85 |
|     2531 CL - Vend Lease Florence 004 | 11,260.09 |
|     2532 CL - Vend Lease HHH 001 | 20,780.43 |
| **Total 2525 Capital Leases** | **101,835.93** |
|   2550 Loans from Partners | |
|     2551 NP - T. Jordan | 320,052.01 |
|     2552 NP - A. Jordan | 250,000.00 |
|     2553 NP - Teixeira | 275,000.00 |
|     2554 NP - P. Stephens | 65,000.00 |
|     2555 NP - D. McDonnell | 67,132.00 |
|     2556 NP - M. Hecht | 9,975.00 |
|     2557 NP - P. Siano | 69,975.00 |
|     2558 NP - S. Moss | 34,264.00 |
|     2559 NP - W. Hecht | 9,975.00 |
|     2560 NP - Unknown | 0.00 |

# Holiday Ham Holdings, LLC

Balance Sheet

As of July 7, 2023

| | TOTAL |
|---|---:|
| 2561 NP - D. Edwards | 0.00 |
| 2562 NP - P. Cook | 6,339.00 |
| 2563 NP - R. Hussey | 0.00 |
| 2564 NP - L. Moss | 12,677.00 |
| 2565 NP - W. Halliday | 6,339.00 |
| 2566 NP - S. Moss 2022 | 0.00 |
| 2567 NP - M. Wharton | 27,678.00 |
| 2568 NP - AMK Investments | 9,229.00 |
| 2569 NP - Pitt Co Capital Investors | 59,064.00 |
| 2570 NP - Edwin M Jones Oil Co | 59,064.00 |
| **Total 2550 Loans from Partners** | **1,281,763.01** |
| 2600 LT Notes Payable | |
|   2601 LTNP - Simmons 7169 (HL) | 113,691.46 |
|   2602 LTNP - Pinnacle 0271 | 618,324.35 |
|   2603 NP - First Bank 1142 | 79,793.17 |
|   2604 NP - First Bank 6513 | 21,520.33 |
|   2605 NP - SBA EIDL 7806 (HHH) | 496,976.00 |
|   2606 NP - SBA EIDL 8207 (G) | 148,438.00 |
|   2607 NP - SBA EIDL 8203 (M) | 148,438.00 |
| **Total 2600 LT Notes Payable** | **1,627,181.31** |
| 2800 Sales Tax Payment Plan Payable | 178,058.75 |
| **Total Long-Term Liabilities** | **$3,188,839.00** |
| **Total Liabilities** | **$4,019,507.44** |
| Equity | |
|  3000 Member's Equity | |
|   3010 Member Equity - T. Jordan | -247,775.08 |
|   3015 Member Equity - C. Jordan | 36,450.00 |
|   3020 Member Equity - J. Smith | 36,440.00 |
|   3025 Member Equity - Pittco Capital Partners | 228,120.00 |
|   3030 Member Equity - Enterprise Inv. Partners | 135,542.00 |
|   3035 Member Equity - Edwin M Jones Oil Co | 228,115.00 |
|   3040 Member Equity - M. Wharton | 97,735.00 |
|   3045 Member Equity - R. Hussey | 7,191.00 |
|   3050 Member Equity - P. Stephens | -12,678.00 |
|   3055 Member Equity - AMK Investments | 32,525.00 |
|   3060 Member Equity - P. Cook | 3,596.00 |
|   3065 Member Equity - W. Halliday | 3,597.00 |
|   3070 Member Equity - D. McDonnell | 54,702.00 |
|   3075 Member Equity - L. Moss | 129,275.00 |
|   3080 Member Equity - S. Moss | 131,836.00 |
|   3085 Member Equity - M. Moss | 54,707.00 |
|   3090 Member Equity - M. Hecht | 54,700.00 |
|   3095 Member Equity - W. Hecht | 54,704.00 |

# Holiday Ham Holdings, LLC

Balance Sheet

As of July 7, 2023

|  | TOTAL |
|---|---:|
| 3100 Member Equity - P. Siano | 54,702.00 |
| 3105 Member Equity - Teixeira Family Trust | 105,463.00 |
| **Total 3000 Member's Equity** | **1,188,946.92** |
| 3800 Retained Earnings -Holding | 0.00 |
| Members' Capital | 0.00 |
| Members' capital New INvestors (Fresh) | 0.00 |
| Members' Capital- Store Level Contributions | 0.00 |
| Paid In Capital | 0.00 |
| Retained Earnings | -912,819.36 |
| trash | 0.00 |
| Net Income | -73,207.82 |
| **Total Equity** | **$202,919.74** |
| **TOTAL LIABILITIES AND EQUITY** | **$4,222,427.18** |