UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:     HOLIDAY HAM HOLDINGS, LLC,     Case No. 23-23313
Chapter 11

Debtor.

_____

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
_____

PLEASE TAKE NOTICE that Attorney Malcolm B. Futhey III represents Creditors Jane Doe 1 (a minor child), John Doe (the father), and Jane Doe 2 (the mother) (collectively, the "Doe Creditors"), regarding tort claims arising from the sexual assault and rape of Jane Doe 1 at Pimento's Restaurant on or about June 14, 2022.  The Doe Creditors are parties in interest in the above-referenced case.

The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be sent to the following:

Malcolm B. Futhey III
**FUTHEY LAW FIRM PLC**
1440 Poplar Avenue
Memphis, TN 38104
(901) 725-7525
(901) 726-3506 (fax)
malcolm@futheylawfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing constitutes only a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court; a waiver of other defenses; or a waiver of the right to a jury trial.

Dated: <u>August 29, 2023</u>

FUTHEY LAW FIRM PLC

<u>/s/Malcolm B. Futhey III</u>
Malcolm B. Futhey III (024432)
1440 Poplar Avenue
Memphis, TN 38104
(901) 725-7525
(901) 726-3506 (facsimile)
<malcolm@futheylawfirm.com>

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing was served on the United States Trustee, and counsel for the Debtor this 29th day of August 2023.

<u>/s/Malcolm B. Futhey III</u>