# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.   23−23313   mrh |
| | Chapter   11 |
| | |
| | Adversary No. |
| Holiday Ham Holdings, LLC | |
| Debtor(s). | |

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE
### (APPLICABLE TO CHAPTER 7, 11, AND 12)

92 – Motion for Relief from Stay in RE: the Doe Plaintiffs' circuit court and EEOC claims regarding the rape and sexual assault of the minor, Jane Doe 1 Filing Fee Due $188 Filed by Malcolm Brown Futhey III on behalf of John Doe, Jane Doe 1, Jane Doe 2 (Attachments: # 1 Exhibit 1 Circuit Court Complaint # 2 Exhibit 2 EEOC Acknowledgment and Charge # 3 Exhibit 3 Order in Insurance Declaratory Action) (Futhey, Malcolm) on August 29, 2023 .

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **September 13, 2023 at 11:45 AM , 200 Jefferson Ave, Room 680, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by September 11, 2023**

   At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

   **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Lisa H. Haney**
**CLERK OF COURT**

BY:  Jenifer Joiner
_____
   **Deputy Clerk**
**DATE:   August 30, 2023**

[combrelcco30]Order/Notice combined Rel 11−03