**Dated: September 28, 2023**
**The following is ORDERED:**



_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| In re:  **HOLIDAY HAM HOLDINGS, LLC,** | Case No. 23-23313 |
| Debtor. | Chapter 11 |

### CONSENT ORDER GRANTING CREDITORS JANE DOE 1, JOHN DOE, AND JANE DOE 2'S MOTION TO LIFT THE AUTOMATIC STAY

Before the Court is Creditors Jane Doe 1, John Doe, and Jane Doe 2's (collectively, the "Doe Plaintiffs") Motion for Clarification that an Automatic Stay Does not Apply or, alternatively, to Lift the Automatic Stay pursuant to 11 U.S.C. § 362(d). (ECF No. 92). Before Debtor filed this bankruptcy action, the Doe Plaintiffs had filed claims based on minor Jane Doe 1's allegations that she was raped and sexually assaulted by a manager at the restaurant owned by an affiliate of Debtor. The Doe Plaintiffs' pending actions are *Doe v. Holiday Crown Centre, LLC*, No. CT-3648-22 (Shelby County Circuit Court 2022) (ECF No. 92-1), as well as discrimination claims with the EEOC (ECF No. 92-2). A hearing on the Doe Plaintiffs' motion was set for September 13, 2023 (ECF No. 93). Debtor announced at the hearing that it does not object to the request to lift the automatic stay. Based on the Doe Plaintiffs' motion, the statements of counsel, and the entire record, the Court **GRANTS** the Doe Plaintiffs' unopposed

motion to lift the automatic stay and **LIFTS** the automatic stay to allow the Doe Plaintiffs to pursue their claims and collect on their claims only to the extent covered by insurance.

Consented to:

/s/Toni Campbell Parker
Toni Campbell Parker (TN 6984)
615 Oakleaf Office Lane, Suite 201
P.O. Box 240666
Memphis, Tennessee 38117
(901) 683-0099
(866) 489-7938 (fax)
Tparker002@att.net
Attorney for Debtor

s/Malcolm B. Futhey III
FUTHEY LAW FIRM PLC
1440 Poplar Avenue
Memphis, Tennessee 38104
901-725-7525
901-726-3506 (facsimile)
malcolm@futheylawfirm.com
Counsel for the Doe Plaintiffs

CC:   Debtor/Defendant
      Attorney for Debtor
      Attorney for Creditor/Plaintiff
      Creditor Plaintiff
      Chapter 7 Trustee