# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 23-23313** |
| **HOLIDAY HAM HOLDINGS, LLC,** ) | **Chapter 11** |
| ) | **Judge M. Ruthie Hagan** |
| Debtor. ) | |

## MOTION TO APPEAR TELEPHONICALLY OR BY WAY OF VIDEO CONFERENCE

Comes Matthew R. Murphy, attorney for Pinnacle Bank (hereinafter "Movant" or the "Bank"), and respectfully requests that the Court allow him to appear telephonically or by way of video conference for the Expedited Motion to Sell Property Fee and Clear of Liens Under Section 363(f) ("Motion to Sell") and the Final Hearing on Motion to Prohibit Use of Cash Collateral set for October 18, 2023, at 11:00 a.m.

In support of this Motion, the Movant would state as follows:

1. The attorney for the Movant, Matthew R. Murphy ("Counsel"), practices in Nashville, Tennessee, approximately 215 miles east of Memphis.

2. At this time, Pinnacle Bank has only limited objections to the Motion to Sell which have already been informally addressed with Debtor but still supports the Motion, and it would be useful to be available, if needed by the Court, for Counsel to address any questions the Court may have regarding the Bank's position on the Motion.

3. The Parties intend to continue the Final Hearing on Motion to Prohibit Use of Cash Collateral and will instead submit another Interim Agreed Order for use of Cash Collateral.

4. The best interests of both the Movant and the Debtor would be served by allowing counsel to appear telephonically or by way of video conference which would help reduce the cost of attorney fees which would be included as part of the secured claim of the Bank.

**WHEREFORE**, Movant requests that the Court enter an Order allowing Matthew R. Murphy, attorney for Pinnacle Bank, to appear telephonically or by way of video conference for the hearing on the Motion to Sell and the Final Hearing on Motion to Prohibit Use of Cash Collateral.

Respectfully submitted,

*/s/ Matthew R. Murphy*
Matthew R. Murphy (#24627)
**Smythe Huff & Murphy, PC**
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com
*Attorneys for Pinnacle Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was electronically filed with the Court, served via CM/ECF Electronic Mail on the Debtors' Attorney, the U.S. Trustee, the Subchapter V Trustee, on October 11, 2023.

*/s/ Matthew R. Murphy*
Matthew R. Murphy