# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Holiday Ham Holdings, LLC

Debtor

Case No. 23–23313
Chapter 11

## NOTICE OF DEFICIENT CLAIM

**PLEASE TAKE NOTICE that a deficient claim has been submitted for filing in this case.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing which is available for viewing at www.tnwb.uscourts.gov.**

| | DEFICIENCIES REGARDING CLAIMS |
|---|---|
| ☑ | The debtor's name and/or case number on the tendered proof of claim is either missing or does not match case information in CM/ECF. |
| ☐ | The proof of claim is filed in an incorrect case. |
| ☐ | The tendered claim does not reflect an amount. |
| ☑ | The tendered claim has not been signed by the filing party. |
| ☐ | The PDF of the tendered claim is either illegible or can not be opened for review. |
| ☐ | Case closed on |
| ☐ | Filing party is requested to file an Amended claim using the newly formatted and renumbered form. The official form can be found on the court website at: www.tnwb.uscourts.gov/TNW/ProofsOfClaim.aspx |
| ☐ | Other |

DATE OF ISSUANCE
October 17, 2023

Lisa H. Haney
Clerk of the Bankruptcy Court

By: Angela Sidney

Deputy Clerk

[ntcdef] [Notification of Defective Claim]