**Fill in this information to identify the case:**

Debtor 1: Holiday Ham Holdings, LLC

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Tennessee

Case number: 23-23313

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1: Identify the Claim

1. **Who is the current creditor?**
   Kroger Limited Partnership I
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Thomas H. Forrester
   Name
   150 Third Avenue South, Suite 1700
   Number      Street
   Nashville        TN        37201
   City             State     ZIP Code

   Contact phone  615-244-4994
   Contact email  tforrester@gsrm.com

   Where should payments to the creditor be sent? (if different)
   Name _____
   Number      Street _____
   City             State     ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___
                                                                        MM   DD   YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                                Proof of Claim                                page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**    $_____1,453,522.13_____ plus attorney's fees and other costs allowed under Tenant's Lease and Debtor's Guaranty.

Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Guaranty of obligations under commercial lease

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____1,453,522.13

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/17/2023
                  MM / DD / YYYY

/s/ Thomas Forrester
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Thomas                H.              Forrester
            First name            Middle name     Last name

Title       Member

Company     Gullett, Sanford, Robinson & Martin, PLLC
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     150 Third Avenue South, Suite 1700
            Number      Street
            Nashville                          TN        37201
            City                               State     ZIP Code

Contact phone  615-244-4994               Email   tforrester@gsrm.com

9/28/2023 2:28 PM

# Lease Ledger

Date: 09/27/2023
Property: greatoak
Tenant: t0010195 Holiday Deli & Ham Co.
From Date: 07/18/2022  To Date: 04/28/2023
Move In Date: 07/18/2022  Move Out Date: 07/28/2023

