**THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION**

| IN RE:<br><br>**HOLIDAY HAM HOLDINGS, LLC,**<br><br>　　　　Debtor. | Case No. 23313<br><br>Chapter 11<br><br>Judge Ruthie Hagan |
|---|---|

### ORDER GRANTING MOTION OF GORDON FOOD SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF 503(B)(9) ADMINISTRATIVE EXPENSE CLAIM

This matter is before the Court on the Motion of Gordon Food Service, Inc. for allowance and payment of 503(b)(9) administrative expense claim. It appearing to the satisfaction of the Court that the motion was properly filed and served, and no party in interest has timely objected to the relief sought;

**IT IS HEREBY ORDERED** that the 503(b)(9) administrative expense claim is hereby allowed in the amount of $10,663.15.

*This Order was signed and entered electronically as indicated at the top of the page.*

**PREPARED FOR ENTRY:**

Attorney for Gordon Food Service, Inc.

Jason M. Torf, Esq.
**TUCKER ELLIS LLP**
233 S. Wacker Dr., Suite 6950
Chicago, Illinois 60606
Telephone:　　(312) 624-6300
Facsimile:　　(312) 624-6309
Email:　jason.torf@tuckerellis.com