# <u>Exhibit A</u>

| Holiday Ham Holdings LLC | Bankruptcy #23-23313 | | | | | |
|---|---|---|---|---|---|---|
| Customer # | Transaction Number | Transaction Date | Transaction Type | Original Amount | Balance Due | Due Date |
| 722325508 | 228626247 | 7/7/2023 | Invoice | $1,197.19 | $1,197.19 | 7/14/2023 |
| 722346502 | 228603395 | 7/6/2023 | Invoice | $1,354.16 | $1,354.16 | 7/13/2023 |
| 722346519 | 228603404 | 7/6/2023 | Invoice | $1,379.16 | $1,379.16 | 7/13/2023 |
| 722346519 | 228623737 | 7/6/2023 | Invoice | $28.29 | $28.29 | 7/13/2023 |
| 722530228 | 228112479 | 6/12/2023 | Invoice | $2,668.81 | $2,668.81 | 7/12/2023 |
| 722530228 | 18191537 | 6/26/2023 | Credit | ($46.30) | ($46.30) | 7/26/2023 |
| 722530228 | 228398964 | 6/26/2023 | Invoice | $1,826.83 | $1,826.83 | 7/26/2023 |
| 722346491 | 228561663 | 7/4/2023 | Invoice | $1,486.85 | $1,427.60 | 7/11/2023 |
| 722346491 | 884005101 | 7/5/2023 | Invoice | $87.00 | $87.00 | 7/12/2023 |
| 722346491 | 884005160 | 7/7/2023 | Invoice | $740.41 | $740.41 | 7/14/2023 |
| | | | | | $10,663.15 | TOTAL DUE/503(b)(9) |
| | | | | | | |



**Gordon Food Service Inc**
Shipped From Douglasville Distribution
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| | |
|---|---|
| *Invoice* | **228398964** |
| *Purchase Order* | |
| Invoice Date | 06/26/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 4301 | 005 | 722530228 Holiday Ham Holdings LLC | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | Net 30 Days |

Ship To **Holiday Ham Holdings LLC**
**262 Graydon Drive**
**Tupelo MS 38801**

Bill To **Holiday Ham Holdings LLC**
**3895 E Raines Rd**
**Memphis TN 38118-6937**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| **443971** | | **7** | **CASE** | 4-5# CHEESE CHED WHT SHRD FTHR 13041 | DY | 11.71 | 46.85 | | 327.95 |
| **679631** | | **10** | **CASE** | 4X5 LB CHEESE CHED SHRP AGED SHRD FTHR | DY | 17.94 | 71.77 | | 717.70 |
| **Totals:** | | **17** | | **Total Cooler Pieces** | | | | | |
| **108286** | | **1** | **BAG** | 1x25 LB SALT IODIZED | GR | 6.96 | 6.96 | | 6.96 |
| **478192** | | **5** | **CASE** | 12X2.5 CSZ PEPPERS RED DCD UNPLD | GR | 3.86 | 46.30 | | 231.50 |
| **501557** | | **8** | **CASE** | 1X4 GAL MAYONNAISE XHVY DUTY | GR | 66.84 | 66.84 | | 534.72 |
| **Totals:** | | **14** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*     1,818.83

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 14 | Grocery - GR | 773.18 | 0.00 | 773.18 |
| 17 | Dairy - DY | 1,045.65 | 0.00 | 1,045.65 |
| 31 | Total Case Count | | | |

| | |
|---|---|
| SubTotal | $1,818.83 |
| Fuel Surcharge | $8.00 |
| Invoice Total | $1,826.83 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810  ~  NSSP Certification #GA-261-RS

*B P*

_____     Bruce Parker

Received By     Print Name



Page 2 of 2

Gordon Food Service Inc
Shipped From Douglasville Distribution
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| Invoice | 228398964 |
|---|---|
| **Purchase Order** | |
| Invoice Date | 06/26/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 4301 | 005 | 722530228 Holiday Ham Holdings LLC | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | Net 30 Days |

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 722530228 |
|---|---|
| **Invoice** | **228398964** |
| **Purchase Order** | |
| Invoice Date | 06/26/2023 |
| **Due Date** | **07/26/2023** |
| **Pay This Amount** | **$1,826.83** |



722530228510228398964000182683300018268330



Page 1 of 1

P.O. Box 1787
Grand Rapids, MI 49501-1787
www.gfs.com
1-800-968-7500

| | |
|---|---|
| *Credit* | **18191537** |
| *Original Invoice* | **228398964** |
| Original PO Number | |
| Credit Date | 06/26/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 4301 | 0 | 722530228 Holiday Ham Holdings LLC | 2440: Daniel Nowlan 1(502)685-5078<br>1280: Shannon Tapp | T2 |

Ship To
**Holiday Ham Holdings LLC**
**262 Graydon Drive**
**Tupelo, MS 38801**

Bill To
**Holiday Ham Holdings LLC**
**3895 E Raines Rd**
**Memphis, TN 381186937**

# * * * CREDIT MEMO * * *

| Item Code | Stock Type | Credit Qty. | Unit | Item Description | Credit Reason | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 478192 | STK | 1 | CASE | **PEPPERS RED DCD UNPLD 12-2.5** | 23 | 46.30 | | -46.30 |

| | |
|---|---|
| Subtotal | -$46.30 |
| Total Amount | -$46.30 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fold and Tear Here | **Thank You!** | Fold and Tear Here

**Gordon Food Service, Inc.**

Payment Processing Center
P.O. BOX 88029
Chicago, IL, 60680-1029

| | |
|---|---|
| Customer Number | 722530228 |
| *Credit* | **18191537** |
| *Original Invoice* | **228398964** |
| Credit Date | 06/26/2023 |
| **Total Amount** | **-$46.30** |



722530228530018191537000004630000000463006



Gordon Food Service Inc
Shipped From Douglasville Distribution
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| | |
|---|---|
| *Invoice* | **228112479** |
| *Purchase Order* | |
| Invoice Date | 06/12/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 4301 | 005 | 722530228 Holiday Ham Holdings LLC | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | Net 30 Days |

