# **COLLECTIVE EXHIBIT 2**



March 28, 2023

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Holiday Midtown, LLC
Holiday Erin, LLC
Attn: Trey Jordan
5885 Ridgeway Ctr. Pkwy., #110
Memphis, TN 38120

Re: Past Due Monthly Payments at Holiday Ham ErinWay and Midtown locations

> Midtown Lease - Lease dated June 15, 2006, as amended, for approximately 4,686 rentable square feet located at 2087-2091 Union Avenue, Memphis, Tennessee.

> ErinWay Lease - Lease dated July 8, 1998, as amended, for approximately 3,825 rentable square feet located at 585 Erin Drive, Memphis, Tennessee

Dear Mr. Jordan,

Pursuant to the above referenced Leases, Tenants are required to pay Monthly Payments by the first of each month. Despite prior correspondence from Landlords' agents, Tenants have failed to pay March 2023 Monthly Payments, including accrued late fees, at the aforementioned locations and are in breach of the respective Leases. To avoid Landlords declaring this continuing breach an Event of Default, Tenants must remit payments to Landlords for March rent and past-due payments in the following amounts within ten (10) days of this notice:

- Midtown location - $13,146.35
- ErinWay location - $17,124.60

Unless full payment of the past-due amounts is received by April 8, 2023, plus April's Monthly Payments which will come due during that time, Landlords may institute legal proceedings for these Events of Default, without further notice or demand, and will seek a judgment for the entire past-due balances for each location which total more than $290,000. Please be advised that Landlords reserve all rights under the Lease and that Tenants may be liable for all expenses that Landlords incur in enforcing these rights, including without limitation attorney fees and court costs.

See enclosed Statements of Account for a full summary of the balances owed. Please coordinate payment with Shelly Wages at shellyw@lpimemphis.com.

Thank you for your time and attention to this matter.

Sincerely,

*Emily M. Morrison*
Emily M. Morrison
General Counsel

Electronic copy to:
tjordan@pimentos.com

5264 Poplar Avenue . Memphis, TN 38119 . (901) 866-1107 . EmilyM@LPIMemphis.com

LPI Memphis
P.O. Box 171247
Memphis, TN 38187
(901) 761-3333

3/20/2023

ACCOUNT NUMBER

██████ 2

Holiday Midtown, LLC
EMAIL INVOICES-SEE NOTES
5885 Ridgeway Ctr. Pkwy. #110
Memphis, TN 38120

**MAKE CHECKS PAYABLE TO:** Loeb Bros. Realty, L.P.          BALANCE DUE          125,258.70

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 3/1/2020 | BRT | Base Rent | 7,590.54 | 2,102.41 | 5,488.13 |
| 6/1/2020 | BRT | Base Rent | 8,602.69 | .00 | 8,602.69 |
| 7/1/2020 | BRT | Base Rent | 8,602.69 | .00 | 8,602.69 |
| 8/1/2020 | BRT | Base Rent | 8,602.69 | .00 | 8,602.69 |
| 9/1/2020 | BRT | Base Rent | 8,602.69 | .00 | 8,602.69 |
| 10/1/2020 | BRT | Base Rent | 8,602.69 | 4,114.55 | 4,488.14 |
| 11/1/2020 | BRT | Base Rent | 8,602.69 | 3,917.98 | 4,684.71 |
| 12/1/2020 | BRT | Base Rent | 8,602.69 | 3,917.98 | 4,684.71 |
| 1/1/2021 | BRT | Base Rent | 8,602.69 | 3,025.20 | 5,577.49 |
| 2/1/2021 | BRT | Base Rent | 8,602.69 | 3,844.50 | 4,758.19 |
| 3/1/2021 | BRT | Base Rent | 8,602.69 | 2,095.57 | 6,507.12 |
| 4/1/2021 | BRT | Base Rent | 8,602.69 | 4,435.77 | 4,166.92 |
| 5/1/2021 | BRT | Base Rent | 8,602.69 | 5,808.68 | 2,794.01 |
| 6/1/2021 | BRT | Base Rent | 8,602.69 | 4,956.50 | 3,646.19 |
| 7/1/2021 | BRT | Base Rent | 8,602.69 | 5,322.12 | 3,280.57 |
| 8/1/2021 | BRT | Base Rent | 8,602.69 | 5,575.16 | 3,027.53 |
| 9/1/2021 | BRT | Base Rent | 8,602.69 | 5,364.92 | 3,237.77 |
| 10/1/2021 | BRT | Base Rent | 8,602.69 | 4,953.91 | 3,648.78 |
| 3/1/2023 | BRT | Base Rent | 8,602.69 | .00 | 8,602.69 |
| 7/16/2021 | CNC | APR 20 MIN RENT | 7,590.54 | .00 | 7,590.54 |
| 7/16/2021 | CNC | MAY 20 MIN RENT | 8,602.69 | .00 | 8,602.69 |