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 12/14/2021 | Chk# 11479 | | 0.00 | 9,911.46 | -9,911.46 | R-145313 | |
| 2/1/2022 | Security Deposit | | 9,911.46 | 0.00 | 0.00 | C-318924 | No |
| 8/1/2022 | Monthly CAM Contribution (08/2022) | 1 | 720.83 | 0.00 | 720.83 | C-322800 | No |
| 8/1/2022 | Monthly Insurance Contribution (08/2022) | 1 | 90.10 | 0.00 | 810.93 | C-322801 | No |
| 8/1/2022 | Monthly Tax Contribution (08/2022) | 1 | 1,301.10 | 0.00 | 2,112.03 | C-322802 | No |
| 9/1/2022 | Monthly CAM Contribution (09/2022) | 1 | 720.83 | 0.00 | 2,832.86 | C-327111 | No |
| 9/1/2022 | Monthly Insurance Contribution (09/2022) | 1 | 90.10 | 0.00 | 2,922.96 | C-327112 | No |
| 9/1/2022 | Monthly Tax Contribution (09/2022) | 1 | 1,301.10 | 0.00 | 4,224.06 | C-327113 | No |
| 10/1/2022 | Monthly CAM Contribution (10/2022) | 1 | 720.83 | 0.00 | 4,944.89 | C-331325 | No |
| 10/1/2022 | Monthly Insurance Contribution (10/2022) | 1 | 90.10 | 0.00 | 5,034.99 | C-331326 | No |
| 10/1/2022 | Monthly Tax Contribution (10/2022) | 1 | 1,301.10 | 0.00 | 6,336.09 | C-331327 | No |
| 10/10/2022 | Monthly CAM Contribution (07/2022) prorated 14 days | | 325.50 | 0.00 | 6,661.59 | C-331384 | No |
| 10/10/2022 | Monthly Insurance Contribution (07/2022) prorated 14 days | | 40.74 | 0.00 | 6,702.33 | C-331385 | No |
| 10/10/2022 | Monthly Tax Contribution (07/2022) prorated 14 days | | 587.58 | 0.00 | 7,289.91 | C-331386 | No |
| 10/10/2022 | Late Fee (07/2022) | | 95.38 | 0.00 | 7,385.29 | C-331387 | No |
| 10/10/2022 | Late Fee (08/2022) | | 211.20 | 0.00 | 7,596.49 | C-331388 | No |
| 10/10/2022 | Late Fee (09/2022) | | 211.20 | 0.00 | 7,807.69 | C-331389 | No |
| 10/10/2022 | Late Fee (10/2022) | | 211.20 | 0.00 | 8,018.89 | C-331390 | No |
| 11/1/2022 | Monthly CAM Contribution (11/2022) | 1 | 720.83 | 0.00 | 8,739.72 | C-333373 | No |
| 11/1/2022 | Monthly Insurance Contribution (11/2022) | 1 | 90.10 | 0.00 | 8,829.82 | C-333374 | No |
| 11/1/2022 | Base Rent (11/2022) | 1 | 4,955.73 | 0.00 | 13,785.55 | C-333375 | No |
| 11/1/2022 | Monthly Tax Contribution (11/2022) | 1 | 1,301.10 | 0.00 | 15,086.65 | C-333376 | No |
| 11/7/2022 | Chk# 11925 | | 0.00 | 6,366.09 | 8,720.56 | R-166445 | |
| 12/1/2022 | Monthly CAM Contribution (12/2022) | 1 | 720.83 | 0.00 | 9,441.39 | C-339801 | No |
| 12/1/2022 | Monthly Insurance Contribution (12/2022) | 1 | 90.10 | 0.00 | 9,531.49 | C-339802 | No |
| 12/1/2022 | Base Rent (12/2022) | 1 | 9,911.46 | 0.00 | 19,442.95 | C-339803 | No |
| 12/1/2022 | Monthly Tax Contribution (12/2022) | 1 | 1,301.10 | 0.00 | 20,744.05 | C-339804 | No |
| 12/30/2022 | Late Fee 11/2022 | | 872.05 | 0.00 | 21,616.10 | C-344267 | No |
| 12/30/2022 | Late Fee 12/2022 | | 1,202.34 | 0.00 | 22,818.44 | C-344268 | No |
| 12/31/2022 | 7/2022-11/2022 electric invoices | | 805.00 | 0.00 | 23,623.44 | C-344269 | No |
| 1/1/2023 | Monthly CAM Contribution (01/2023) | 1 | 720.83 | 0.00 | 24,344.27 | C-344238 | No |
| 1/1/2023 | Monthly Insurance Contribution (01/2023) | 1 | 90.10 | 0.00 | 24,434.37 | C-344239 | No |
| 1/1/2023 | Base Rent (01/2023) | 1 | 9,911.46 | 0.00 | 34,345.83 | C-344240 | No |
| 1/1/2023 | Monthly Tax Contribution (01/2023) | 1 | 1,301.10 | 0.00 | 35,646.93 | C-344241 | No |
| 2/1/2023 | Monthly CAM Contribution (02/2023) | 1 | 720.83 | 0.00 | 36,367.76 | C-346490 | No |
| 2/1/2023 | Monthly Insurance Contribution (02/2023) | 1 | 90.10 | 0.00 | 36,457.86 | C-346491 | No |
| 2/1/2023 | Base Rent (02/2023) | 1 | 9,911.46 | 0.00 | 46,369.32 | C-346492 | No |
| 2/1/2023 | Monthly Tax Contribution (02/2023) | 1 | 1,301.10 | 0.00 | 47,670.42 | C-346493 | No |
| 2/5/2023 | Legal Fees thru 1/31/2023 Lease default | | 1,363.00 | 0.00 | 49,033.42 | C-348897 | No |
| 3/1/2023 | Monthly CAM Contribution (03/2023) | 1 | 720.83 | 0.00 | 49,754.25 | C-351240 | No |
| 3/1/2023 | Monthly Insurance Contribution (03/2023) | 1 | 90.10 | 0.00 | 49,844.35 | C-351241 | No |
| 3/1/2023 | Base Rent (03/2023) | 1 | 9,911.46 | 0.00 | 59,755.81 | C-351242 | No |
| 3/1/2023 | Monthly Tax Contribution (03/2023) | 1 | 1,301.10 | 0.00 | 61,056.91 | C-351243 | No |
| 3/9/2023 | Legal Fees | | 2,582.00 | 0.00 | 63,638.91 | C-354098 | No |
| 3/10/2023 | 2022 Annual CAM Reconciliation | | 1,401.86 | 0.00 | 65,040.77 | C-354190 | No |
| 3/10/2023 | 2022 Annual Tax Reconciliation | | 121.88 | 0.00 | 65,162.65 | C-354191 | No |
| 3/10/2023 | 2022 Annual Insurance Reconciliation | | 322.13 | 0.00 | 65,484.78 | C-354192 | No |
| 4/1/2023 | Monthly CAM Contribution (04/2023) | 1 | 720.83 | 0.00 | 66,205.61 | C-358594 | No |
| 4/1/2023 | Monthly Insurance Contribution (04/2023) | 1 | 90.10 | 0.00 | 66,295.71 | C-358595 | No |