Ship To **Holiday Ham Holdings LLC**
**262 Graydon Drive**
**Tupelo MS 38801**

Bill To **Holiday Ham Holdings LLC**
**3895 E Raines Rd**
**Memphis TN 38118-6937**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| **443971** | | **10** | **CASE** | 4-5# CHEESE CHED WHT SHRD FTHR 13041 | DY | 11.95 | 47.81 | | 478.10 |
| **679631** | | **15** | **CASE** | 4X5 LB CHEESE CHED SHRP AGED SHRD FTHR | DY | 17.94 | 71.77 | | 1,076.55 |
| **Totals:** | | **25** | | **Total Cooler Pieces** | | | | | |
| **466240** | | **5** | **CASE** | 4x1 GLL PEPPERS JALAP SLCD 128CT | GR | 11.34 | 45.36 | | 226.80 |
| **478192** | | **6** | **CASE** | 12-2.5 PEPPERS RED DCD UNPLD P/L | GR | 3.86 | 46.30 | | 277.80 |
| **501557** | | **9** | **CASE** | 1X4 GAL MAYONNAISE XHVY DUTY | GR | 66.84 | 66.84 | | 601.56 |
| **Totals:** | | **20** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*   2,660.81

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 20 | Grocery - GR | 1,106.16 | 0.00 | 1,106.16 |
| 25 | Dairy - DY | 1,554.65 | 0.00 | 1,554.65 |
| 45 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft
or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction
and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices
are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date.  ~  The perishable agricultural
commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received.  ~
Marine Stewardship Council : MSC-C-53810  ~  NSSP Certification #GA-261-RS

| | |
|---|---|
| SubTotal | $2,660.81 |
| Fuel Surcharge | $8.00 |
| Invoice Total | $2,668.81 |

_____
Received By

Bruce Parker
_____
Print Name





Gordon Food Service Inc
Shipped From Douglasville Distribution Center
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| | |
|---|---|
| *Invoice* | **228112479** |
| *Purchase Order* | |
| Invoice Date | 06/12/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 4301 | 005 | 722530228 Holiday Ham Holdings LLC | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | Net 30 Days |

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 722530228 |
| *Invoice* | **228112479** |
| *Purchase Order* | |
| Invoice Date | 06/12/2023 |
| **Due Date** | **07/12/2023** |
| **Pay This Amount** | **$2,668.81** |



722530228510228112479000266881200026688120



P.O. Box 1787
Grand Rapids, MI 49501-1787
www.gfs.com
1-800-968-7500

Page 1 of 1

| *Credit* | **18215171** |
|---|---|
| *Original Invoice* | **228561663** |
| Original PO Number | |
| Credit Date | 07/04/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8031 | 0 | 722346491 Holiday Erin Drive | 2440: Daniel Nowlan 1(502)685-5078<br>1280: Shannon Tapp | Weekly Terms 7 Days |

Ship To
**Holiday Erin Drive**
**585 Erin Dr**
**Memphis, TN 38117**

Bill To
**Holiday Erin, LLC**
**585 Erin Dr**
**Memphis, TN 38117**

# * * * CREDIT MEMO * * *

| Item Code | Stock Type | Credit Qty. | Unit | Item Description | Credit Reason | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|
| **451690** | **STK** | **1** | **CASE** | **BLUEBERRY 12-1PT P/L** | **27** | **38.41** | | **-38.41** |
| **212768** | **STK** | **1** | **CASE** | **STRAWBERRY 8# MRKN** | **27** | **20.84** | | **-20.84** |

| | |
|---|---|
| Subtotal | -$59.25 |
| Total Amount | -$59.25 |

Fold and Tear Here


**Thank You!**

Fold and Tear Here

**Gordon Food Service, Inc.**

Payment Processing Center
P.O. BOX 88029
Chicago, IL, 60680-1029

| Customer Number | 722346491 |
|---|---|
| *Credit* | **18215171** |
| *Original Invoice* | **228561663** |
| Credit Date | 07/04/2023 |
| **Total Amount** | **-$59.25** |

722346491330018215171000005925300000592536

# Gordon
## FOOD SERVICE STORE

P.O.Box 1787
GrandRapids, MI 49501-1787
www.gfs.com
1-800-968-7500

# INVOICE

| INVOICE # | DATE |
|---|---|
| 884005160 | 07/07/2023 |

| TAL | ROUTING # | STOP # | CUSTOMER # | PURCHASE ORDER | SALES # | REPRESENTATIVE | MP # | MP LOCATION | TERMS |
|---|---|---|---|---|---|---|---|---|---|
| N | 5 | | 722346491 | | 1280 | 0 SHANNON TAPP #0 | 2906 | Memphis | Weekly Terms 7 Days |

**SHIP TO:** Holiday Erin Drive

585 Erin Dr

Memphis, TN 38117

Prices reflect cost of Express Delivery

| ITEM CODE | QTY | DESCRIPTION | CAT | COST GUIDE | SPECS | UNIT PRICE | TAX | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7695420 | 3 | CASE  CHIP POT RIDG 8-16Z RUFF | 1 | 29.21 | | 29.21 | | 87.63 |
| 7015700 | 1 | CASE  SPRING MIX SWT 1-3# RSS | 10 | 9.64 | | 9.64 | | 9.64 |
| 1522220 | 1 | CASE  SPRING MIX HERITAGE 4-3# RSS | 10 | 6.65 | | 26.58 | | 26.58 |
| 2400950 | 1 | CASE  POTATO BAKER IDAHO 40CT 50# MRKN | 10 | 49.87 | | 49.87 | | 49.87 |
| 7357870 | 2 | CASE  LETTUCE ROMAINE CHOP 6-2# RSS | 10 | 3.61 | | 21.63 | | 43.26 |
| 7815920 | 1 | CASE  CELERY STIX 4-3# RSS | 10 | 8.42 | | 33.67 | | 33.67 |
| 2839081 | 1 | EACH  HORSERADISH | 1 | | | 5.29 | | 5.29 |
| 1713441 T | 1 | EACH  REGISTER ROLL | 7 | | | 32.32 | 2 | 32.32 |
| 6939110 | 1 | CASE  MAYONNAISE HVY DUTY 4-1GAL KE | 1 | 13.34 | | 53.37 | | 53.37 |
| 5015570 | 3 | CASE  MAYONNAISE XHVY DUTY 1-4GAL GCHC | 1 | 64.78 | | 64.78 | | 194.34 |
| 6058800 | 1 | CASE  CHEESE CHED WHT SHRP 2-5# BRIC 10.12 lb | 6 | | | 3.97 | | 40.18 |
| 6058800 | 1 | CASE  CHEESE CHED WHT SHRP 2-5# BRIC 11.40 lb | 6 | | | 3.75 | | 42.75 |
| 6058800 | 1 | CASE  CHEESE CHED WHT SHRP 2-5# BRIC 10.74 lb | 6 | | | 3.75 | | 40.28 |
| 6058800 | 1 | CASE  CHEESE CHED WHT SHRP 2-5# BRIC 10.12 lb | 6 | | | 3.75 | | 37.95 |
| 6058800 | 1 | CASE  CHEESE CHED WHT SHRP 2-5# BRIC 10.70 lb | 6 | | | 3.75 | | 40.13 |