LPI Memphis  
P.O. Box 171247  
Memphis, TN  38187  
(901) 761-3333  

3/20/2023  

ACCOUNT NUMBER  
█████ 2

Holiday Midtown, LLC  
EMAIL INVOICES-SEE NOTES  
5885 Ridgeway Ctr. Pkwy. #110  
Memphis, TN  38120  

**MAKE CHECKS PAYABLE TO:**  Loeb Bros. Realty, L.P.          BALANCE DUE          125,258.70

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 3/1/2023 | INS | Insurance - Monthly | 251.00 | .00 | 251.00 |
| 2/10/2020 | LAT | LATE FEE | 759.05 | .00 | 759.05 |
| 3/10/2020 | LAT | LATE FEE | 759.05 | .00 | 759.05 |
| 5/8/2020 | LAT | RE-ENTER JAN LF-CR APPLY INCOR | 759.05 | .00 | 759.05 |
| 1/11/2023 | LAT | JAN LATE FEE | 860.27 | 759.05 | 101.22 |
| 2/23/2023 | LAT | FEB LATE FEE | 860.27 | .00 | 860.27 |
| 3/20/2023 | LAT | March Late Fee | 860.27 | .00 | 860.27 |
| 3/1/2023 | TAX | Property Tax - Monthly | 1,711.85 | .00 | 1,711.85 |

---

3/20/2023          ACCOUNT NUMBER  
█████ 2

Please send this portion of the statement with your remittance.          INVOICE #:  
Holiday Midtown, LLC

LPI Memphis  
P.O. Box 171247  
Memphis, TN  38187  
(901) 761-3333  

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 12,286.08 | 0.00 | 101.22 | 0.00 | 112,871.40 | 125,258.70 |

LPI Memphis  
P.O. Box 171247  
Memphis, TN  38187  
(901) 761-3333  

3/20/2023

**ACCOUNT NUMBER**

Holiday Erin, LLC  
EMAIL INVOICES-SEE NOTES  
5885 Ridgway Ctr. Pkwy. #110  
Memphis, TN  38120

▇ 6

**MAKE CHECKS PAYABLE TO:** ErinWay Partners, L.P.　　　　　　　BALANCE DUE　　167,676.20

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 3/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 6/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 7/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 8/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 9/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 10/1/2020 | BRT | Base Rent | 10,088.00 | 3,955.46 | 6,132.54 |
| 11/1/2020 | BRT | Base Rent | 10,088.00 | 3,872.04 | 6,215.96 |
| 1/1/2021 | BRT | Base Rent | 10,088.00 | 3,230.88 | 6,857.12 |
| 2/1/2021 | BRT | Base Rent | 10,088.00 | 3,230.88 | 6,857.12 |
| 3/1/2021 | BRT | Base Rent | 10,088.00 | 2,620.68 | 7,467.32 |
| 4/1/2021 | BRT | Base Rent | 10,088.00 | 4,337.71 | 5,750.29 |
| 5/1/2021 | BRT | Base Rent | 10,088.00 | 5,863.15 | 4,224.85 |
| 6/1/2021 | BRT | Base Rent | 10,088.00 | 5,173.78 | 4,914.22 |
| 7/1/2021 | BRT | Base Rent | 10,088.00 | 4,966.59 | 5,121.41 |
| 8/1/2021 | BRT | Base Rent | 10,088.00 | 4,995.20 | 5,092.80 |
| 9/1/2021 | BRT | Base Rent | 10,088.00 | 7,363.91 | 2,724.09 |
| 10/1/2021 | BRT | Base Rent | 10,088.00 | 4,876.11 | 5,211.89 |
| 3/1/2023 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 9/1/2020 | CAM | CAM - Monthly | 2,344.00 | .00 | 2,344.00 |
| 3/1/2023 | CAM | CAM - Monthly | 2,627.00 | .00 | 2,627.00 |
| 7/15/2021 | CNC | APR 20 MIN RENT | 10,088.00 | .00 | 10,088.00 |

LPI Memphis
P.O. Box 171247
Memphis, TN  38187
(901) 761-3333

3/20/2023    ACCOUNT NUMBER    ▇▇▇ 6

Holiday Erin, LLC
EMAIL INVOICES-SEE NOTES
5885 Ridgway Ctr. Pkwy. #110
Memphis, TN  38120