Page 1 of 2

9/28/2023 2:28 PM

# Lease Ledger

Date: 09/27/2023
Property: greatoak
Tenant: t0010195 Holiday Deli & Ham Co.
From Date: 07/18/2022  To Date: 04/28/2023
Move In Date: 07/18/2022  Move Out Date: 07/28/2023

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 4/1/2023 | Base Rent (04/2023) | 1 | 9,911.46 | 0.00 | 76,207.17 | C-358596 | No |
| 4/1/2023 | Monthly Tax Contribution (04/2023) | 1 | 1,301.10 | 0.00 | 77,508.27 | C-358597 | No |
| 5/1/2023 | Monthly CAM Contribution (05/2023) :Reversed by Charge Ctrl# 363622 | | 720.83 | 0.00 | 78,229.10 | C-363109 | No |
| 5/1/2023 | Monthly Insurance Contribution (05/2023) :Reversed by Charge Ctrl# 363623 | | 90.10 | 0.00 | 78,319.20 | C-363110 | No |
| 5/1/2023 | Base Rent (05/2023) :Reversed by Charge Ctrl# 363624 | | 9,911.46 | 0.00 | 88,230.66 | C-363111 | No |
| 5/1/2023 | Monthly Tax Contribution (05/2023) :Reversed by Charge Ctrl# 363625 | | 1,301.10 | 0.00 | 89,531.76 | C-363112 | No |
| 5/3/2023 | :Reverse Charge Ctrl#363109<br>Tenants lease terminated thru Kroger legal | | -720.83 | 0.00 | 88,810.93 | C-363622 | Yes |
| 5/3/2023 | :Reverse Charge Ctrl#363110<br>Tenants lease terminated thru Kroger legal | | -90.10 | 0.00 | 88,720.83 | C-363623 | Yes |
| 5/3/2023 | :Reverse Charge Ctrl#363111<br>Tenants lease terminated thru Kroger legal | | -9,911.46 | 0.00 | 78,809.37 | C-363624 | Yes |
| 5/3/2023 | :Reverse Charge Ctrl#363112<br>Tenants lease terminated thru Kroger legal | | -1,301.10 | 0.00 | 77,508.27 | C-363625 | Yes |
| 5/3/2023 | :Security Deposit credit | | -9,911.46 | 0.00 | 67,596.81 | C-363626 | No |

Page 2 of 2

9/28/2023 2:19 PM

## BASE Rent Projection

| Property | Unit(s) | Lease | Lease Type | Area | Lease From | Lease To | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | Total | RATE: 7.500% NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak - GREAT OAKS SHOPPING CENTER, Collierville | | | | | | | | | | | | | | | | | | | | |
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 118,937.52 | $118,198.78 |

| | | | | | | | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 118,937.52 | $118,198.78 |

| | | | | | | | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 118,937.52 | $118,198.78 |

| | | | | | | | May 2026 | Jun 2026 | Jul 2026 | Aug 2026 | Sep 2026 | Oct 2026 | Nov 2026 | Dec 2026 | Jan 2027 | Feb 2027 | Mar 2027 | Apr 2027 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 9,911.46 | 118,937.52 | $118,198.78 |

| | | | | | | | May 2027 | Jun 2027 | Jul 2027 | Aug 2027 | Sep 2027 | Oct 2027 | Nov 2027 | Dec 2027 | Jan 2028 | Feb 2028 | Mar 2028 | Apr 2028 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 9,911.46 | 9,911.46 | 10,423.02 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 128,369.34 | $127,572.01 |

| | | | | | | | May 2028 | Jun 2028 | Jul 2028 | Aug 2028 | Sep 2028 | Oct 2028 | Nov 2028 | Dec 2028 | Jan 2029 | Feb 2029 | Mar 2029 | Apr 2029 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 130,831.20 | $130,018.58 |