### PRODUCT CATEGORY SUMMARY

| 1-GROCERY | 2-FROZEN | 3-MEAT | 4-SEAFOOD |
|---|---|---|---|
| 340.63 | | | |
| 5-POULTRY | 6-DAIRY | 7-DISPOSABLES | 8-SANITATION |
| | 201.29 | 32.32 | |
| 9-DISP.BEVG | 10-PRODUCE | 11-TABLETOP | |
| | 163.02 | | |

### TOTALS BY TAX CATEGORY

| %RATE | TAX | %RATE | TAX |
|---|---|---|---|
| 2  9.750 | 3.15 | | |

The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. Eggs delivered in the state of Illinois include an Illinois Egg Inspection Fee in the price. Meryland MDA Inspection Fees at a rate of $.08 per dozen applicable.

### NUMBER OF PIECES

| FREEZER | COOLER | WAREHOUSE | MISC. | TOTAL |
|---|---|---|---|---|
| | | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft and/or order of payment ("Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law.

Received By:



Signature: _____

*Acceptance constitutes agreement to a time price differential of 1 1/2% per month on the unpaid balance after the due date

| SUBTOTAL | 737.26 |
|---|---|
| TAX | 3.15 |
| INVOICE TOTAL | 740.41 |
| PAID | 0.00 |

| SALE NBR | 6 |
|---|---|
| LANE NBR | 07 |
| USER ID | 360467 |
| DATE | 07/07/2023 |
| TIME(GMT) | 11:33:00 |

---
PLEASE CUT ALONG THE DOTTED LINE THEN RETURN BOTTOM PORTION.

✂

**THANK YOU FOR YOUR ORDER.**

**PLEASE ENCLOSE THIS STUB WITH PAYMENT.**

PLEASE CUT ALONG THE DOTTED LINE THEN RETURN BOTTOM PORTION.

**Gordon Food Service, Inc.**

P.O. BOX 88029

Chicago, IL 60680-1029

| CUSTOMER # | INVOICE # | DATE |
|---|---|---|
| 722346491 | 884005160 | 07/07/2023 |

| PAY THIS AMOUNT |
|---|
| 740.41 |



7223464913108840051600007404150000740415 2



**Gordon Food Service Inc**
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| Invoice | 228561663 |
|---|---|
| **Purchase Order** | |
| Invoice Date | 07/04/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8031 | 001 | 722346491 Holiday Erin Drive | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

Ship To **Holiday Erin Drive**
**585 Erin Dr**
**Memphis TN 38117**

Bill To **Holiday Erin, LLC**
**585 Erin Dr**
**Memphis TN 38117**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 499511 | | 1 | CASE | 2X9.75 LBA TURKEY BRST SMKD SKNLS 20.7 LB | PO | | 3.99 | | 82.59 |
| 499511 | | 1 | CASE | 2X9.75 LBA TURKEY BRST SMKD SKNLS 20.6 LB | PO | | 3.99 | | 82.19 |
| 499511 | | 1 | CASE | 2X9.75 LBA TURKEY BRST SMKD SKNLS 20.6 LB | PO | | 3.99 | | 82.19 |
| | | | | Item 499511 = 61.9 LB / $246.97 | | | | | |
| 710377 | | 1 | CASE | 4x10 LB CHIX CVP BRST SKNLS JMBO RNDM | PO | 15.29 | 61.15 | | 61.15 |
| 251043 | | 1 | CASE | 4X2.5 LB CHEESE FETA CRMBL | DY | 8.24 | 32.94 | | 32.94 |
| 601161 | | 1 | CASE | 12X11.5 FOZ JUICE ORNG | BV | 1.60 | 19.22 | | 19.22 |
| 212768 | | 1 | CASE | 1x8 LB STRAWBERRY | PR | 20.84 | 20.84 | | 20.84 |
| 451690 | | 1 | CASE | 12x1 PT BLUEBERRY | PR | 3.20 | 38.41 | | 38.41 |
| 508616 | | 1 | CASE | 1X25 LB TOMATO RANDOM #2 | PR | 43.91 | 43.91 | | 43.91 |
| 537454 | | 1 | CASE | 2x5 LB SALAD FETA GREEK | PR | 13.83 | 27.65 | | 27.65 |
| 597082 | | 1 | CASE | 1-5# PEPPERS RED P/L 597082 | PR | 14.24 | 14.24 | | 14.24 |
| 629061 | | 0 | CASE | 1X20 LB TOMATO | PR | 0.00 | 0.00 | | Temp Out |
| 897320 | | 1 | CASE | 48X1 EA AVOCADO HASS RIPE LAYR | PR | 1.07 | 51.34 | | 51.34 |
| **Totals:** | | **12** | | **Total Cooler Pieces** | | | | | |
| 163082 | | 1 | CASE | 8X1 CO BREAD FOCA SHT GARL HRB 9X12" | FR | 4.78 | 38.21 | | 38.21 |
| 195420 | | 1 | CASE | 168X3.17 OZ DOUGH BISC STHRN STYL | FR | 0.37 | 62.72 | | 62.72 |
| 286010 | | 1 | CASE | 6X5 LB CHIPS SLCD FRIES | FR | 8.33 | 49.96 | | 49.96 |
| 619443 | | 0 | CASE | 6x34 OZ BREAD WHEBRY SLCD 9/16" | FR | 0.00 | 0.00 | | Temp Out |
| 622370 | | 2 | CASE | 8X22 OZ BREAD SRDGH HI CRWN 3/4" | FR | 3.14 | 25.09 | | 50.18 |
| 622452 | | 1 | CASE | 8X22 OZ BREAD WHEBRY HI CRWN 3/4" | FR | 3.17 | 25.34 | | 50.68 |
| 772610 | | 1 | CASE | 10X8 CO ROLL CIAB BKDSLCD 3X6 | FR | 5.91 | 59.14 | | 59.14 |
| **Totals:** | | **8** | | **Total Freezer Pieces** | | | | | |
| 246911 | | 1 | BTL | 12X17 OZ SAUCE SRIRACHA CHILI | GR | 4.53 | 4.53 | | 4.53 |
| 407202 | | 1 | CASE | 1x30 LB CHIP TORTL CRN WHT 4CUT | GR | 26.47 | 26.47 | | 26.47 |
| 563191 | | 1 | BAG | 1X50 LB SUGAR CANE GRANUL | GR | 43.18 | 43.18 | | 43.18 |
| 103411 | | 1 | CASE | 6X66.5 OZ TUNA SOLID WHT IN WTR | SF | 19.83 | 118.95 | | 118.95 |
| 136270 | | 1 | CASE | 6X700 FT TOWEL ROLL WHT 700' | DS | 10.56 | 63.37 | 123 | 63.37 |
| 424366 | | 1 | CASE | 250X1 EA CUTLERY KIT KFS NAP S&P MWT | DS | 0.22 | 55.58 | | 55.58 |
| 513059 | | 1 | CASE | 36X1 EA LID DOME CLR 12" | DS | 1.02 | 36.70 | | 36.70 |