**MAKE CHECKS PAYABLE TO:** ErinWay Partners, L.P.    BALANCE DUE    167,676.20

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 7/15/2021 | CNC | MAY 20 MIN RENT | 10,088.00 | .00 | 10,088.00 |
| 9/1/2020 | INS | Insurance - Monthly | 89.00 | .00 | 89.00 |
| 3/1/2023 | INS | Insurance - Monthly | 164.00 | .00 | 164.00 |
| 1/10/2020 | LAT | LATE FEE | 504.40 | .00 | 504.40 |
| 3/10/2020 | LAT | LATE FEE | 504.40 | .00 | 504.40 |
| 1/11/2023 | LAT | JAN LATE FEE | 1,008.80 | .00 | 1,008.80 |
| 3/20/2023 | LAT | March Late Fee | 1,008.80 | .00 | 1,008.80 |
| 6/17/2022 | PYE | 2021 EXP REC | 7,135.64 | .00 | 7,135.64 |
| 9/1/2021 | PYT | Recovery Reconciliation 12/20 | 5,436.48 | 4,296.66 | 1,139.82 |
| 1/6/2020 | SUR | BANNER/BANNER TIES | 60.73 | .00 | 60.73 |
| 9/1/2020 | TAX | Property Tax - Monthly | 1,588.00 | .00 | 1,588.00 |
| 3/1/2023 | TAX | Property Tax - Monthly | 2,228.00 | .00 | 2,228.00 |

---

3/20/2023    ACCOUNT NUMBER

Please send this portion of the statement with your remittance.    INVOICE #:
Holiday Erin, LLC    ▇▇▇ 6

LPI Memphis
P.O. Box 171247
Memphis, TN  38187
(901) 761-3333

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 16,115.80 | 0.00 | 1,008.80 | 0.00 | 150,551.60 | 167,676.20 |



<u>FEDERAL EXPRESS</u>                                                                                                                July 17, 2023
Tracking Number 7727 5756 6585

Holiday Erin, LLC
Attn: Trey Jordan
7700 Poplar Ave., Suite 200
Germantown, TN 38138

        Re: Past Due Monthly Payments at Holiday Ham ErinWay

        ErinWay Lease: Lease dated July 8, 1998, as amended, for approximately 3,825 rentable square feet located at 585 Erin Drive, Memphis, Tennessee

Dear Mr. Jordan,

        Pursuant to the above referenced Lease, Tenant is required to pay Monthly Payments by the first of each month. As of today's date, Tenant has failed to make monthly payments due and owing under the terms of the Lease for the months of June and July 2023.  Further, Tenant has an outstanding balance of $189,561.05 that is due and owing. Please see enclosed statement of account evidencing the same.  Failure to make these payments within ten days of Tenant's receipt of this written notice shall be deemed an event of default pursuant to <u>Article 18</u> of the Lease.  Landlord is further entitled to the recovery of any and all attorneys' fees incurred in enforcing its rights under the terms of the Lease.

        Landlord reserves the right to exercise, in any such order as the Landlord elects, any one or more of the remedies available to Landlord pursuant to the Lease or otherwise at law or in equity, and nothing in this letter shall constitute a waiver of any rights of the Landlord to pursue such rights and remedies.  Any waiver shall not be effective unless set forth in writing and executed by an authorized representative of Landlord.  Tenant shall not be entitled to rely on any verbal statement made or purported to be made by or on behalf of the Landlord in connection with any alleged agreement.  Please be further advised that no past or future delay or omission in the exercise of any right or remedy accruing to Landlord as a result of any default is intended to constitute a waiver of any right or remedy accruing to Landlord as a result of that default or any other default.

        To the extent the any of Tenant's obligations under the terms of the Lease have been discharged, dismissed or are subject to the automatic stay of a bankruptcy order under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect any such obligation. This notice is given pursuant to 11 U.S.C. § 362(b)(11), if applicable.

        Thank you for your time and attention to this matter.

                                                        Sincerely,

                                                        *Emily M. Morrison*
                                                        Emily M. Morrison
                                                         General Counsel

Copy via USPS Priority Mail Return Receipt Requested:

| Holiday Erin, LLC | Holiday Erin, LLC |
|---|---|
| Attn: Trey Jordan | Attn: Trey Jordan |
| 585 Erin Drive | 3895 E Raines Rd |
| Memphis, TN 38119 | Memphis, TN 38118 |

LPI Memphis
P.O. Box 171247
Memphis, TN  38187
(901) 761-3333

|  | 7/13/2023 | ACCOUNT NUMBER |
|---|---|---|
| Holiday Erin, LLC<br>EMAIL INVOICES-SEE NOTES<br>5885 Ridgway Ctr. Pkwy. #110<br>Memphis, TN  38120 | | 6 |

| MAKE CHECKS PAYABLE TO: | ErinWay Partners, L.P. | | BALANCE DUE | 189,561.05 |
|---|---|---|---|---|