| | | | | | | | May 2029 | Jun 2029 | Jul 2029 | Aug 2029 | Sep 2029 | Oct 2029 | Nov 2029 | Dec 2029 | Jan 2030 | Feb 2030 | Mar 2030 | Apr 2030 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 130,831.20 | $130,018.58 |

| | | | | | | | May 2030 | Jun 2030 | Jul 2030 | Aug 2030 | Sep 2030 | Oct 2030 | Nov 2030 | Dec 2030 | Jan 2031 | Feb 2031 | Mar 2031 | Apr 2031 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 130,831.20 | $130,018.58 |

| | | | | | | | May 2031 | Jun 2031 | Jul 2031 | Aug 2031 | Sep 2031 | Oct 2031 | Nov 2031 | Dec 2031 | Jan 2032 | Feb 2032 | Mar 2032 | Apr 2032 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 10,902.60 | 130,831.20 | $130,018.58 |

| | | | | | | | May 2032 | Jun 2032 | Jul 2032 | Aug 2032 | Sep 2032 | Oct 2032 | Nov 2032 | Dec 2032 | Jan 2033 | Feb 2033 | Mar 2033 | Apr 2033 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| greatoak | 1 | Holiday Deli & Ham Co.( t0010195 ) | RETAIL LEASE | 4,325.00 | 7/18/2022 | 7/31/2032 | 10,902.60 | 10,902.60 | 10,902.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,707.80 | $32,504.65 |

Grand Total: 1,160,152.02   $1,152,946.11

## COMMON AREA MAINTENANCE PROJECTION
Monthly charge as of 5/1/2023  $720.83

| Period | Amount | NPV 7.500% |
|---|---|---|
| 5/2023 - 12/2023 | 5,766.64 | $5,730.82 |
| 2024 | 8,649.96 | $8,596.23 |
| 2025 | 8,649.96 | $8,596.23 |
| 2026 | 8,649.96 | $8,596.23 |
| 2027 | 8,649.96 | $8,596.23 |
| 2028 | 8,649.96 | $8,596.23 |
| 2029 | 8,649.96 | $8,596.23 |
| 2030 | 8,649.96 | $8,596.23 |
| 2031 | 8,649.96 | $8,596.23 |
| 1/2032 - 7/2032 | 5,045.81 | $5,014.47 |
| **TOTAL COMMON AREA REIMBURSEMENT** | 80,012.13 | 79,515.16 |

## REAL ESTATE TAX PROJECTION
Monthly charge as of 5/1/2023  $1,301.10

| Period | Amount | NPV |
|---|---|---|
| 5/2023 - 12/2023 | 10,408.80 | $10,344.15 |
| 2024 | 15,613.20 | $15,516.22 |
| 2025 | 15,613.20 | $15,516.22 |
| 2026 | 15,613.20 | $15,516.22 |
| 2027 | 15,613.20 | $15,516.22 |
| 2028 | 15,613.20 | $15,516.22 |
| 2029 | 15,613.20 | $15,516.22 |
| 2030 | 15,613.20 | $15,516.22 |
| 2031 | 15,613.20 | $15,516.22 |
| 1/2032 - 7/2032 | 9,107.70 | $9,051.13 |
| **TOTAL REAL ESTATE TAX** | 144,422.10 | 143,525.07 |

9/28/2023 2:19 PM

## BASE Rent Projection

RATE: 7.500%

| Property | Unit(s) | Lease | Lease Type | Area | Lease From | Lease To | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | Total | NPV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**INSURANCE REIMBURSEMENT PROJECTION**
Monthly charge as of 5/1/2023  $ 90.10

| Period | Amount | NPV |
|---|---|---|
| 5/2023 - 12/2023 | 720.80 | $716.32 |
| 2024 | 1,081.20 | $1,074.48 |
| 2025 | 1,081.20 | $1,074.48 |
| 2026 | 1,081.20 | $1,074.48 |
| 2027 | 1,081.20 | $1,074.48 |
| 2028 | 1,081.20 | $1,074.48 |
| 2029 | 1,081.20 | $1,074.48 |
| 2030 | 1,081.20 | $1,074.48 |
| 2031 | 1,081.20 | $1,074.48 |
| 1/2032 - 7/2032 | 630.70 | $626.78 |
| **TOTAL INSURANCE REIMBURSEMENT** | 10,001.10 | 9,938.98 |