*Page sub-total:*    1,216.34





**Gordon FOOD SERVICE**

Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| *Invoice* | 228561663 |
|---|---|
| *Purchase Order* | |
| Invoice Date | 07/04/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8031 | 001 | 722346491 Holiday Erin Drive | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078 1280: Shannon Tapp | 7 DAY WKLY |

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 660391 | | 1 | CASE | 25-20CT CUP FM 24Z WHT DART GF24J16 | DS | 1.77 | 44.14 | | 44.14 |
| 705980 | | 1 | CASE | 4X500 CO STRAW 7.75" JMBO WRPD | DS | 4.77 | 19.09 | | 19.09 |
| 853690 | | 1 | CASE | 6X40 CO CONT PLAS DELI CLR RND W/LID 12Z | DS | 7.04 | 42.26 | | 42.26 |
| 922803 | | 1 | CASE | 10X100 CO GLOVE NITRILE LRG PWDFR BLK | DS | 7.17 | 71.66 | 123 | 71.66 |
| 408430 | | 1 | CASE | 35X16.9 FOZ WATER SPRNG | BV | 0.27 | 9.52 | | 9.52 |
| 566981 | | 1 | CASE | 32X4 OZ TEA ICED BLK BLND FLTR | BV | 0.98 | 31.20 | | 31.20 |
| 295078 | | 1 | PKG | 12X1 EA TOWEL DISH BAR RIBBED 16X19" | TT | 0.90 | 10.82 | 123 | 10.82 |
| 510114 | | 1 | EACH | 1X1 EA KNIFE SLCR 9" OFFSET | TT | 17.85 | 17.85 | 123 | 17.85 |
| **Totals:** | | **15** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*    246.54

| Group Summary | | | |
|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 3 | Grocery - GR | 74.18 | 0.00 | 74.18 |
| 8 | Frozen - FR | 310.89 | 0.00 | 310.89 |
| 1 | Seafood - SF | 118.95 | 0.00 | 118.95 |
| 4 | Poultry - PO | 308.12 | 0.00 | 308.12 |
| 1 | Dairy - DY | 32.94 | 0.00 | 32.94 |
| 7 | Disposables - DS | 332.80 | 13.18 | 345.98 |
| 3 | Beverage - BV | 59.94 | 0.00 | 59.94 |
| 6 | Produce - PR | 196.39 | 0.00 | 196.39 |
| 2 | Tabletop - TT | 28.67 | 2.79 | 31.46 |
| 35 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810  ~  NSSP Certification #KY-012-RS



Key Stop

_____
Received By

_____
Print Name

| | |
|---|---|
| SubTotal | $1,462.88 |
| (1) MEMPHIS City Tax - 0.5 | $0.82 |
| (2) SHELBY County Ta - 2.25 | $3.68 |
| (3) TN State Tax - 7 | $11.47 |
| Fuel Surcharge | $8.00 |
| Invoice Total | $1,486.85 |





**FOOD SERVICE**

Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| *Invoice* | **228561663** |
|---|---|
| *Purchase Order* | |
| Invoice Date | 07/04/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8031 | 001 | 722346491 Holiday Erin Drive | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 722346491 |
|---|---|
| *Invoice* | **228561663** |
| *Purchase Order* | |
| Invoice Date | 07/04/2023 |
| **Due Date** | **07/11/2023** |
| **Pay This Amount** | **$1,486.85** |



722346491310228561663000148685100014868515

# Gordon
## FOOD SERVICE STORE

P.O.Box 1787
GrandRapids, MI 49501-1787
www.gfs.com
1-800-968-7500

# INVOICE

| INVOICE # | DATE |
|-----------|------|
| 884005101 | 07/05/2023 |

| TAL | ROUTING # | STOP # | CUSTOMER # | PURCHASE ORDER | SALES # | REPRESENTATIVE | MP # | MP LOCATION | TERMS |
|-----|-----------|--------|------------|----------------|---------|----------------|------|-------------|-------|
| Y | | | 722346491 | | 1280 | 0 SHANNON TAPP #0 | 2906 | Memphis | Weekly Terms 7 Days |