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 3/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 6/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 7/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 8/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 9/1/2020 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 10/1/2020 | BRT | Base Rent | 10,088.00 | 3,955.46 | 6,132.54 |
| 11/1/2020 | BRT | Base Rent | 10,088.00 | 3,872.04 | 6,215.96 |
| 1/1/2021 | BRT | Base Rent | 10,088.00 | 3,230.88 | 6,857.12 |
| 2/1/2021 | BRT | Base Rent | 10,088.00 | 3,230.88 | 6,857.12 |
| 3/1/2021 | BRT | Base Rent | 10,088.00 | 2,620.68 | 7,467.32 |
| 4/1/2021 | BRT | Base Rent | 10,088.00 | 4,337.71 | 5,750.29 |
| 5/1/2021 | BRT | Base Rent | 10,088.00 | 5,863.15 | 4,224.85 |
| 6/1/2021 | BRT | Base Rent | 10,088.00 | 5,173.78 | 4,914.22 |
| 7/1/2021 | BRT | Base Rent | 10,088.00 | 4,966.59 | 5,121.41 |
| 8/1/2021 | BRT | Base Rent | 10,088.00 | 4,995.20 | 5,092.80 |
| 9/1/2021 | BRT | Base Rent | 10,088.00 | 7,363.91 | 2,724.09 |
| 10/1/2021 | BRT | Base Rent | 10,088.00 | 4,876.11 | 5,211.89 |
| 6/1/2023 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 7/1/2023 | BRT | Base Rent | 10,088.00 | .00 | 10,088.00 |
| 9/1/2020 | CAM | CAM - Monthly | 2,344.00 | .00 | 2,344.00 |
| 6/1/2023 | CAM | CAM - Monthly | 2,627.00 | .00 | 2,627.00 |

LPI Memphis
P.O. Box 171247
Memphis, TN  38187
(901) 761-3333

|  | 7/13/2023 |  | ACCOUNT NUMBER |
|---|---|---|---|
| Holiday Erin, LLC<br>EMAIL INVOICES-SEE NOTES<br>5885 Ridgway Ctr. Pkwy. #110<br>Memphis, TN  38120 |  |  | 6 |

**MAKE CHECKS PAYABLE TO:**   ErinWay Partners, L.P.                    BALANCE DUE    189,561.05

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 7/1/2023 | CAM | CAM - Monthly | 2,627.00 | .00 | 2,627.00 |
| 7/15/2021 | CNC | APR 20 MIN RENT | 10,088.00 | .00 | 10,088.00 |
| 7/15/2021 | CNC | MAY 20 MIN RENT | 10,088.00 | .00 | 10,088.00 |
| 9/1/2020 | INS | Insurance - Monthly | 89.00 | .00 | 89.00 |
| 6/1/2023 | INS | Insurance - Monthly | 164.00 | .00 | 164.00 |
| 7/1/2023 | INS | Insurance - Monthly | 164.00 | .00 | 164.00 |
| 1/10/2020 | LAT | LATE FEE | 504.40 | .00 | 504.40 |
| 3/10/2020 | LAT | LATE FEE | 504.40 | .20 | 504.20 |
| 6/28/2023 | LAT | JUNE LATE FEE | 1,008.80 | .00 | 1,008.80 |
| 7/10/2023 | LAT | LATE FEE | 504.40 | .00 | 504.40 |
| 6/17/2022 | PYE | 2021 EXP REC | 7,135.64 | 4,842.00 | 2,293.64 |
| 7/1/2023 | PYE | 22 EXP REC | 12,124.45 | .00 | 12,124.45 |
| 9/1/2021 | PYT | Recovery Reconciliation 12/20 | 5,436.48 | 4,296.66 | 1,139.82 |
| 1/6/2020 | SUR | BANNER/BANNER TIES | 60.73 | .00 | 60.73 |
| 9/1/2020 | TAX | Property Tax - Monthly | 1,588.00 | .00 | 1,588.00 |
| 6/1/2023 | TAX | Property Tax - Monthly | 2,228.00 | .00 | 2,228.00 |
| 7/1/2023 | TAX | Property Tax - Monthly | 2,228.00 | .00 | 2,228.00 |

|  | 7/13/2023 |  | ACCOUNT NUMBER |
|---|---|---|---|
| Please send this portion of the statement with your remittance. | INVOICE #:<br>Holiday Erin, LLC |  | 6 |

LPI Memphis
P.O. Box 171247
Memphis, TN  38187
(901) 761-3333

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 28,744.65 | 15,107.00 | 0.00 | 0.00 | 145,709.40 | 189,561.05 |