**SHIP TO:** Holiday Erin Drive

585 Erin Dr

Memphis, TN 38117

| ITEM CODE | QTY | DESCRIPTION | CAT | COST GUIDE | SPECS | UNIT PRICE | TAX | AMOUNT |
|-----------|-----|-------------|-----|------------|-------|------------|-----|--------|
| 7248010 | 1 | CASE  STRAWBERRY 8-1# P/L | 10 | 3.13 | | 25.00 | | 25.00 |
| 1885850 | 1 | CASE  BLUEBERRY 12-1PT P/L | 10 | 3.00 | | 36.00 | | 36.00 |
| 7253410 | 1 | CASE  PINEAPPLE 5CT P/L | 10 | 5.20 | | 26.00 | | 26.00 |

### PRODUCT CATEGORY SUMMARY

| 1-GROCERY | 2-FROZEN | 3-MEAT | 4-SEAFOOD |
|-----------|----------|--------|-----------|
| 5-POULTRY | 6-DAIRY | 7-DISPOSABLES | 8-SANITATION |
| 9-DISP.BEVG | 10-PRODUCE 87 | 11-TABLETOP | |

### TOTALS BY TAX CATEGORY

| %RATE | TAX | %RATE | TAX |
|-------|-----|-------|-----|
| | | | |

The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. Eggs delivered in the state of Illinois include an Illinois Egg Inspection Fee in the price. Meryland MDA Inspection Fees at a rate of $.08 per dozen applicable.

### NUMBER OF PIECES

| FREEZER | COOLER | WAREHOUSE | MISC. | TOTAL |
|---------|--------|-----------|-------|-------|
| | | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft and/or order of payment ("Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law.

Received By:

SHANNON T TAPP

Signature: _____

| | |
|--|--|
| SUBTOTAL | 87.00 |
| TAX | |
| INVOICE TOTAL | 87.00 |
| PAID | 0.00 |

| | |
|--|--|
| SALE NBR | 96 |
| LANE NBR | 02 |
| USER ID | 361513 |
| DATE | 07/05/2023 |
| TIME(GMT) | 10:38:00 |

*Acceptance constitutes agreement to a time price differential of 1 1/2% per month on the unpaid balance after the due date

↑ PLEASE CUT ALONG THE DOTTED LINE THEN RETURN BOTTOM PORTION.

✂

**THANK YOU FOR YOUR ORDER.**

**PLEASE ENCLOSE THIS STUB WITH PAYMENT.**

↑ PLEASE CUT ALONG THE DOTTED LINE THEN RETURN BOTTOM PORTION.

**Gordon Food Service, Inc.**

P.O. BOX 88029

Chicago, IL 60680-1029

| CUSTOMER # | INVOICE # | DATE |
|------------|-----------|------|
| 722346491 | 884005101 | 07/05/2023 |

| PAY THIS AMOUNT |
|-----------------|
| 87.00 |

722346491310884005101000008700700000870078



Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| **Drop Ship Invoice** | 228623737 |
|---|---|
| **Purchase Order** | |
| Invoice Date | 07/06/2023 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 41280 | 8 | 722346519 Pimentos Memphis | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

**Ship To** Pimentos Memphis
6450 POPLAR AVE
STE 123
MEMPHIS TN 38119-4882

**Bill To** Holiday Crown Centre, LLC
6450 POPLAR AVE
Ste 123
MEMPHIS TN 38119-4882

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 686282 | N | 1 | CASE | 6-8Z SEASONING GREEK CAVENDERS 57477 | GR | 4.72 | 28.29 | | 28.29 |
| | | | | THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#5763349) AND MAY NOT BE RETURNED | | | | | |
| **Totals:** | | **1** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*   28.29

| Spec Key | |
|---|---|
| **Code** | **Description** |
| N | Non-stock Item |

| Group Summary | | | |
|---|---|---|---|
| **Cases** | **Group** | **Amount** | **Tax** | **Total** |
| 1 | Grocery - GR | 28.29 | 0.00 | 28.29 |

| | |
|---|---|
| SubTotal | $28.29 |
| Invoice Total | $28.29 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810  ~  NSSP Certification #KY-012-RS

Received By _____   Print Name _____

---

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 722346519 |
|---|---|
| **Drop Ship Invoice** | **228623737** |
| **Purchase Order** | |
| Invoice Date | 07/06/2023 |
| **Due Date** | **07/13/2023** |
| **Pay This Amount** | **$28.29** |



7223465191102286237370000028290000028290 9



Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| Invoice | 228603404 |
|---|---|
| Purchase Order | |
| Invoice Date | 07/06/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8011 | 004 | 722346519 Pimentos Memphis | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

Ship To **Pimentos Memphis**
**6450 POPLAR AVE**
**STE 123**
**MEMPHIS TN 38119-4882**

Bill To **Holiday Crown Centre, LLC**
**6450 POPLAR AVE**
**Ste 123**
**MEMPHIS TN 38119-4882**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 185388 | | 1 | CASE | 4X10 LB CHIX CVP WNG SPLT JMBO | PO | 12.51 | 50.05 | | 50.05 |
| 710377 | | 1 | CASE | 4x10 LB CHIX CVP BRST SKNLS JMBO RNDM | PO | 13.72 | 54.87 | | 54.87 |
| 245522 | | 1 | CASE | 9X0.5 GAL BUTTERMILK 1% | DY | 2.65 | 23.81 | | 23.81 |
| 731374 | | 1 | CASE | 4X5 LB CHEESE BLND MEX SHRD FINE | DY | 9.99 | 39.95 | | 39.95 |
| 152222 | | 1 | CASE | 4X3 LB SPRING MIX HERITAGE | PR | 6.27 | 25.07 | | 25.07 |
| 198307 | | 1 | CASE | 2x5 LB ONION DCD 1/4" | PR | 9.32 | 18.64 | | 18.64 |
| 198927 | | 1 | CASE | 1x17 LBA ZUCCHINI MED | PR | 23.23 | 23.23 | | 23.23 |
| 198935 | | 1 | CASE | 1x17 LBA SQUASH MED YEL S/N | PR | 25.43 | 25.43 | | 25.43 |
| 242489 | | 1 | CASE | 4x5 LB LETTUCE SHRD TACO 1/8CUT | PR | 4.93 | 19.70 | | 19.70 |
| 597082 | | 1 | CASE | 1-5# PEPPERS RED P/L 597082 | PR | 14.67 | 14.67 | | 14.67 |
| 629061 | | 2 | CASE | 1X20 LB TOMATO | PR | 27.19 | 27.19 | | 54.38 |
| 735787 | | 6 | CASE | 6x2 LB LETTUCE ROMAINE CHOP | PR | 3.40 | 20.40 | | 122.40 |
| **Totals:** | | **18** | | **Total Cooler Pieces** | | | | | |
| 313201 | | 4 | CASE | 16-6CT BUN SAND WHT SLCD 3.75" 00521 | GR | 3.99 | 63.84 | | 255.36 |
| 286010 | | 1 | CASE | 6X5 LB CHIPS SLCD FRIES | FR | 8.29 | 49.75 | | 49.75 |
| 633831 | | 1 | CASE | 6X12 CO BUN HAMB HWN SLCD 4.5" | FR | 4.57 | 27.44 | | 27.44 |
| 523761 | | 3 | CASE | 1X15 LB BACON SLCD 10-14CT FZ | MT | 46.81 | 46.81 | | 140.43 |
| 272672 | | 1 | CASE | 5X2 LB SHRIMP WHT P&D T-OFF 31-40 IQF | SF | 9.43 | 47.17 | | 47.17 |
| 185873 | | 1 | CASE | 2X5 LB CHIX BRST CHNK FRTTR CKD NAE | PO | 18.13 | 36.25 | | 36.25 |
| 599697 | | 1 | CASE | 2X5 LB CHIX DCD 1/2" WHT CKD | PO | 18.72 | 37.43 | | 37.43 |
| **Totals:** | | **12** | | **Total Freezer Pieces** | | | | | |
| 118966 | | 1 | CASE | 6x106 OZ CORN WHL KERNEL FCY GRADE | GR | 7.49 | 44.91 | | 44.91 |
| 367712 | | 1 | CASE | 500X2 PC CRACKER CLUB ZT | GR | 0.08 | 42.05 | | 42.05 |
| 557714 | | 1 | CASE | 6X10 CSZ BEAN BLACK | GR | 6.63 | 39.78 | | 39.78 |
| 831640 | | 2 | CASE | 2X75 CO CONT FM 1CMPT 9X9 LRG | DS | 12.06 | 24.11 | | 48.22 |
| 922803 | | 1 | CASE | 10X100 CO GLOVE NITRILE LRG PWDFR BLK | DS | 7.14 | 71.36 | 123 | 71.36 |
| 408430 | | 1 | CASE | 35X16.9 FOZ WATER SPRNG | BV | 0.27 | 9.48 | | 9.48 |
| 395668 | | 2 | CASE | 36X1 EA KNIFE DINNER PIER II MWT | TT | 0.54 | 19.30 | 123 | 38.60 |
| **Totals:** | | **9** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:* 1,360.43





**Gordon FOOD SERVICE**

Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| *Invoice* | **228603404** |
|---|---|
| *Purchase Order* | |
| Invoice Date | 07/06/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8011 | 004 | 722346519 Pimentos Memphis | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 7 | Grocery - GR | 382.10 | 0.00 | 382.10 |
| 2 | Frozen - FR | 77.19 | 0.00 | 77.19 |
| 3 | Meat - MT | 140.43 | 0.00 | 140.43 |
| 1 | Seafood - SF | 47.17 | 0.00 | 47.17 |
| 4 | Poultry - PO | 178.60 | 0.00 | 178.60 |
| 2 | Dairy - DY | 63.76 | 0.00 | 63.76 |
| 3 | Disposables - DS | 119.58 | 6.97 | 126.55 |
| 1 | Beverage - BV | 9.48 | 0.00 | 9.48 |
| 14 | Produce - PR | 303.52 | 0.00 | 303.52 |
| 2 | Tabletop - TT | 38.60 | 3.76 | 42.36 |
| 39 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date.  ~  The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received.  ~  Marine Stewardship Council : MSC-C-53810  ~  NSSP Certification #KY-012-RS

| | |
|---|---|
| SubTotal | $1,360.43 |
| (1) MEMPHIS City Tax - 0.5 | $0.55 |
| (2) SHELBY County Ta - 2.25 | $2.48 |
| (3) TN State Tax - 7 | $7.70 |
| Fuel Surcharge | $8.00 |
| Invoice Total | $1,379.16 |

Received By _____

Key Stop

Print Name _____

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 722346519 |
|---|---|
| *Invoice* | **228603404** |
| *Purchase Order* | |
| Invoice Date | 07/06/2023 |
| **Due Date** | **07/13/2023** |
| **Pay This Amount** | **$1,379.16** |



722346519110228603404000137916300013791634



Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| | |
|---|---|
| **Invoice** | **228626247** |
| **Purchase Order** | |
| Invoice Date | 07/07/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8011 | 004 | 722325508 Holiday Midtown | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

Ship To  **Holiday Midtown**
**2087 Union Ave**
**Memphis TN 38104-4233**

Bill To  **Holiday Midtown LLC**
**5885 Ridgeway Center Pkwy**
**Memphis TN 38120-4055**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 661619 | | 1 | CASE | 2x11 LB MUSTARD DIJON XTRA STRONG | GR | 31.52 | 63.03 | | 63.03 |
| 710377 | | 1 | CASE | 4x10 LB CHIX CVP BRST SKNLS JMBO RNDM | PO | 13.72 | 54.87 | | 54.87 |
| 605900 | | 1 | CASE | 2X5 LBA CHEESE GOUDA SMKD 10.2 LB | DY | | 4.22 | | 43.04 |
| | | | | Item 605900 = 10.2 LB / $43.04 | | | | | |
| 711160 | | 1 | TUB | 1X25 LB EGG HARD CKD PLD | DY | 77.32 | 77.32 | | 77.32 |
| 777587 | | 1 | CASE | 6X1.5 LB CHEESE PEPR JK SLCD | DY | 4.27 | 25.60 | | 25.60 |
| 820302 | | 1 | CASE | 304X10 G MARGARINE &BTR BLND CUP | DY | 0.06 | 17.96 | | 17.96 |
| 197831 | | 1 | CASE | 1x18 LBA GRAPES RED SDLSS | PR | 36.11 | 36.11 | | 36.11 |
| 198633 | | 1 | CASE | 24x1 EA LETTUCE ICEBERG PREM | PR | 1.46 | 35.05 | | 35.05 |
| 198692 | | 1 | CASE | 3x10 LB SALAD POT MSTRD STHRN | PR | 17.87 | 53.61 | | 53.61 |
| 198889 | | 1 | CASE | 4x2 LB ONION GREEN CLPD | PR | 5.32 | 21.29 | | 21.29 |
| 219550 | | 1 | BAG | 4X1 LB CILANTRO CLEANED | PR | 5.61 | 5.61 | | 5.61 |
| 305812 | | 1 | CASE | 24x1 EA LETTUCE ROMAINE | PR | 1.34 | 32.27 | | 32.27 |
| 537454 | | 1 | CASE | 2x5 LB SALAD FETA GREEK | PR | 13.77 | 27.54 | | 27.54 |
| 560545 | | 1 | CASE | 2x2 LB SPINACH BABY CLND | PR | 5.94 | 11.88 | | 11.88 |
| 728489 | | 1 | CASE | 6X1 EA PINEAPPLE GLDN | PR | 3.65 | 21.92 | | 21.92 |
| **Totals:** | | **15** | | **Total Cooler Pieces** | | | | | |
| 360863 | | 1 | CASE | 2X10 " CHEESECAKE SLTD CRML PECN 14CUT | FR | 49.05 | 98.09 | | 98.09 |
| 504851 | | 1 | CASE | 6X8 CO CROISSANT BUTTER SLCD 3Z | FR | 8.62 | 51.74 | | 51.74 |
| 619443 | | 3 | CASE | 6x34 OZ BREAD WHEBRY SLCD 9/16" | FR | 4.56 | 27.36 | | 82.08 |
| 622471 | | 1 | CASE | 8X22 OZ BREAD WHT HI CRWN 3/4" | FR | 3.10 | 24.79 | | 74.37 |
| **Totals:** | | **8** | | **Total Freezer Pieces** | | | | | |
| 458630 | | 1 | CASE | 200X0.44 OZ MAYONNAISE REAL PKT | GR | 0.20 | 39.29 | | 39.29 |
| 693911 | | 1 | CASE | 4x1 GLL MAYONNAISE HVY DUTY | GR | 12.59 | 50.35 | | 50.35 |
| 103411 | | 1 | CASE | 6X66.5 OZ TUNA SOLID WHT IN WTR | SF | 19.74 | 118.45 | | 118.45 |
| 598301 | | 1 | CASE | 1X100 CO CONT PLAS 9" BLK HNGD W/LID | DS | 44.62 | 44.62 | | 44.62 |
| 417880 | | 1 | CASE | 64X2 OZ COFFEE ITAL RST | BV | 1.13 | 72.03 | | 72.03 |
| 566981 | | 1 | CASE | 32X4 OZ TEA ICED BLK BLND FLTR | BV | 0.97 | 31.07 | | 31.07 |
| **Totals:** | | **6** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*    1,189.19





Page 2 of 2

Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| Invoice | 228626247 |
|---|---|
| Purchase Order | |
| Invoice Date | 07/07/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8011 | 004 | 722325508 Holiday Midtown | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078 1280: Shannon Tapp | 7 DAY WKLY |

## Group Summary

| Cases | Group | Amount | Tax | Total |
|---|---|---|---|---|
| 3 | Grocery - GR | 152.67 | 0.00 | 152.67 |
| 8 | Frozen - FR | 306.28 | 0.00 | 306.28 |
| 1 | Seafood - SF | 118.45 | 0.00 | 118.45 |
| 1 | Poultry - PO | 54.87 | 0.00 | 54.87 |
| 4 | Dairy - DY | 163.92 | 0.00 | 163.92 |
| 1 | Disposables - DS | 44.62 | 0.00 | 44.62 |
| 2 | Beverage - BV | 103.10 | 0.00 | 103.10 |
| 9 | Produce - PR | 245.28 | 0.00 | 245.28 |
| 29 | Total Case Count | | | |

| | |
|---|---|
| SubTotal | $1,189.19 |
| Fuel Surcharge | $8.00 |
| Invoice Total | $1,197.19 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date.  ~  The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received.  ~  Marine Stewardship Council : MSC-C-53810  ~  NSSP Certification #KY-012-RS

Key Stop

Received By

Print Name

---

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 722325508 |
| Invoice | 228626247 |
| Purchase Order | |
| Invoice Date | 07/07/2023 |
| Due Date | 07/14/2023 |
| Pay This Amount | $1,197.19 |



722325508910228626247000119719300011971934



**Gordon** FOOD SERVICE

Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 2

| Invoice | 228603395 |
|---|---|
| Purchase Order | |
| Invoice Date | 07/06/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8015 | 005 | 722346502 Holiday Germantown | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

Ship To **Holiday Germantown**
**7652 Poplar Ave**
**Germantown TN 38138**

Bill To **Holiday Germantown, LLC**
**7652 Poplar Ave**
**Germantown TN 38138**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| **844761** | | **1** | **CASE** | 2X30 OZ SAUCE PESTO BASIL | GR | 17.84 | 35.67 | | 35.67 |
| **206539** | | **1** | **CASE** | 6x30 CO EGG SHL LRG A GRD | DY | 3.30 | 19.80 | | 19.80 |
| **197831** | | **1** | **CASE** | 1x18 LBA GRAPES RED SDLSS | PR | 36.11 | 36.11 | | 36.11 |
| **198692** | | **1** | **CASE** | 3x10 LB SALAD POT MSTRD STHRN | PR | 17.87 | 53.61 | | 53.61 |
| **537454** | | **2** | **CASE** | 2x5 LB SALAD FETA GREEK | PR | 13.77 | 27.54 | | 55.08 |
| **629061** | | **2** | **CASE** | 1X20 LB TOMATO | PR | 27.19 | 27.19 | | 54.38 |
| **Totals:** | | **8** | | **Total Cooler Pieces** | | | | | |
| **517284** | **N** | **2** | **CASE** | 106X3 OZ DOUGH COOKIE ROYALE | GR | 0.85 | 90.07 | | 180.14 |
| | | | | THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#5794211) AND MAY NOT BE RETURNED | | | | | |
| **169141** | | **1** | **CASE** | 36-4.25Z BATTER MUFF CRN NUT 8171210 | FR | 0.89 | 31.92 | | 31.92 |
| **622471** | | **3** | **CASE** | 8X22 OZ BREAD WHT HI CRWN 3/4" | FR | 3.10 | 24.79 | | 74.37 |
| **599697** | | **1** | **CASE** | 2X5 LB CHIX DCD 1/2" WHT CKD | PO | 18.72 | 37.43 | | 37.43 |
| **Totals:** | | **7** | | **Total Freezer Pieces** | | | | | |
| **105210** | | **1** | **CASE** | 88x1 OZ PRETZEL TWIST TINY | GR | 0.42 | 36.71 | | 36.71 |
| **134830** | | **1** | **CASE** | 4X2.5 LB PECAN PCS MED | GR | 31.53 | 126.12 | | 126.12 |
| **367712** | | **1** | **CASE** | 500X2 PC CRACKER CLUB ZT | GR | 0.08 | 42.05 | | 42.05 |
| **425583** | | **1** | **JUG** | 4x1 GAL SAUCE BBQ CLSC | GR | 18.52 | 18.52 | | 18.52 |
| **563191** | | **1** | **BAG** | 1X50 LB SUGAR CANE GRANUL | GR | 42.99 | 42.99 | | 42.99 |
| **769542** | | **2** | **CASE** | 8X16 OZ CHIP POT RIDG | GR | 3.44 | 27.55 | | 55.10 |
| **166855** | | **2** | **BOX** | 12X500 CO WRAP DELI DWXD 12X10.75" | DS | 13.38 | 13.38 | | 26.76 |
| **317554** | | **1** | **CASE** | 12X3 CO TONG SRVG 9.25" PLAS BLK | DS | 5.95 | 71.44 | | 71.44 |
| **462120** | | **1** | **ROLL** | 1X2000 FT FILM CUTTER BX 12"X2000' | DS | 12.57 | 12.57 | | 12.57 |
| **629362** | | **1** | **CASE** | 2X1000 CO BAG SAND FLD OVER 6.5X5.5" | DS | 16.10 | 32.19 | | 32.19 |
| **632807** | | **1** | **CASE** | 8X375 CO NAPKIN DNNR 2PLY WHT 1/8 | DS | 8.23 | 65.82 | | 65.82 |
| **661771** | | **1** | **CASE** | 100CT BAG CARRYOUT SUPWV F34RU | DS | 55.83 | 55.83 | | 55.83 |
| **672335** | | **1** | **CASE** | 250-RND PAN LINER 14X18" 22-FS1418R | DS | 0.13 | 32.80 | | 32.80 |
| **922975** | | **1** | **CASE** | 10X100 CO GLOVE NITRILE XL PWDFR BLK | DS | 7.14 | 71.36 | 123 | 71.36 |
| **841470** | | **1** | **BOX** | 1X5 GAL SYRUP BIB HFCS SWEETENER | BV | 23.09 | 23.09 | | 23.09 |
| **295078** | | **4** | **PKG** | 12X1 EA TOWEL DISH BAR RIBBED 16X19" | TT | 0.90 | 10.78 | 123 | 43.12 |

*Page sub-total:    1,334.98*





Gordon Food Service Inc
Shipped From Shepherdsville Distribution Center
342 Gordon Industrial Dr. - Shepherdsville, KY 40165
Corporate Phone # 1-888-968-7500
www.gfs.com

| *Invoice* | **228603395** |
|---|---|
| *Purchase Order* | |
| Invoice Date | 07/06/2023 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 8015 | 005 | 722346502 Holiday Germantown | 2440: Daniel Nowlan 1(502)685-5078 / 1(502)685-5078<br>1280: Shannon Tapp | 7 DAY WKLY |

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | **21** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*

| Spec Key | |
|---|---|
| **Code** | **Description** |
| N | Non-stock Item |

### Group Summary

| Cases | Group | Amount | Tax | Total |
|---|---|---|---|---|
| 10 | Grocery - GR | 537.30 | 0.00 | 537.30 |
| 4 | Frozen - FR | 106.29 | 0.00 | 106.29 |
| 1 | Poultry - PO | 37.43 | 0.00 | 37.43 |
| 1 | Dairy - DY | 19.80 | 0.00 | 19.80 |
| 9 | Disposables - DS | 368.77 | 6.97 | 375.74 |
| 1 | Beverage - BV | 23.09 | 0.00 | 23.09 |
| 6 | Produce - PR | 199.18 | 0.00 | 199.18 |
| 4 | Tabletop - TT | 43.12 | 4.21 | 47.33 |
| 36 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810 ~ NSSP Certification #KY-012-RS

ALEX

Rachel Morris

Received By                              Print Name

| | |
|---|---|
| SubTotal | $1,334.98 |
| (1) GERMANTOWN City T - 0.5 | $0.58 |
| (2) SHELBY County Ta - 2.25 | $2.58 |
| (3) TN State Tax - 7 | $8.02 |
| Fuel Surcharge | $8.00 |
| Invoice Total | $1,354.16 |

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 722346502 |
|---|---|
| *Invoice* | **228603395** |
| *Purchase Order* | |
| Invoice Date | 07/06/2023 |
| **Due Date** | **07/13/2023** |
| **Pay This Amount** | **$1,354.16** |



722346502710228603395000135416600013541668